UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re: **Jonathan David Clausen**
**Jodi Lynn Clausen**

Debtor(s)

Case No. **24-01739-13**

**STATEMENT OF WITNESS TO SIGNING OF DOCUMENT**

The undersigned states under penalty of perjury that he/she witnessed the signing of the following document(s) by the person(s) indicated thereon.

- ☑ Voluntary Petition
- ☑ Declaration Concerning Debtor's Schedules
- ☑ Statement of Social Security Number
- ☑ Statement of Affairs
- ☐ Other: _____

Dated: **October 24, 2024**

/s/ Rebecca Sheppard
Witness Signature

**Rebecca Sheppard**
Witness Name (printed or typed)

Address: **Sheppard Law Office, PC**
**16114 E Indiana Ave., Ste. 205**
**Spokane Valley, WA 99216**