# Notice Recipients

District/Off: 0980–2  User: notice  Date Created: 10/24/2024
Case: 24–01739–FPC13  Form ID: 309I  Total: 48

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Jonathan David Clausen | PO Box 2171 | Spokane, WA 99210 | |
| jdb | Jodi Lynn Clausen | PO Box 2171 | Spokane, WA 99210 | |
| ust | US Trustee | US Court House | 920 W Riverside Ave, Suite 593 | Spokane, WA 99201 |
| tr | Mike I Todd | Chapter 13 Trustee | PO Box 1513 | Spokane, WA 99210 |
| aty | Rebecca J Sheppard | Sheppard Law Office PC | 16114 E Indiana Ave Ste 205 | Spokane Valley, WA 99216 |
| smg | State of Washington | Department of Revenue | 2101 4th Ave, Ste 1400 | Seattle, WA 98121–2300 |
| 4295306 | Aidvantage | PO Box 300001 | Greenville, TX 75403–3001 | |
| 4295307 | American Express | PO Box 981535 | El Paso, TX 79998 | |
| 4295308 | American Express National Bank | PO Box 981537 | El Paso, TX 79998 | |
| 4295309 | Apple Card | 200 West Street | New York, NY 10282 | |
| 4295312 | Bank of America | 100 N Tryon Street | Charlotte, NC 28255 | |
| 4295311 | Bank of America | PO Box 15284 | Wilmington, DE 19850 | |
| 4295310 | Bank of America | PO Box 25118 | Tampa, FL 33622–5118 | |
| 4295313 | Citibank | PO Box 78019 | Phoenix, AZ 85062 | |
| 4295314 | Dellwo, Roberts, & Scanlon | 1124 W Riverside Ste. 310 | Spokane, WA 99201–1109 | |
| 4295315 | Diamond Asphalt Paving, Inc. | 3716 N Flora Rd. | Spokane, WA 99216 | |
| 4295316 | Divvy | 6220 American Center Drive, Ste. 10 | Alviso, CA 95002 | |
| 4295317 | Fenix Law, PS | Attn: Chad E. Ahrens | 748 Market Street, Ste. 321 | Tacoma, WA 98402 |
| 4295318 | Fidelity Bank | PO Box 1007 | Wichita, KS 67201 | |
| 4295319 | Fundbox, Inc. | 5760 Legacy Drive, Ste. B3–535 | Plano, TX 75024 | |
| 4295320 | Heather & Jed Barden | 905 S Monroe St. | Spokane, WA 99204 | |
| 4295321 | ICCU | PO Box 2469 | Pocatello, ID 83206–2469 | |
| 4295322 | Integrity Baugh, LLC | 306 N Spokane St., Unit 1 | Post Falls, ID 83854–7016 | |
| 4295323 | KWI, LLC | 1250 N Northwood Center Ct., Ste. A | Coeur D Alene, ID 83814–2470 | |
| 4295324 | Lippman Recupero | 1325 N Wilmot, 3rd Floor | Tucson, AZ 85712 | |
| 4295325 | Madden Industrial Craftsman, Inc. | 1800 NW 169th Place Ste. A 200 | Beaverton, OR 97006–7474 | |
| 4295326 | Miller Nash LLP | 605 5th Ave. S., ste. 900 | Seattle, WA 98104 | |
| 4295327 | Miller Paint | 12812 NE Whitaker Way | Portland, OR 97230 | |
| 4295328 | Nordstrom | 13531 E Caley Ave. | Englewood, CO 80111 | |
| 4295329 | Numerica | PO Box 4000 | Spokane Valley, WA 99037 | |
| 4295330 | P.S.C., Inc. | 738 Broadway, Ste. 400 | Tacoma, WA 98402–3777 | |
| 4295331 | Phillabaum, Ledlin, Matthews, & Sheldon | 1235 N Post St. | Spokane, WA 99201 | |
| 4295332 | Progressive | 300 N Commons Blvd | Cleveland, OH 44143 | |
| 4295333 | Ramsden, Marfice, Ealy, & De Smet | PO Box 1336 | Coeur D Alene, ID 83816 | |
| 4295334 | Retacco Law Office, PS | 30640 Pacific Hwy S., Ste C | Federal Way, WA 98003 | |
| 4295337 | STCU | PO Box 1954 | Spokane, WA 99210–1915 | |
| 4295335 | Siderius, Lonergan & Martin, LLP | 500 Union St., Ste. 847 | Seattle, WA 98101 | |
| 4295336 | Simiply Funding LLC | 1170 Route 17M, Ste. #2 | Chester, NY 10918 | |
| 4295338 | Suttell & Hammer | PO Box C–90006 | Bellevue, WA 98009 | |
| 4295339 | Swift Financial, LLC | as servicing agent for WebBank | 2211 N 1st Street | San Jose, CA 95131–2021 |
| 4295341 | TIB, NA | PO Box 569100 | Dallas, TX 75356 | |
| 4295340 | The Sherwin Williams Company | 101 W Prospect Ave. | Cleveland, OH 44115 | |
| 4295343 | US Dept. of Education | Attn: Bankruptcy | 6401 Security Blvd. | Baltimore, MD 21235 |
| 4295342 | United Rentals | 204 S Fancher Rd. | Spokane Valley, WA 99212 | |
| 4295344 | Washington Trust Bank | PO Box 2127 | Spokane, WA 99210 | |
| 4295345 | WebBank | 215 State Street Ste. 1000 | Salt Lake City, UT 84110 | |
| 4295346 | Winston & Cashatt | 601 W Riverside Ave., Ste. 1900 | Spokane, WA 99201 | |
| 4295347 | World Business Lenders | PO Box 1685 | Cranford, NJ 07016 | |

TOTAL: 48