LF 1007-2(8/18)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

## Address Change Form

**Debtor(s) Name** CLAUSEN, JONATHAN & JODI    **Case Number** 24-01739

- ❖ **Debtors** – is this change for: Debtor _____ Joint Debtor _____ Both _____

- ❖ **Debtors** – is debtor a DeBN participant? Yes _____ No _____

- ❖ **Creditors** – is this change for: Noticing Address _____ Payment Address _____ Both ✔

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| Miller Paint <br> (Name) | Miller Paint <br> (Name) |
| 12812 NE Whitaker Way <br> (Address) | PO Box 20609 <br> (Address) |
| Portland, OR  97230 <br> (City)            (State)   (Zip) | Portland, OR  97294 <br> (City)            (State)   (Zip) |

**ECF Filers:** You must update creditor names and addresses in creditor maintenance upon the filing of this document.

/s/ Rebecca Sheppard
**Signature**

10/25/24
**Date**

ADDRESS CHANGE FORM - 1

24-01739-FPC13    Doc 7    Filed 10/25/24    Entered 10/25/24 11:40:42    Pg 1 of 1