# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

## Address Change Form

**Debtor(s) Name** CLAUSEN, JONATHAN & JODI      **Case Number** 24-01739

- ❖ **Debtors** – is this change for: Debtor ____ Joint Debtor ____ Both ____

- ❖ **Debtors** – is debtor a DeBN participant? Yes____ No ____

- ❖ **Creditors** – is this change for: Noticing Address ____ Payment Address ____ Both ✔

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| Diamond Asphalt Paving, Inc. (Name) | Diamond Asphalt Paving, Inc. (Name) |
| 3716 N Flora Rd. (Address) | PO Box 14806 (Address) |
| Spokane Valley, WA  99216 (City)          (State)  (Zip) | Spokane Valley, WA  99214 (City)          (State)  (Zip) |

**ECF Filers:  You must update creditor names and addresses in creditor maintenance upon the filing of this document.**

/s/ Rebecca Sheppard
**Signature**

10/31/24
**Date**

ADDRESS CHANGE FORM - 1