Sheppard Law Office, PC  
16114 E Indiana Ave. Ste. 205  
Spokane Valley, WA  99212  
(509) 443-3014  
(509)443-3015 fax

Honorable Frederick P. Corbit

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br>CLAUSEN, JONATHAN D.<br>CLAUSEN, JODI L.<br><br>　　　　　　Debtor(s). | Case No.: 24-01739-FPC13<br><br>MOTION TO ENLARGE TIME TO FILE CHAPTER 13 SCHEDULES, PLAN, AND OTHER DOCUMENTS and NOTICE |

　　　　Debtors Jonathan and Jodi Clausen, pursuant to 11 U.S.C. § 521(i)(3), FRBP 1007(c) and 3015(b), and LBR 1007-1(a), respectfully request the Court enter an Order granting a twenty-one (21) day extension for them to file their chapter 13 schedules, plan, and other documents as required under 11 U.S.C. § 521(a)(1) and FRBP 1007(c).  In support of this motion, the debtors respectfully state as follows:

　　　　1.　　On October 24, 2024, Debtors filed a voluntary petition under Chapter 13 (ECF No.1);

　　　　2.　　Debtors' petition was prepared and filed in an expedited manner to stop a pending foreclosure which was scheduled for October 25, 2024;

　　　　3.　　Due to the expedited nature of the filing, Debtors were unable to gather and provide all the information necessary for counsel to thoroughly complete the schedules, plan, and related documents;

　　　　4.　　This motion is not made for the purposes of delay and no creditor will suffer any prejudice if Debtors are granted an extension of time.  The § 341 Meeting of Creditors is scheduled for December 5, 2024.  If this extension is granted, the remaining schedules, plan, and other documents will be due November 28, 2024, one week prior to the Meeting of Creditors.

Motion to Enlarge Time to File Documents and Notice| 1

24-01739-FPC13　　　Doc 12　　　Filed 11/05/24　　　Entered 11/05/24 14:40:34　　　Pg 1 of 2

## RELIEF REQUESTED

Debtors respectfully request that the Court grant an additional twenty-one (21) days from the November 7, 2024 due date to file their remaining schedules, plan, and other documents. Specifically, Debtors request that the fourteen (14) day deadline imposed by FRBP 1007(c) be extended to November 28, 2024.

Respectfully submitted this 5th day of November, 2024.

/s/ Rebecca J. Sheppard
Rebecca J. Sheppard, WSBA# 40220
Attorney for Debtors

## NOTICE

**NOTICE IS HEREBY GIVEN** that s**hould you wish to object to the above motion**, you must do so by filing a written objection with the Clerk of the Bankruptcy Court no later than **seven (7) days, plus three (3) days for mailing**, from the date of this notice. The objection may be filed with the Bankruptcy Court at the following address: 904 W Riverside Ave., Ste. 304, Spokane, WA 99201 or by mail at: PO Box 2164, Spokane, WA 99210.

Dated this 5th day of November, 2024.

/s/ Rebecca J. Sheppard
Attorney for Debtors