Sheppard Law Office, PC  
16114 E Indiana Ste. 205  
Spokane Valley, WA  99216  
509-443-3014  

Honorable Frederick P. Corbit

UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF WASHINGTON

In Re:

CLAUSEN, JONATHAN D.

CLAUSEN, JODI L.

    Debtor

Case No.: 24-01739-FPC13

ORDER ENLARGING TIME TO FILE REQUIRED DOCUMENTS

THIS MATTER comes before the Court on the debtors' Motion (ECF No. 12) to enlarge the time within which to file required documents.  The Court, being fully advised, hereby ORDERS that the Motion (ECF No. 12) is GRANTED.

///End of Order///

Presented by:

/s/ Rebecca J. Sheppard  
Rebecca J. Sheppard, WSBA# 40220  
Attorney for Debtor  
Sheppard Law Office, P.C.

Order Enlarging Time | 1