**So Ordered.**

**Dated: November 19th, 2024**



**Frederick P. Corbit**
**Bankruptcy Judge**

Sheppard Law Office, PC
16114 E Indiana Ste. 205
Spokane Valley, WA  99216
509-443-3014

Honorable Frederick P. Corbit

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

CLAUSEN, JONATHAN D.

CLAUSEN, JODI L.

    Debtor

Case No.: 24-01739-FPC13

ORDER ENLARGING TIME TO FILE REQUIRED DOCUMENTS

THIS MATTER comes before the Court on the debtors' Motion (ECF No. 12) to enlarge the time within which to file required documents.  The Court, being fully advised, hereby ORDERS that the Motion (ECF No. 12) is GRANTED.

///End of Order///

Presented by:

/s/ Rebecca J. Sheppard
Rebecca J. Sheppard, WSBA# 40220
Attorney for Debtor
Sheppard Law Office, P.C.

Order Enlarging Time | 1