RAMSDEN, MARFICE, EALY & DE SMET, LLP
700 Northwest Boulevard
P.O. Box 1336
Coeur d'Alene, Idaho 83816-1336
Telephone: (208) 664-5818
Facsimile: (208) 664-5884
Matthew C. Niemela, ISB #10776
mniemela@rmedlaw.com

*Attorneys for Creditor, WBL SPO I, LLC and World Business Lenders, LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>CLAUSEN, JONATHAN D.<br>CLAUSEN, JODI J.<br><br>               Debtor(s). | Case No. 24-01739-FPC13<br><br>Chapter 13 |

**NOTICE OF APPEARANCE ON BEHALF OF CREDITOR, WBL SPO I, LLC AND WORLD BUSINESS LENDERS, LLC**

COMES NOW Creditor, WBL SPO I, LLC and World Business Lenders, LLC, by and through its attorneys of record, Ramsden, Marfice, Ealy & De Smet, LLP, and hereby requests notice of all documents, papers, and notices in this proceeding to be duly served upon the undersigned at: RAMSDEN, MARFICE, EALY & DE SMET, LLP, Matthew C. Niemela, Attorney at Law, P.O. Box 1336, Coeur d'Alene, Idaho 83816-1336, and electronically at mniemela@rmedlaw.com.

NOTICE OF APPEARANCE ON BEHALF OF CREDITOR, WBL SPO I, LLC AND WORLD
BUSINESS LENDERS, LLC - 1

DATED this 20th day of November, 2024.

RAMSDEN, MARFICE, EALY & DE SMET, LLP

By: _____

Matthew C. Niemela, Of the Firm
*Attorneys for Creditor, WBL SPO I, LLC and
World Business Lenders, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of November, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Mike I. Todd
P.O. Box 1513
Spokane, WA 99210
*Chapter 13 Trustee*

Rebecca J. Sheppard
Sheppard Law Office, PC
16114 E. Indiana Avenue, Suite 205
Spokane, WA 99216
rjs@sheppardlaw.com
*Attorneys for Debtors*

AND I FURTHER CERTIFY that on such date I served the foregoing on the following parties or counsel by electronic means through the Bankruptcy Noticing Center, as more fully reflected on the Notice of Electronic Filing:

All Recipients submitted to the BNC (Bankruptcy Noticing Center)

*/s/ Jennifer Pratt*

Jennifer Pratt

NOTICE OF APPEARANCE ON BEHALF OF CREDITOR, WBL SPO I, LLC AND WORLD BUSINESS LENDERS, LLC - 2