# Notice Recipients

District/Off: 0980–2     User: notice     Date Created: 11/22/2024
Case: 24–01739–FPC13     Form ID: pdf008     Total: 60

**Recipients of Notice of Electronic Filing:**
```
ust     US Trustee          USTP.REGION18.SP.ECF@usdoj.gov
tr      Mike I Todd         ch13trustee@spokane13.org
aty     Matthew C Niemela   mniemela@rmedlaw.com
aty     Rebecca J Sheppard  rjs@rsheppardlaw.com
```
TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db        Jonathan David Clausen      PO Box 2171       Spokane, WA 99210
jdb       Jodi Lynn Clausen           PO Box 2171       Spokane, WA 99210
cr        WBL SPO I, LLC      Ramsden, Marfice, Ealy & De Smet LLP      c/o Matthew C. Niemala      P.O. Box 1336      Couer d'Alene, ID 83816–1336
4295306   Aidvantage          PO Box 300001      Greenville, TX 75403–3001
4295307   American Express    PO Box 981535      El Paso, TX 79998
4295308   American Express National Bank      PO Box 981537      El Paso, TX 79998
4295309   Apple Card          200 West Street    New York, NY 10282
4295312   Bank of America     100 N Tryon Street    Charlotte, NC 28255
4295311   Bank of America     PO Box 15284       Wilmington, DE 19850
4295310   Bank of America     PO Box 25118       Tampa, FL 33622–5118
4298858   Chapman Financial Services    PO Box 7100    COEUR D ALENE, ID 83816
4295313   Citibank            PO Box 78019       Phoenix, AZ 85062
4295314   Dellwo, Roberts, & Scanlon    1124 W Riverside Ste. 310    Spokane, WA 99201–1109
4295315   Diamond Asphalt Paving, Inc.    PO Box 14806    Spokane Valley, WA 99214
4295316   Divvy      6220 American Center Drive, Ste. 10    Alviso, CA 95002
4299468   Eide Bailly, LLP, CPAs    999 W Riverside Ave.    Spokane, WA 99201
4295317   Fenix Law, PS      Attn: Chad E. Ahrens    748 Market Street, Ste. 321    Tacoma, WA 98402
4295318   Fidelity Bank      PO Box 1007        Wichita, KS 67201
4295319   Fundbox, Inc.      5760 Legacy Drive, Ste. B3–535    Plano, TX 75024
4295320   Heather & Jed Barden    905 S Monroe St.    Spokane, WA 99204
4295321   ICCU      PO Box 2469        Pocatello, ID 83206–2469
4295322   Integrity Baugh, LLC    306 N Spokane St., Unit 1    Post Falls, ID 83854–7016
4299469   Internal Revenue Service    PO Box 7346    Philadelphia, PA 19101–7346
4295323   KWI, LLC           1250 N Northwood Center Ct., Ste. A    Coeur D Alene, ID 83814–2470
4295324   Lippman Recupero    1325 N Wilmot, 3rd Floor    Tucson, AZ 85712
4295325   Madden Industrial Craftsman, Inc.    1800 NW 169th Place Ste. A 200    Beaverton, OR 97006–7474
4295326   Miller Nash LLP     605 5th Ave. S., ste. 900    Seattle, WA 98104
4295327   Miller Paint        PO Box 20609       Portland, OR 97294
4295328   Nordstrom           13531 E Caley Ave.    Englewood, CO 80111
4295329   Numerica            PO Box 4000        Spokane Valley, WA 99037
4295728   Numerica Credit Union    PO Box 4000    Spokane Valley, WA 99037
4295330   P.S.C., Inc.        738 Broadway, Ste. 400    Tacoma, WA 98402–3777
4295331   Phillabaum, Ledlin, Matthews,    & Sheldon    1235 N Post St.    Spokane, WA 99201
4295332   Progressive         300 N Commons Blvd    Cleveland, OH 44143
4295333   Ramsden, Marfice, Ealy, & De Smet    PO Box 1336    Coeur D Alene, ID 83816
4295334   Retacco Law Office, PS    30640 Pacific Hwy S., Ste C    Federal Way, WA 98003
4299470   RiverBank           202 E Spokane Falls Blvd.    Spokane, WA 99202
4295337   STCU      PO Box 1954        Spokane, WA 99210–1915
4295335   Siderius, Lonergan & Martin, LLP    500 Union St., Ste. 847    Seattle, WA 98101
4295336   Simiply Funding LLC    1170 Route 17M, Ste. #2    Chester, NY 10918
4299471   Stephanie Burkey    16520 E Secretariat Ln.    Veradale, WA 99037
4295338   Suttell & Hammer    PO Box C–90006    Bellevue, WA 98009
4295339   Swift Financial, LLC    as servicing agent for WebBank    2211 N 1st Street    San Jose, CA 95131–2021
4295341   TIB, NA      PO Box 569100    Dallas, TX 75356
4295340   The Sherwin Williams Company    101 W Prospect Ave.    Cleveland, OH 44115
4295343   US Dept. of Education    Attn: Bankruptcy    6401 Security Blvd.    Baltimore, MD 21235
4299474   US Small Business Administration    Office of General Counsel    312 N Spring St., 5th Floor    Los Angeles, CA 90012
4299472   US Small Business Administration    PO Box 3918    Portland, OR 97208–3918
4299475   US Small Business Administration    Seattle District Office    Attn: District Counsel    2401 4th Ave., Ste. 450    Seattle, WA 98121
4295342   United Rentals      204 S Fancher Rd.    Spokane Valley, WA 99212
4299473   Valley Empire Collection    8817 E Mission Ave.    Spokane, WA 99212
4298542   WA Department of Revenue    2101 4th Ave Suite 1400    Seattle, WA 98121
4295344   Washington Trust Bank    PO Box 2127    Spokane, WA 99210
4295345   WebBank      215 State Street Ste. 1000    Salt Lake City, UT 84110
4295346   Winston & Cashatt    601 W Riverside Ave., Ste. 1900    Spokane, WA 99201
4295347   World Business Lenders    PO Box 1685    Cranford, NJ 07016
```

TOTAL: 56