# United States Bankruptcy Court
## Eastern District of Washington

In re  **Jonathan David Clausen**
**Jodi Lynn Clausen**

Case No.  **24-01739-13**

Chapter  **13**

Debtor(s)

## DEBTOR'S PLAN PAYMENT DECLARATION

1.  The first plan payment will be made on or before __11/23/24__. (The date specified must be no later than 30 days after the date of the filing of the plan, or the order for relief, whichever is earlier.) All subsequent plan payments will be made on or before the same day of each subsequent month for the remaining term of the plan.

2.  The debtor's employer/income source is as follows:

a.  Debtor No. 1  **Jonathan David Clausen**
Employer I.D. or
Last Four Digits of S.S.N.  **xxx-xx-5703**
Employer/
Income Source  **self-employment**
Address _____
_____
Phone No. _____,_____

Debtor No. 2  **Jodi Lynn Clausen**
Employer I.D. or
Last Four Digits of S.S.N.  **xxx-xx-0387**
Employer/
Income Source  **self-employment**
Address _____
Phone No. _____,_____

b.  Debtor No. 1 is Paid:

- ☐ Weekly
- ☐ Bi-weekly
- ☐ Semi-monthly
- ☑ Monthly
- ☐ Other _____

Debtor No. 2 is Paid:

- ☐ Weekly
- ☐ Bi-weekly
- ☐ Semi-monthly
- ☑ Monthly
- ☐ Other _____

c.  Deduct payments from wages or income source of:

Debtor No. 1  **5,600.00**  each month

- ☐ Evenly from each check
- ☐ All from one check. If so, pay period from which to deduct is _____ .
- ☑ Other  **debtors will make direct payments**

Debtor No. 2 _____ each month

- ☐ Evenly from each check
- ☐ All from one check. If so, pay period from which to deduct is _____
- ☐ Other _____

3.  Debtor acknowledges:

a.  Immediately after filing, the trustee is authorized to present to the court an order, without notice, directing any entity from whom the debtor receives money, such as employers and governmental agencies, to pay all or part of such income to the Chapter 13 Trustee, except to the extent otherwise subject by law or setoff, recoupment or alternative disposition.

b.  Payments made by the debtor directly to the trustee will only be permitted when specifically authorized by

an order of the court pursuant to LBR 2083-1(b).

If direct payments are authorized by the court, such payments will be made:

1.   In the form of a **cashier's check** or **money order** only; (No **personal checks,cash,** or **electronic bank transfers (EBT)** will be accepted.)

2.   Payable to Daniel H. Brunner, Trustee, and sent to P.O. Box 1003, Memphis, Tennessee 38101-1003; and

3.   With the debtor's **first and last name** and **bankruptcy case number**, exactly as they appear on the bankruptcy petition, clearly printed on the check.

Dated:   __November 21, 2024__

/s/ Rebecca Sheppard
**Rebecca J. Sheppard**
Attorney for Debtor

/s/ Jonathan Clausen
**Jonathan David Clausen**
Debtor

/s/ Jodi Clausen
**Jodi Lynn Clausen**
Debtor

Declaration - Page 2