LF 2083B (5/1/96)

# United States Bankruptcy Court
## Eastern District of Washington

In re **Jonathan David Clausen**
**Jodi Lynn Clausen**
Debtor(s)

Case No. **24-01739-13**
Chapter **13**

# PLAN FUNDING ANALYSIS

| | AMT. PAID BY TRUSTEE |
|---|---|
| **ADMINISTRATIVE EXPENSES** (Excluding Trustee Fees) | $ 30,000.00 |
| **CONTINUING CLAIMS** | $ 0.00 |
| **SECURED CLAIMS** | $ 58,261.80 |
| **EXECUTORY CONTRACTS AND UNEXPIRED LEASES** | $ 0.00 |
| **ARREARAGES/DEFAULTS** | $ 0.00 |
| **PRIORITY CLAIMS** | $ 25,000.00 |
| **SEPARATE CLASSIFICATIONS OF UNSECURED CLAIMS** | $ 0.00 |
| **UNSECURED CLAIMS** | $ 100% of allowed claims |
| **POST-PETITION CLAIMS** | $ 0.00 |
| **OTHER PROVISIONS** | $ 0.00 |
| | $ |
| | **SUB-TOTAL** |
| | $ |
| **TOTAL OF PAYMENTS TO TRUSTEE INCLUDING FEES:** (Divide Sub-total by .9) | $ amount sufficient to pay 100% of allowed claims |