LF 2083C (5/1/96)

# United States Bankruptcy Court
## Eastern District of Washington

In re **Jonathan David Clausen**
**Jodi Lynn Clausen**
Debtor(s)

Case No. **24-01739-13**
Chapter **13**

# CHAPTER 7
# LIQUIDATION ANALYSIS

| | | |
|---|---|---|
| **Total Value of Personal Property** | $ 1,390,746.73 | (+) |
| **Total Value of Real Property** | $ 1,300,000.00 | (+) |
| **Total Secured Claims against Personal Property** (not to exceed value of property): | $ 53,491.66 | (−) |
| **Total Secured Claims against Real Property** (not to exceed value of property): | $ 1,194,500.20 | (−) |
| **Total Personal Property Exemptions Claimed (equity only):** | $ 45,931.34 | (−) |
| **Total Real Property Exemptions Claimed (equity only):** | $ 105,499.80 | (−) |

**Net Value of Non-Exempt Property:**

$ 1,291,323.73

Date **November 21, 2024**   Signature **/s/ Rebecca J. Sheppard**
**Rebecca J. Sheppard**
Attorney