# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

CLAUSEN, JONATHAN D.

CLAUSEN, JODI L.

Debtor(s)

Case No. 24-01739-FPC13

**CERTIFICATE OF DEBTOR(S) REGARDING PAYMENTS TO AND DISBURSEMENTS BY THE CHAPTER 13 TRUSTEE**

I (we) hereby certify that I (we) understand the following:

1. The Chapter 13 Trustee disburses to creditors on the second business day of each month.

2. Any payments received by the Trustee on or after the second business day of the month will not be disbursed until the second business day of the following month.

3. Although the law requires that the debtor make the first plan payment to the Trustee <u>no later</u> than 30 days following the date the bankruptcy is filed, the debtor can, and in many cases should, make payments to the Trustee prior to that 30th day.

4. More specifically, if any payment on a continuing claim, an executory contract, or an unexpired lease becomes due prior to the expiration of 30 days following the date the bankruptcy is filed, then such payment should be transmitted to the Trustee no later than seven days before (or at the time of filing if the case if filed fewer than seven days before), the date it first becomes due under the applicable contract or lease.

| /s/ Jonathan Clausen | 11/21/24 | /s/ Jodi Clausen | 11/21/24 |
|---|---|---|---|
| Debtor | Date | Debtor | Date |