# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re  ) Case No. 24-01739-FPC13
CLAUSEN, JONATHAN D. )
 ) **DECLARATION REGARDING**
CLAUSEN, JODI L. ) **PAYMENTS**
 )
Debtor(s) )

☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from an employer within 60 days before the date of the filing of the petition, with redaction of all but the last four digits of the debtor's social security number or individual tax payer identification number.

☒ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition.

Debtor declares the foregoing to be true and correct under penalty of perjury.

Dated: 11/21/24   /s/ Jodi Clausen
　　　　　　　　　　　　Signature of Debtor

DECLARATION REGARDING PAYMENTS