Mike I. Todd  
Chapter 13 Trustee  
P.O. Box 1513  
Spokane, WA 99210-1513

The Honorable Frederick P. Corbit

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In Re:  )  Case No. 24-01739-FPC13  
Clausen, Jonathan David  )  
Clausen, Jodi Lynn  )  
      Debtor(s)  )  **NOTICE OF PAYMENT**  
 )  
 )

**TO: Clausen, Jonathan David**

 YOU ARE NOTIFIED that, as required by 11 USC 1326(a)(1) you must commence making payments proposed by your plan as follows:

**$5,600.00, Starting November 2024**

 These payments are to be made to:

**Mike I. Todd, Trustee**  
**PO Box 1003**  
**Memphis, TN 38101-1003**

until further order of the Court. Payments are to be made by Certified Check, Cashier's Check, or Money Order, or via www.tfsbillpay.com.

 Your **NAME** and **CASE NUMBER** must be clearly printed on each remittance. Save all receipts of your remittance.

 **NO CASH OR PERSONAL CHECKS WILL BE ACCEPTED. IF YOU DO NOT MAKE THESE PAYMENTS, YOUR CASE MAY BE DISMISSED.**

Dated: 11/25/2024

Mike I. Todd  
Chapter 13 Trustee

/s/ Mike I. Todd  
_____  
Mike I. Todd

Notice of Payment - 1