# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: Jonathan David Clausen        CASE NUMBER: 2401739
DEBTOR 2 NAME: Jodi Lynn Clausen

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __11/26/2024__ :

By First Class Mail :

Jonathan David Clausen,PO Box 2171,Spokane WA 99210
Rebecca Sheppard,Attorney at Law,16114 E Indiana Ave Ste 205,Spokane Valley WA 99216

By Electronic Transmittal :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : __11/26/2024__            Signature : _____*Robert J. Wallace, Jr.*_____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

| | |
|---|---|
| 1 | Mike I. Todd                    The Honorable Frederick P. Corbit |
| 2 | Chapter 13 Trustee |
|   | P.O. Box 1513 |
| 3 | Spokane, WA  99210-1513 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:                                              )   Case No.  24-01739-FPC13
Clausen, Jonathan David                )
Clausen, Jodi Lynn                          )
                              Debtor(s)   )   **NOTICE OF PAYMENT**
                                                   )
                                                   )

**TO:  Clausen, Jonathan David**

YOU ARE NOTIFIED that, as required by 11 USC 1326(a)(1) you must commence making payments proposed by your plan as follows:

**$5,600.00, Starting November 2024**

These payments are to be made to:

**Mike I. Todd, Trustee**
**PO Box 1003**
**Memphis, TN 38101-1003**

until further order of the Court.  Payments are to be made by Certified Check, Cashier's Check, or Money Order, or via www.tfsbillpay.com.

Your **NAME** and **CASE NUMBER** must be clearly printed on each remittance.  Save all receipts of your remittance.

**NO CASH OR PERSONAL CHECKS WILL BE ACCEPTED.  IF YOU DO NOT MAKE THESE PAYMENTS, YOUR CASE MAY BE DISMISSED.**

Dated: 11/25/2024                              Mike I. Todd
                                                              Chapter 13 Trustee


                                                              /s/ Mike I. Todd
                                                              _____
                                                              Mike I. Todd

Notice of Payment - 1