Mike I. Todd  The Honorable Frederick P. Corbit
Chapter 13 Trustee
P.O. Box 1513
Spokane, WA 99210-1513
(509)747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re: ) Case No. 24-01739-FPC13
Clausen, Jonathan David )
Clausen, Jodi Lynn )
                Debtor(s). ) Objection to Confirmation
)

The Trustee objects to the Chapter 13 plan for the following reason(s):

The Plan is not feasible. 11 USC § 1325

1. Plan payments are insufficient to pay 100% within the term of the Plan, per claims filed.

2. There is no treatment in the Plan for, nor has an objection been filed to the secured, cross-collateralized claim filed by Numerica Credit Union on October 28, 2024 (Claim No. 2), in the amount of $4329.67.

The Plan is not feasible. 11 USC § 1325(a)(9). The Debtors have not filed all Federal tax returns required by Section 1308. Specifically, based on Part 4.4.1 of the Plan, the Debtors have not filed their 2022 and 2023 Federal tax returns.

Objection to Confirmation - 1

The Debtors are engaged in business but have not filed business budgets or financial statements as required by LBR 2083-1(m).

The Debtors have not provided the Trustee with copies of the most recent Federal income tax return and all financial statements through and including the date of filing, contrary to FRBP 4002.

Dated: 12/2/2024

Mike I. Todd
Chapter 13 Trustee

/s/ Mike I. Todd
-------------------------------
Mike I. Todd

Objection to Confirmation - 2