Mike I. Todd
Chapter 13 Trustee
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| IN RE: | |
|---|---|
| Clausen, Jonathan David and Clausen, Jodi Lynn | CASE NO. 24-01739-FPC13 |
| | TRUSTEE FINANCIAL CASE ANALYSIS |

    I, Cindy Nixon am employed in the Office of the Chapter 13 Trustee and am the Case Administrator assigned to this case.

    I hereby certify that on December 02, 2024 I prepared and reviewed the attached Trustee Financial Case Analysis, and that to the best of my knowledge, information, and belief it is an accurate representation of the data contained in both the Court files and those of the Chapter 13 Trustee.

Dated: December 02, 2024                    Mike I. Todd, Chapter 13 Trustee
                                                            By: Cindy Nixon/S/CAN

# TRUSTEE'S FINANCIAL CASE ANALYSIS

**Case Name:** Clausen, Jonathan David and Clausen, Jodi Lynn

**Case No.** 24-01739-FPC13

**Debtor's Attorney:** Rebecca Sheppard

**Phone:** (509) 443-3014

| | | | |
|---|---|---|---|
| **Date Petition Filed:** | October 24, 2024 | **Debtor's Proposed Term:** | 60 |
| **Date of 341 Meeting:** | December 05, 2024 | | |
| **Bar Date:** | January 02, 2025 | | |
| **GU Bar Date:** | April 22, 2025 | | |

| | | | |
|---|---|---|---|
| **Monthly Income:** | 19,761.01 | [ ] Base Plan | |
| **Monthly Expenses:** | 14,160.52 | Proposed Base Amt | **$0.00** |
| **Disposable Income:** | 5,600.49 | [ X ] 100% Plan | |
| **Plan Payment** | 5,600.00 | [ ] Other: | |

**Scheduled Obligations:**

| | | **Filed Claims** | |
|---|---|---|---|
| Secured: | $1,247,991.86 | Secured: | $0.00 |
| Priority: | $25,000.00 | Priority: | $71,834.69 |
| Unsecured: | $190,549.28 | Unsecured: | $85,222.67 |
| Admin: | 30,000.00 | Admin: | $30,000.00 |
| **Total Scheduled:** | $1,493,541.14 | **Total Filed Claims:** | $187,057.36 |

**Proposed To Be Paid By Debtor**

**Projected To Be Paid By Trustee:**

| | | | |
|---|---|---|---|
| Attorney Fees: | $30,000.00 | Attorney Fees: | $30,000.00 |
| Continuing: | $0.00 | Continuing: | $0.00 |
| Secured: | $58,261.80 | Secured: | $58,510.39 |
| Arrearage: | $0.00 | Arrearage: | $0.00 |
| Priority: | $25,000.00 | Priority: | $71,834.69 |
| Separate Class: | $0.00 | Separate Class: | $0.00 |
| Unsecured: | | Unsecured: | $231,198.10 |
| Subtotal: | | Subtotal: | $391,543.18 |
| | | Trustee Fees: | $43,679.18 |
| **Total Disbursed:** | | **Total Disbursed:** | $435,222.36 |

| | Debtor's Liquidation Analysis | Trustee's Liquidation Analysis |
|---|---|---|
| Value of Personal Property: | 1,390,746.73 | 1,390,746.73 ( + ) |
| Secured Claims Against Personal Property: | 53,491.66 | 53,491.66 ( - ) |
| Personal Property Exemptions: | 45,931.34 | 45,931.34 ( - ) |
| Value of Real Property: | 1,300,000.00 | 1,300,000.00 ( + ) |
| Secured Claims Against Real Property: | 1,194,500.20 | 1,194,500.20 ( - ) |
| Real Property Exemptions: | 105,499.80 | 105,499.80 ( - ) |
| **Value of Non-Exempt Property:** | **1,291,323.73** | **1,291,323.73** |

**Debtor is claiming State Exemptions**

# TRUSTEE'S FINANCIAL CASE ANALYSIS

**Comments:**

REPORT BASED ON:
PLAN FILED 11/21/24

```
                              CLAIMS DISTRIBUTION ANALYSIS
```

| ATTORNEY FEE | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---|---|---|---|---|
| Rebecca Sheppard | CLAIM | 30,000.00 | 0.00 | 4000.00 | 008 | 30,000.00 |
| | | | **TOTAL PAYMENTS:** | | | **$30,000.00** |

| DEBTOR REFUND | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---|---|---|---|---|
| Jonathan David Clausen | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| | | | **TOTAL PAYMENTS:** | | | **$0.00** |

| DIRECT PMTS BY DEBTOR | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---|---|---|---|---|
| Fidelity Bank | SCHED | 433,144.12 | 2.50 | 4065.52 | 078 | 0.00 |
| | | | **TOTAL PAYMENTS:** | | | **$0.00** |

| PRIORITY | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---|---|---|---|---|
| WA Department of Revenue | CLAIM | 71,834.69 | 0.00 | 0.00 | 026 | 71,834.69 |
| Internal Revenue Service | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| | | | **TOTAL PAYMENTS:** | | | **$71,834.69** |

| SECURED | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---|---|---|---|---|
| Diamond Asphalt Paving, Inc. | CLAIM | 123,704.81 | 0.00 | 0.00 | 078 | 0.00 |
| Swift Financial, LLC as servicing ag | CLAIM | 110,019.92 | 0.00 | 0.00 | 078 | 0.00 |
| The Sherwin Williams Company | CLAIM | 5,538.86 | 0.00 | 0.00 | 078 | 0.00 |
| | | | **TOTAL PAYMENTS:** | | | **$0.00** |

| UNSECURED | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---|---|---|---|---|
| Washington Trust Bank | CLAIM | 10,079.06 | 0.00 | Pro Rata | 078 | 10,079.06 |
| Washington Trust Bank | CLAIM | 660.00 | 0.00 | Pro Rata | 078 | 660.00 |
| STCU | CLAIM | 6,601.12 | 0.00 | Pro Rata | 078 | 6,601.12 |
| WA Department of Revenue | CLAIM | 44,978.49 | 0.00 | Pro Rata | 078 | 44,978.49 |
| Chapman Financial Services | CLAIM | 14,904.00 | 0.00 | Pro Rata | 078 | 14,904.00 |
| Numerica Credit Union | CLAIM | 8,000.00 | 0.00 | Pro Rata | 078 | 8,000.00 |
| Aidvantage | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| American Express | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| American Express National Bank | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Apple Card | CLAIM | 8,000.00 | 0.00 | Pro Rata | 078 | 8,000.00 |
| Bank Of America | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Bank of America | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Bank of America | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Citibank | CLAIM | 32,019.47 | 0.00 | Pro Rata | 078 | 32,019.47 |
| Dellwo, Roberts, & Scanlon | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Divvy | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Eide Bailly, LLP, CPAs | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Fenix Law PS | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Fundbox, Inc. | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Heather & Jed Barden | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Integrity Baugh, LLC | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| KWI, LLC | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Lippman Recupero | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Madden Industrial Craftsman, Inc. | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Miller Nash LLP | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Miller Paint | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Nordstrom | CLAIM | 24,843.06 | 0.00 | Pro Rata | 078 | 24,843.06 |
| PSC Inc | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Phillabaum Ledlin Matthews & Shel | CLAIM | 12,833.90 | 0.00 | Pro Rata | 078 | 12,833.90 |
| Progressive | CLAIM | 1,241.00 | 0.00 | Pro Rata | 078 | 1,241.00 |
| Ramsden, Marfice, Ealy & De Smet, | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |

# CLAIMS DISTRIBUTION ANALYSIS

| UNSECURED | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---:|---:|---:|---:|---:|
| Retacco Law Offices | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| RiverBank | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Siderius Longergan & Martin LLP | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Simiply Funding LLC | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| State of WA Dept of L & I | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Stephanie Burkey | CLAIM | 25,000.00 | 0.00 | Pro Rata | 078 | 25,000.00 |
| Suttell & Hammer PS | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| TIB, NA | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| United Rentals | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| US Dept of Education | CLAIM | 19,438.00 | 0.00 | Pro Rata | 078 | 19,438.00 |
| U.S. Small Business Administration | CLAIM | 22,600.00 | 0.00 | Pro Rata | 078 | 22,600.00 |
| Valley Empire Collection | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Winston & Cashatt | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| | | | | **TOTAL PAYMENTS:** | | **$231,198.10** |

| POST PET FEES, EXP, AND CHA | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---:|---:|---:|---:|---:|
| Fidelity Bank | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| | | | | **TOTAL PAYMENTS:** | | **$0.00** |

| SECURED BY VEHICLE | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---:|---:|---:|---:|---:|
| Numerica Credit Union | CLAIM | 41,386.83 | 3.24 | 744.28 | 061 | 44,905.26 |
| Numerica Credit Union | CLAIM | 4,329.67 | 0.00 | 0.00 | 078 | 0.00 |
| ICCU | CLAIM | 12,315.46 | 3.99 | 226.75 | 061 | 13,605.13 |
| | | | | **TOTAL PAYMENTS:** | | **$58,510.39** |

| LEASE OTHER | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---:|---:|---:|---:|---:|
| KWI, LLC | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| | | | | **TOTAL PAYMENTS:** | | **$0.00** |

| SECURED MORTGAGE | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---:|---:|---:|---:|---:|
| World Business Lenders | CLAIM | 522,092.49 | 0.00 | 0.00 | 078 | 0.00 |
| | | | | **TOTAL PAYMENTS:** | | **$0.00** |

# RECIEPTS REPORT

12/02/2024 Page No. 1
In re: Case No.

| DATE | SOURCE | AMOUNT |
|------|--------|--------|

GROSS RECIEPTS:
*LESS ADJUSTMENTS:
NET RECIEPTS:

# DISBURSEMENTS REPORT

12/02/2024 Page No. 1

Case No.

In re:

## DISBURSEMENTS

| Date | Claim # | PC | Creditor Name | Amount |
|------|---------|----|----|--------|