# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: Jonathan David Clausen  
DEBTOR 2 NAME: Jodi Lynn Clausen  

CASE NUMBER: 2401739

I      Robert J Wallace, Jr.      certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on    12/3/2024    :

By First Class Mail :

Jonathan David Clausen, PO Box 2171, Spokane WA 99210  
Rebecca Sheppard, Attorney at Law, 16114 E Indiana Ave Ste 205, Spokane Valley WA 99216

By Electronic Transmittal :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :    12/3/2024                Signature : _Robert J. Wallace, Jr._

Premium Graphics, Inc.  
2099 Thomas Road Suite 10  
Memphis, TN 38134

Mike I. Todd                                     The Honorable Frederick P. Corbit
Chapter 13 Trustee
P.O. Box 1513
Spokane, WA  99210-1513
(509)747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:                            )   Case No.  24-01739-FPC13
Clausen, Jonathan David           )
Clausen, Jodi Lynn                )
                Debtor(s).        )   Objection to Confirmation
                                  )

The Trustee objects to the Chapter 13 plan for the following reason(s):

The Plan is not feasible.  11 USC § 1325

1. Plan payments are insufficient to pay 100% within the term of the Plan, per claims filed.

2. There is no treatment in the Plan for, nor has an objection been filed to the secured, cross-collateralized claim filed by Numerica Credit Union on October 28, 2024 (Claim No. 2), in the amount of $4329.67.

The Plan is not feasible.  11 USC § 1325(a)(9).  The Debtors have not filed all Federal tax returns required by Section 1308.  Specifically, based on Part 4.4.1 of the Plan, the Debtors have not filed their 2022 and 2023 Federal tax returns.

Objection to Confirmation - 1

The Debtors are engaged in business but have not filed business budgets or financial statements as required by LBR 2083-1(m).

The Debtors have not provided the Trustee with copies of the most recent Federal income tax return and all financial statements through and including the date of filing, contrary to FRBP 4002.

Dated: 12/2/2024

Mike I. Todd
Chapter 13 Trustee

/s/ Mike I. Todd
Mike I. Todd

Objection to Confirmation - 2