## CERTIFICATE OF SERVICE

DEBTOR 1 NAME: Jonathan David Clausen      CASE NUMBER: 2401739
DEBTOR 2 NAME: Jodi Lynn Clausen

I      Robert J Wallace, Jr.      certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on    12/3/2024    :

By First Class Mail :

Jonathan David Clausen, PO Box 2171, Spokane WA 99210
Rebecca Sheppard, Attorney at Law, 16114 E Indiana Ave Ste 205, Spokane Valley WA 99216

By Electronic Transmittal :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :    12/3/2024      Signature : *Robert J. Wallace, Jr.*

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

Mike I. Todd
Chapter 13 Trustee
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
Clausen, Jonathan David and
Clausen, Jodi Lynn

Debtor(s)

Case No. 24-01739-FPC13

NOTICE OF REQUEST FOR ANNUAL STATEMENT OF INCOME, EXPENDITURES AND TAX RETURNS

## **NOTICE OF REQUEST FOR ANNUAL STATEMENT OF INCOME, EXPENDITURES AND TAX RETURNS**

   COMES NOW, Mike I. Todd, Chapter 13 Trustee, and hereby notifies the Debtor(s) and Debtor(s) Counsel of his standing request to provide copies of tax returns each year during the pendency of Debtor(s) case pursuant to 11 USC § 521(f) and (g).

   Further, Debtor(s) shall file a statement, under penalty of perjury of any change in income and expenditures, to include the amount and source of income, the amount of contribution and identity of the party who contributes to the support of any dependent of the debtor(s) and/or to the household in which the debtor resides or file with the court Amended Schedules I and J evidencing changed circumstances.

   The sworn statement of income and expenditures and tax returns are to be delivered to Mike I. Todd, Chapter 13 Trustee at P.O. Box 1513, Spokane WA 99201 by U.S. Mail or by any other appropriate means of delivery. **DO NOT FILE TAX RETURNS WITH THE BANKRUPTCY COURT.** It is requested the above be provided each year by May 31st without further Notice or Request by the Trustee.

Dated:12/2/2024

Mike I. Todd
Chapter 13 Trustee

By: Mike I. Todd /s/ MIT