| | |
|---|---|
| Mike I. Todd | The Honorable Frederick P. Corbit |
| Chapter 13 Trustee | |
| P.O. Box 1513 | |
| Spokane, WA 99210-1513 | |
| (509)747-8481 | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In Re: | ) | Case No. 24-01739-FPC13 |
| Clausen, Jonathan David | ) | |
| Clausen, Jodi Lynn | ) | |
| Debtor(s). | ) | MEETING OF CREDITORS |
| | ) | ADJOURNED (CONTINUED) |

Please take notice that the 341 Meeting of Creditors for the above named debtor previously set for December 05, 2024 has been rescheduled as follows:

Time: 11:00 am

Date: 01/09/2025

Location: Zoom video meeting
    Go to Zoom.us/join
    Enter Meeting ID: 262 980 2865
    Enter Passcode: 5105703805
    OR call 1-509-210-1483

YOU ARE FURTHER NOTIFIED that this notice DOES NOT suspend any dismissal proceedings that may have been previously commenced.

DATED: 12/18/2024                Mike I. Todd
                                      Chapter 13 Trustee

/s/ Mike I. Todd
Mike I. Todd

MEETING OF CREDITORS ADJOURNED
(CONTINUED) - 1

24-01739-FPC13    Doc 35    Filed 12/18/24    Entered 12/18/24 11:55:33    Pg 1 of 1