# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: Jonathan David Clausen     CASE NUMBER: 2401739
DEBTOR 2 NAME: Jodi Lynn Clausen

I    Robert J Wallace, Jr.    certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on   12/19/2024   :

**By First Class Mail :**

Jonathan David Clausen, PO Box 2171, Spokane WA 99210
Ramsden, Marfice, Ealy & De Smet, LLP, Matthew C. Niemela, Attorney at Law, PO Box 1336 Coeur d'Alene ID 83816-1336
Rebecca Sheppard, Attorney at Law, 16114 E Indiana Ave Ste 205, Spokane Valley WA 99216

**By Electronic Transmittal :**

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :   12/19/2024      Signature : *Robert J. Wallace, Jr.*

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

Mike I. Todd  　　　　　　　　　　　　The Honorable Frederick P. Corbit
Chapter 13 Trustee
P.O. Box 1513
Spokane, WA  99210-1513
(509)747-8481

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In Re: | ) | Case No. 24-01739-FPC13 |
| Clausen, Jonathan David | ) | |
| Clausen, Jodi Lynn | ) | |
| Debtor(s). | ) | MEETING OF CREDITORS |
| | ) | ADJOURNED (CONTINUED) |

Please take notice that the 341 Meeting of Creditors for the above named debtor previously set for December 05, 2024 has been rescheduled as follows:

Time: 11:00 am

Date: 01/09/2025

Location: Zoom video meeting
　　　　　Go to Zoom.us/join
　　　　　Enter Meeting ID: 262 980 2865
　　　　　Enter Passcode: 5105703805
　　　　　OR call 1-509-210-1483

YOU ARE FURTHER NOTIFIED that this notice DOES NOT suspend any dismissal proceedings that may have been previously commenced.

DATED: 12/18/2024　　　　　　　Mike I. Todd
　　　　　　　　　　　　　　　　Chapter 13 Trustee

　　　　　　　　　　　　　　　　/s/ Mike I. Todd
　　　　　　　　　　　　　　　　Mike I. Todd

MEETING OF CREDITORS ADJOURNED
(CONTINUED) - 1