NATHAN F. SMITH, WSBA #43160
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Telephone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

Attorneys for Fidelity Bank

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Bankruptcy Case No. 24-01739-FPC13 |
| JONATHAN DAVID CLAUSEN AND JODI LYNN CLAUSEN, | Chapter 13 |
| Debtors. | **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** |
| | <u>CONFIRMATION HEARING:</u><br>**Date:** January 8, 2025<br>**Time:** 10:00 AM<br>**CTRM:** Zoom |

**TO THE HONORABLE FREDERICK P. CORBIT, U.S. BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, THE DEBTORS, AND THE DEBTORS' COUNSEL:**

Fidelity Bank, the holder of a secured claim and party-in-interest, ("Movant"), hereby objects to confirmation of the Debtor`s Chapter 13 Plan ("Plan").

Fidelity Bank is the holder of a claim secured only by a security interest in the real property commonly known as 12918 N NORMAN RD, Spokane, WA 99217, which is the Debtors' principal residence ("Property"). The total amount due and owing under the promissory note is $437,835.07 and the pre-petition arrearage is $11,456.22. A true and correct copy of Movant's Proof of Claim is attached as Exhibit "1." §1322(b)(2) provides, in relevant part, as follows:

    (b) Subject to subsections (a) and (c) of this section, the plan may--

    . . .

    (2) modify the rights of holders of secured claims, other than a claim secured only

OBJECTION TO PLAN -1- JD/B80205

24-01739-FPC13    Doc 37    Filed 12/20/24    Entered 12/20/24 13:34:51    Pg 1 of 3

by a security interest in real property that is the Debtor's principal residence

. . .

(5) notwithstanding paragraph (2) of this subsection, provide for the curing of any default within a reasonable time and maintenance of payments while the case is pending on any unsecured claim or secured claim on which the last payment is due after the date on which the final payment under the plan is due; . . .

Movant objects to confirmation of the Plan on the following grounds:

(1) The Debtors` Plan does not propose to cure the pre-petition arrears owed to Movant. Therefore, the Plan does not comply with § 1322(b)(5).

Based upon the foregoing, Movant respectfully requests that the Court deny confirmation of the Plan, or, in the alternative, order that the Plan be amended to provide for full payment of Movant's pre-petition arrearage.

DATED: December 20, 2024

Respectfully Submitted,
MALCOLM ♦ CISNEROS, A Law Corporation

*/s/ Nathan F. Smith*
Nathan F. Smith
Attorney for Fidelity Bank
Telephone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

# PROOF OF SERVICE

STATE OF CALIFORNIA
                            ss.
COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, CA 92612.

On December 20, 2024, I served the following document described as **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California **(and via telecopy or overnight mail where indicated)**, addressed as follows:

<u>DEBTOR</u>
Jonathan David Clausen
PO Box 2171
Spokane, WA 99210

Jodi Lynn Clausen
PO Box 2171
Spokane, WA 99210

<u>DEBTORS' ATTORNEY</u>
Rebecca J. Sheppard
16114 E Indiana Ave, Ste 205
Spokane Valley, WA 99216

<u>CHAPTER 13 TRUSTEE</u>
Mike I Todd
PO Box 1513
Spokane, WA 99210

I declare under penalty of perjury that the foregoing is true and correct.
Executed on December 20, 2024 at Irvine, California.

*/s/Janet Defeyter*
Janet Defeyter