| | |
|---|---|
| Mike I. Todd | The Honorable Frederick P. Corbit |
| Chapter 13 Trustee | |
| P.O. Box 1513 | |
| Spokane, WA  99210-1513 | |
| (509)747-8481 | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:                                             )   Case No.  24-01739-FPC13
Clausen, Jonathan David            )
Clausen, Jodi Lynn                       )
               Debtor(s).                      )   Amended Objection to Confirmation
                                                      )

The Trustee objects to the Chapter 13 plan for the following reason(s):

The Plan is not feasible.  11 USC § 1325(aa)(6).  The Debtors have failed to demonstrate an ability to make all plan payments that will come due under the Plan.  Specifically, the Debtors have not commenced making plan payments and are currently delinquent $11,200.00 (2 months), through December 2024.

The Plan is not feasible.  11 USC § 1325

1. Plan payments are insufficient to pay 100% within the term of the Plan, per claims filed.

2. There is no treatment in the Plan for, nor has an objection been filed to the secured, cross-collateralized claim filed by Numerica Credit Union on October

Amended Objection to Confirmation. - 1

28, 2024 (Claim No. 2), in the amount of $4329.67.

3. There is no treatment in the Plan for, nor has an objection been filed to the pre petition arrearage claim filed by Fidelity Bank, NA on December 13, 2024 (Claim No. 22) in the amount of $11,456.22.

4. There is no treatment in the Plan for, nor has an objection been filed to the priority claim filed by WA State Dept of Labor and Industries on December 5, 2024 (Claim No. 16) in the amount of $12,003.52.

The Plan is not feasible. 11 USC § 1325(a)(9). The Debtors have not filed all Federal tax returns required by Section 1308. Specifically, based upon the proof of claim filed by the Internal Revenue Service on December 12, 2024 (Claim No. 21), the Debtors have not filed their 2022 and 2023 Federal tax returns.

The Debtors are engaged in business but have not filed business budgets or financial statements as required by LBR 2083-1(m).

///

The Debtors have not provided the Trustee with copies of the most recent

Amended Objection to Confirmation. - 2

| | |
|---|---|
| 1 | Federal income tax return and all financial statements through and including the |
| 2 | |
| 3 | date of filing, contrary to FRBP 4002. |
| 4 | Dated: 12/30/2024          Mike I. Todd |

Federal income tax return and all financial statements through and including the date of filing, contrary to FRBP 4002.

Dated: 12/30/2024

Mike I. Todd
Chapter 13 Trustee

/s/ Mike I. Todd
_____
Mike I. Todd

Amended Objection to Confirmation. - 3