Jesús Miguel Palomares, WSB No. 51858
Miller Nash LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
Jesus.palomares@millernash.com
Telephone: 206.624.8300

Honorable Frederick P. Corbit

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 24−01739−FPC13 |
|---|---|
| Clausen, Jonathan David<br>Clausen, Jodi Lynn,<br><br>    Debtors. | NOTICE OF APPEARANCE AND<br>REQUEST FOR NOTICES |

PLEASE TAKE NOTICE that Swift Financial LLC ("Swift") is a creditor in the above-referenced case and, by and through its undersigned attorneys, hereby enters its appearance pursuant to Fed. R. Bankr. P. 9010(b). Pursuant to 11 U.S.C. §342 and Fed. R. Bankr. P. 2002 and 9007, Swift requests that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address, facsimile and telephone numbers, and email address:

> Jesús Miguel Palomares
> Miller Nash LLP
> 605 5th Ave S, Ste 900
> Seattle, WA 98104
> Telephone: 206-777-7430
> Facsimile: 206-340-9599
> jesus.palomares@millernash.com

Notice of Appearance and Request for Notices - 1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, SUITE 900
SEATTLE, WASHINGTON 98104

4863-7789-3608.1

24-01739-FPC13    Doc 39    Filed 12/30/24    Entered 12/30/24 15:43:36    Pg 1 of 2

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, email, or otherwise filed or made with regard to the referenced cases and proceedings therein.

Neither this Notice of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Swift's (i) right to have final orders in non-core matters entered only after de novo review by a higher court, (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Swift may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

DATED this 30th day of December, 2024.

MILLER NASH LLP

*/s/Jesús Miguel Palomares*
Jesús Miguel Palomares, WSBA No. 51858
Email: jesus.palomares@millernash.com
Tel: 206.624.8300

Attorneys for Creditor
Swift Financial LLC

Notice of Appearance and Request for Notices - 2

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, SUITE 900
SEATTLE, WASHINGTON 98104

4863-7789-3608.1

24-01739-FPC13    Doc 39    Filed 12/30/24    Entered 12/30/24 15:43:36    Pg 2 of 2