IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

JONATHAN DAVID CLAUSEN, and
JODI LYNN CLAUSEN

Debtors.

NO. 24-01739-FPC13

DECLARATION OF JOHN MURPHY

**I, JOHN MURPHY**, declare as follows:

1. I am a Senior Vice President of World Business Lenders, LLC, ("WBL") the original lender of the subject business loan and current servicer of the loan on behalf of WBL SPO I, LLC ("**WBL SPO I**"), a secured creditor herein. I am over the age of 18 years, and otherwise competent to testify. The matters stated below are based upon my personal knowledge and my review of WBL SPO I's records and files.

2. As stated more fully in the Proof of Claim ("**Claim**") filed by WBL SPO I concurrently with this declaration, **WBL** made a business loan to to Lilac City, LLC ("**Lilac City**"), an entity owned by the Debtors herein. The loan is evidenced by a Business Promissory Note and Security Agreement, dated August 9, 2022, in the original principal amount of $400,000.00 ("**Note**"). A true and correct copy of the Note is attached to the Claim as Exhibit D ("**Note**").

3. The Note provides for monthly payments of $3,589.62 due each week starting

DECLARATION OF JOHN MURPHY - 1

1205970.000



on August 19, 2022 and continuing until August 1, 2025. The Note is scheduled to mature on August 8, 2025, and will be due in full on that date.

4. The Note provides for a non-default rate of interest of 23.79% per annum. Upon default, the Note provides that the rate of interest shall increase by ten percent to 33.79% interest.

5. As more fully stated in the Claim, the total balance due under the Note as of the filing date on October 24, 2024 was no less than $536,235.80.

6. As more fully stated in the Claim, the arrearage balance due as of the filing date on October 24, 2024 was no less than $346,162.40.

7. Interest continues to accrue at the per diem rate of $296.15 based on the default rate of interest (to include non-default per diem interest of $208.50).

8. WBL SPO I has not received any post-petition payments from the Debtors.

9. As security for the Note, the Debtors executed a Deed of Trust, Assignment of Leases and Rents and Security Agreement, dated August 9, 2022 ("**Deed of Trust**"), which granted WBL a security interest in the real property commonly known as 12918 N Norman Road, Spokane, WA 99217 ("**Property**"). The Deed of Trust was recorded with the Spokane County Auditor on November 1, 2022 under Auditor's File No. 7250850. A true and correct copy of the Deed of Trust is attached to the Claim as Exhibit E.

10. As additional security for the Note, Jonathan Clausen executed a Continuing Guaranty, dated August 9, 2022 ("**Guaranty**"), under which Mr. Clausen absolutely and unconditionally guaranteed repayment of the obligations evidenced by the Note. A true and correct copy of the Guaranty is attached to the Claim as Exhibit G.

11. The Note, Deed of Trust, and Guaranty and all related loan documents were subsequently assigned by WBL to WBL SPO I through a bill of sale and note allonge and pursuant to an Assignment of Deed of Trust, dated April 17, 2023 ("**Assignment**"), which was recorded with the Spokane County Auditor on April 20, 2023 under Auditor's File No.

DECLARATION OF JOHN MURPHY - 2

1205970.000

EISENHOWER CARLSON PLLC
Attorneys at Law
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

24-01739-FPC13   Doc 42   Filed 12/31/24   Entered 12/31/24 14:19:54   Pg 2 of 6

7279576. A true and correct copy of the Assignment is attached to the Claim as Exhibit F.

12. WBL SPO I is the successor in interest to WBL with respect to the Note, Deed of Trust, and Guaranty, and it is the present beneficiary under the Deed of Trust.

13. The Debtors are in default under the terms of the Note and Deed of Trust. As such, WBL SPO I commenced the non-judicial foreclosure of the Deed of Trust under Chapter 61.24, RCW. Fenix Law, P.S. ("**Trustee**") was appointed as the successor trustee under the Deed of Trust, and subsequently issued a Notice of Trustee's Sale pursuant to RCW 61.24.040 ("**2024 NOTS**"), which scheduled the sale of the Property for October 25, 2024 ("**2024 Trustee's Sale**"). A true and correct copy of the 2024 NOTS is attached hereto as **Exhibit A**. The 2024 Trustee's Sale was stayed by the Debtors' bankruptcy filing herein on October 24, 2024.

14. However, this was not the first action to foreclose the Deed of Trust. A prior Notice of Trustee's Sale was issued by the Trustee on November 28, 2023, which was recorded with the Spokane County Auditor on November 28, 2023 under Auditor's File No. 7320919 ("**2023 NOTS**").

15. In response to the 2023 NOTS, Jonathan Clausen and Lilac City filed an action against WBL SPO I and WBL in Spokane County Superior Court under Cause No. 24-2-00722-32, asserting various claims against WBL SPO I and WBL related to the Note and Deed of Trust, to include extinguishment of the Deed of Trust ("**Spokane Lawsuit**"). A true and correct copy of the Complaint filed in the Spokane Lawsuit is attached hereto as **Exhibit B**.

16. An order to stay the sale scheduled under the 2023 NOTS was entered on April 22, 2024 ("**April Stay Order**").

17. On May 24, 2024, WBL and WBL SPO I moved for summary judgment in the Spokane Lawsuit. The court granted the motion on June 21, 2024, and the case was dismissed on July 3, 2024, to include dismissal of the April Stay Order ("**Dismissal Order**").

DECLARATION OF JOHN MURPHY - 3

1205970.000

EISENHOWER CARLSON PLLC
Attorneys at Law
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

A true and correct copy of the Dismissal Order is attached hereto as **Exhibit C**, which includes the court's findings and rulings regarding all of the Debtors' claims therein.

18. Lilac City and Mr. Clausen subsequently filed an appeal of the Dismissal Order, which remains pending under the State of Washington Court of Appeals, Div. III, Case No. 405915. Lilac City and Mr. Clausen filed their brief on November 15, 2024. The Debtors did not file a motion for supersedeas bond under RAP 8.1 at the Court of Appeals.

19. Following the Dismissal Order, the Trustee issued the 2024 NOTS referenced above. On October 4, 2024, Lilac City and Mr. Clausen filed a motion to stay enforcement of the Deed of Trust in the Spokane Lawsuit ("**October Stay Motion**"). The trial court granted the October Stay Motion on October 18, 2024, but conditioned the stay on Lilac City and/or Mr. Clausen depositing $241,778.00 into the registry of the court by October 24, 2024 ("**October Stay Order**"). Instead of tendering the required security, the Debtors filed this bankruptcy petition to stay the sale. True and correct copies of the October Stay Motion and the October Stay Order are attached hereto as **Exhibit D** and **Exhibit E**, respectively.

20. WBL SPO I is concerned regarding the delay of the Trustee's Sale, as there are multiple liens on the Property:

   a. A Deed of Trust recorded with the Spokane County Auditor on February 8, 2021 under Auditor's File No. 7031693. This Deed of Trust is reflected in paragraph 2.2 of Debtors' Schedule D and Claim 22-1 filed by Fidelity Bank, N.A. herein ("**Fidelity Deed of Trust**"), which was filed in the amount of $437,835.07 with an arrearage balance due of $11,456.22 as of the filing date. This lien appears to be senior to the lien of WBL SPO I.

   b. A judgment entered in favor of Swift Financial, LLC against Mr. Clausen on January 19, 2024 under Spokane County Superior Court Cause No. 23-03864-32 in the total amount of $110,019.92 ("**Swift Judgment**"). This judgment is reflected in paragraph 2.5 of Debtors' Schedule D and Claim 29-1 filed herein, which was filed in the

DECLARATION OF JOHN MURPHY - 4

1205970.000

EISENHOWER CARLSON PLLC
Attorneys at Law
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

amount of $123,295.61.

c. A judgment entered in favor of Diamond Asphalt Paving, Inc. against Debtors on June 28, 2024 under Spokane County Superior Court Cause No. 22-2-00049-32 in the total amount of $123,704.81 ("**Diamond Judgment**"). It does not appear that Diamond Asphalt Paving, Inc. has filed a claim to date, but it is listed as a secured creditor under paragraph 2.1 of Debtors' Schedule D.

d. A judgment entered in favor of The Sherwin Williams Company against Debtors ("**Sherwin Judgment**"). This judgment is reflected in paragraph 2.7 of Debtors' Schedule D and Claim 19-1 filed herein, which was filed in the amount of $5,538.86.

21. As reflected in the October Stay Motion, the Debtors assert the Property is valued at $1,300,000.00. However, I am skeptical of that valuation. The Debtors have been listing the Property for sale periodically since 2023. Most recently it was listed for sale for $1,500,000.00 as of April 26, 2024. After it failed to sell at that price, the price was reduced to $1,300,000.00 as of July 10, 2024. It has now been marketed at that price for nearly six months without success. Attached hereto as **Exhibit G** is a true and correct copy of the current Redfin online database report for the Property, which includes the listing history.

22. WBLSPO I does not have a current valuation of the Property, but will obtain one if required by the Court. However, the 2025 tax assessed value of the Property is $820,160. Attached hereto as **Exhibit H** is a true and correct copy of the online database report from the Spokane County Assessor's Office regarding the Property.

23. Below is a breakdown of the claims secured by the Property:

| **Creditor:** | **Date:** | **Lien Claim:** |
|---|---|---|
| Fidelity Deed of Trust | 2/8/2021 | $437,835.07 |
| WBL SPO I Deed of Trust | 11/1/2022 | $527,103.63 |

DECLARATION OF JOHN MURPHY - 5

1205970.000



EISENHOWER CARLSON PLLC
Attorneys at Law
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

| | | |
|---|---|---|
| Diamond Judgment | 6/28/2024 | $123,704.81 |
| Swift Judgment | 1/19/2024 | $123,295.61 |
| Sherwin Judgment | Unknown | $5,538.86 |
| | **Total:** | **$1,226,610.20** |

24. The Debtors assert a homestead under Chapter 6.13, RCW, which for 2024 is capped at $430,700.00. Based on the above secured claims, the secured claims plus the homestead exceed the value of the Property.

**I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.**

DATED at Lake County, State of Indiana, this 30th day of December, 2024.

_____
JOHN MURPHY

DECLARATION OF JOHN MURPHY - 6

1205970.000

EISENHOWER CARLSON PLLC
Attorneys at Law
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

24-01739-FPC13   Doc 42   Filed 12/31/24   Entered 12/31/24 14:19:54   Pg 6 of 6