RECEIVED
SEP 10 2024

**Filed for Record at Request of and after Recording Return to:**

PHILLABAUM, LEDLIN, MATTHEWS & SHELDON, PLLC  7370743 09/05/2024 12:59:37 PM
Rec Fee: $309.50    Page 1 of 7
Notice of Trustee Sale Commercial    SIMPLIFILE LC
E-RECORDING
Spokane County Washington    eRecorded

Fenix Law, P.S.
Attn: Chad E. Ahrens
748 Market Street
Suite 312
Tacoma, WA 98402

| | |
|---|---|
| Grantor/Borrower: | Lilac City, LLC dba Lilac City Painting |
| Grantee/Beneficiary: | WBL SPO I, LLC |
| Trustee: | Fenix Law, P.S. |
| Current Mortgage Servicer: | |
| Abbrev. Legal: | PTN OF SW 1/4, SE 1/4, SEC 6, T26N, R45E, W.M |
| Legal Description: | Pages 1-2 |
| Ref. # of Related Documents: | 7250850; 7279576; 7312729; 7320919 |
| Assessor's Property Tax Parcel No.: | 56064.9071 |

## NOTICE OF TRUSTEE'S SALE
## OF COMMERCIAL LOAN
Pursuant to the Revised Code of Washington,
Chapter 61.24 RCW

### I.

**NOTICE IS HEREBY GIVEN** that the undersigned Trustee will, on the **25th day of October, 2024**, at the hour of 10:00 o'clock a.m., at the South entrance Spokane County Courthouse, 1116 W Broadway, in the city of Spokane, State of Washington, sell at public auction to the highest and best bidder, payable, in the form of cash, cashier's check or certified checks from federally or State chartered banks, at the time of sale, the following described real property, situated in the county of Spokane, State of Washington, to-wit:

THE SOUTH HALF OF THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER AND THE SOUTH HALF OF THE NORTH HALF OF THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 6, TOWNSHIP 26, RANGE 45 E, W.M., RECORDS OF SPOKANE COUNTY, WASHINGTON.

EXCEPT THE ROAD;

SITUATE IN THE COUNTY OF SPOKANE, STATE OF WASHINGTON

NOTICE OF TRUSTEE'S SALE OF COMMERCIAL LOAN – 1
File No. 48529

COMMONLY KNOWN AS: 12918 N NORMAN RD, SPOKANE, WA 99217

PARCEL ID: 56064.9071

Commonly known as 12918 N Norman Road, Spokane, WA 99217 (the "Real Property") which is subject to that certain Deed of Trust dated August 9, 2022, recorded November 1, 2022, under Auditor's File No. 7250850 records of Spokane County, State of Washington from Jodi Clausen and Jonathan D. Clausen as Grantors to Netco, Inc., as Trustee, to secure an obligation (the "Obligation") in favor of World Business Lenders, LLC, a New York limited liability company, the original Beneficiary. By that certain Assignment of Deed of Trust dated April 17, 2023, recorded April 20, 2023, under Auditor's File No. 7279576, records of Spokane County, State of Washington, the current beneficiary is WBL SPO I, LLC. By that certain Appointment of Successor Trustee, recorded October 10, 2023, under Auditor's File No. 7312729, the Beneficiary has appointed Fenix Law, P.S. as successor trustee.

## II.

No action commenced by the Beneficiary of the Deed of Trust or the Beneficiary's successor is now pending to seek satisfaction of the Obligation in any Court by reason of the Grantor's default on the obligation secured by the Deed of Trust.

## III.

The Beneficiary alleges default of the Deed of Trust for failure to pay the following amounts now in arrears or for which performance is now past due:

| Principal due in full September 4, 2024: | $319,898.56 |
|---|---|
| Interest (Per diem is $296.15): | $110,652.59 |
| NSF Fees: | $385.00 |
| Collection Fees: | $43,173.36 |
| Prepayment Premium: | $47,984.78 |
| BPO: | Reserved |
| **Subtotal** | **$522,094.29** |

## IV.

The sum owing on the obligation secured by the Deed of Trust is: Principal $319,898.56 together with interest as provided in the note or other instrument secured from the 9th day of August, 2022, and such other costs and fees as are due under the note or other instrument secured, and as they are provided by statute.

## V.

The above-described real property will be sold to satisfy the expense of sale and the obligation secured by the Deed of Trust as provided by statute. The sale will be made without warranty, express or implied, regarding title, possession, or encumbrances on the

NOTICE OF TRUSTEE'S SALE OF COMMERCIAL LOAN – 2
File No. 48529

**25th day of October, 2024**. The default referred to in paragraph III must be cured by the **14th day of October, 2024** (11 days before the sale date), to cause a discontinuance of the sale.

The sale will be discontinued and terminated if at any time on or before the **14th day of October, 2024** (11 days before the sale), the default as set forth in paragraph III is cured and the Trustee's fees and costs are paid. The sale may be terminated any time after the **14th day of October, 2024** (11 days before the sale date), and before the sale by the Grantor or the Grantor's successor in interest or the holder of any recorded junior lien or encumbrance paying the entire principal and interest secured by the Deed of Trust, plus costs, fees, and advances, if any, made pursuant to the terms of the obligation and/or Deed of Trust, and curing all other defaults.

## VI.

A written notice of default was transmitted by the Beneficiary or Trustee to the Grantor or the Grantor's successor in interest at the following addresses:

| | | |
|---|---|---|
| LILAC CITY, LLC DBA LILAC CITY PAINTING LILAC CITY PAINTING 728 N. HOGAN STREET SPOKANE, WA 99202 | CURRENT OCCUPANT 12918 N. NORMAN ROAD SPOKANE, WA 99217 (CURRENT OCCUPANT) | JONATHAN D. CLAUSEN 12918 N. NORMAN ROAD SPOKANE, WA 99217 (TRUSTOR) |
| JODI CLAUSEN 12918 N. NORMAN ROAD SPOKANE, WA 99217 | JONATHAN D. CLAUSEN 3316 E. 15TH AVENUE SPOKANE, WA 99223 | JODI CLAUSEN 3316 E. 15TH AVENUE SPOKANE, WA 99223 |
| JONATHAN DAVID CLAUSEN 12918 N. NORMAN ROAD SPOKANE, WA 99217 | JONATHAN D. CLAUSEN 3316 E 15TH SPOAKANE, WA 99223 | JONATHAN DAVID CLAUSEN 3316 E 15TH SPOAKANE, WA 99223 |
| JONATHAN DAVID CLAUSEN 3316 E. 15TH AVENUE SPOKANE, WA 99223 | JODI CLAUSEN 3316 E 15TH SPOAKANE, WA 99223 | FIRST CORPORATE SOLUTIONS 914 S STREET SACRAMENTO, CA 95811 |

SIMPLY FUNDING LLC
C/O FIRST CORPORATE SOLUTIONS
914 S STREET
SACRAMENTO, CA 95811

by both first class and certified mail on the 26th day of October, 2023, proof of which is in the possession of the Trustee; and on the 25th day of October, 2023, the Grantor or the Grantor's successor in interest was personally served with said written notice of default

NOTICE OF TRUSTEE'S SALE OF COMMERCIAL LOAN – 3
File No. 48529

and/or written notice of default was posted in a conspicuous place on the real property described in paragraph I above, and the Trustee has possession of proof of such service or posting.

## VII.

The Trustee whose name and address are set forth below will provide in writing to anyone requesting it, a statement of all costs and fees due at any time prior to the sale.

## VIII.

The effect of the sale will be to deprive the Grantor and all those who hold by, through or under the Grantor of all their interest in the above-described property.

## IX.

Anyone having any objection to the sale on any grounds whatsoever will be afforded an opportunity to be heard as to those objections if they bring a lawsuit to restrain the sale pursuant to RCW 61.24.130. Failure to bring such a lawsuit may result in a waiver of any proper grounds for invalidating the Trustee's sale.

## X.

Notice to Occupants or Tenants:

The foreclosure process has begun on this property, which may affect your right to continue to live in this property. Ninety days or more after the date of this notice, this property may be sold at foreclosure. If you are renting this property, the new property owner may either give you a new rental agreement or provide you with a sixty-day notice to vacate the property. You may wish to contact a lawyer or your local legal aid or housing counseling agency to discuss any rights that you may have.

## XI.

Notice to Guarantors:

The Guarantor may be liable for a deficiency judgment to the extent the sale price obtained at the Trustee's Sale is less than the debt secured by the Deed of Trust. In any action for a deficiency, the Guarantor will have the right to establish the fair value of the property as of the date of the Trustee's Sale, less prior liens and encumbrances, and to limit its liability for a deficiency to the difference between the debt and the greater of such fair value or the sale price paid at the Trustee's Sale, plus interest and cost.

The Guarantor has the same rights to reinstate the debt, cure the default, or repay the debt as is given to the Grantor in order to avoid he Trustee's Sale. The Guarantor will have no right to redeem the Property after the trustee's sale. Any action to enforce a guaranty must be commenced within one year after the Trustee's Sale, or the last Trustee's Sale under any deed of trust granted to secure the same debt (subject to such longer periods as are provided in RCW 61.24).

NOTICE OF TRUSTEE'S SALE OF COMMERCIAL LOAN – 4
File No. 48529

Dated: September 5, 2024.

FENIX LAW, P.S.

_____
CHAD E. AHRENS, WSBA #36149
Successor Trustee
748 Market Street, Suite 312
Tacoma, WA 98402
Tel: (253) 356-7156

STATE OF WASHINGTON )
                    ) ss.
COUNTY OF PIERCE    )

On this day personally appeared before me <u>Chad E. Ahrens</u>, to me known to be the individual in and who executed the within and foregoing instrument and acknowledged that he signed the same as his free and voluntary act and deed, for the uses and purposes therein mentioned.

Given under my hand and official seal this 5th day of September, 2024.

E. Diamond
Notary Public #24015170, in and for the
State of Washington, residing in Eatonville
My commission expires: March 3, 2028

NOTICE OF TRUSTEE'S SALE OF COMMERCIAL LOAN – 5
File No. 48529

LIST OF ADDRESSES AND NAMES NOTICE SENT TO:

| | |
|---|---|
| LILAC CITY, LLC DBA LILAC CITY PAINTING<br>LILAC CITY PAINTING<br>728 N. HOGAN STREET<br>SPOKANE, WA 99202 | CURRENT OCCUPANT<br>12918 N. NORMAN ROAD<br>SPOKANE, WA 99217<br>(CURRENT OCCUPANT) |
| JONATHAN D. CLAUSEN<br>12918 N. NORMAN ROAD<br>SPOKANE, WA 99217 (TRUSTOR) | JODI CLAUSEN<br>12918 N. NORMAN ROAD<br>SPOKANE, WA 99217 |
| JONATHAN D. CLAUSEN<br>3316 E. 15TH AVENUE<br>SPOKANE, WA 99223 | JODI CLAUSEN<br>3316 E. 15TH AVENUE<br>SPOKANE, WA 99223 |
| JONATHAN DAVID CLAUSEN<br>12918 N. NORMAN ROAD<br>SPOKANE, WA 99217 | JONATHAN D. CLAUSEN<br>3316 E 15TH<br>SPOAKANE, WA 99223 |
| JONATHAN DAVID CLAUSEN<br>3316 E 15TH<br>SPOAKANE, WA 99223 | JONATHAN DAVID CLAUSEN<br>3316 E. 15TH AVENUE<br>SPOKANE, WA 99223 |
| JODI CLAUSEN<br>3316 E 15TH<br>SPOAKANE, WA 99223 | FIRST CORPORATE SOLUTIONS<br>914 S STREET<br>SACRAMENTO, CA 95811 |
| SIMPLY FUNDING LLC<br>C/O FIRST CORPORATE SOLUTIONS<br>914 S STREET<br>SACRAMENTO, CA 95811 | ROBB E. GRANGROTH<br>PHILLABAUM, LEDLIN, MATTHEWS & SHELDON, PLLC<br>1235 N. POST, SUITE 100<br>SPOKANE, WA 99201 |
| SPOKANE COUNTY TREASURER<br>1116 W BROADWAY AVE<br>SPOKANE, WA 99260 | PREMIER MORTGAGE RESOURCES, LLC<br>1325 NW FLANDERS<br>PORTLAND, OR 97209 |
| LIEN RESEARCH CORP.<br>PO BOX 3409<br>ARLINGTON, WA 98223 | DIAMOND ASPHALT PAVING, INC.<br>C/O INLAND BUSINESS GROUP, INC.<br>502 N MULLAN RD #B<br>SPOKANE VALLEY, WA 99206 |

NOTICE OF TRUSTEE'S SALE OF COMMERCIAL LOAN – 6
File No. 48529

| | |
|---|---|
| CSC<br>801 ADLAI STEVENSON DR<br>SPRINGFIELD, IL 62703 | WBL SPO I, LLC<br>150 CLEARBROOK RD, SUITE 125<br>ELMSFORD, NY 10523 |
| LIEN SOLUTIONS<br>PO BOX 29071<br>GLENDALE, CA 91209-9071 | ZACHARY A. COOP<br>MILLER NASH LLP<br>605 5TH AVE S, STE 900<br>SEATTLE, WA 98104 |
| JOHN F. BURY, ATTORNEY AT LAW<br>19210 N LITTLE SPOKANE DR<br>COLBERT, WA 99005 | STEVEN SCHNEIDER, ATTORNEY AT LAW<br>621 W MALLON AVE, STE 505<br>SPOKANE, WA 99201 |
| RIVERSIDE LAW GROUP, PLLC<br>905 WEST RIVERSIDE AVE<br>SUITE 404<br>SPOKANE, WA 99201-0302 | GEOFFREY D. SWINDLER, PS<br>103 EAST INDIANA AVE, SUITE A<br>SPOKANE, WA 99207 |
| LEE & HAYES, PC<br>601 WEST RIVERSIDE AVE, SUITE 1400<br>SPOKANE, WA 99201 | MILLER NASH LLP<br>605 5TH AVE S, STE 900<br>SEATTLE, WA 98104 |
| LIPPMAN RECUPERO<br>1325 N WILMONT, 3RD FLOOR<br>TUCSON, AZ 85712 | SIDERIUS LONERGRAN & MARTIN, LLP<br>500 UNION ST<br>STE 847<br>SEATTLE, WA 98101 |

NOTICE OF TRUSTEE'S SALE OF COMMERCIAL LOAN – 7
File No. 48529

## NOTICE OF FORECLOSURE
## OF COMMERCIAL LOAN
Pursuant to the Revised Code of Washington
Chapter 61.24 RCW, *et seq.*

The attached Notice of Trustee's Sale is a consequence of defaults in the obligation to WBL SPO I, LLC, Beneficiary of a Deed of Trust and holder of a Business Promissory Note and Security Agreement. Unless the defaults under these obligations are cured, the property described in the attached Notice of Trustee's Sale will be sold at public auction on the **25th day of October, 2024.**

To cure the defaults, you must bring your payments current, cure any other defaults and pay accrued late charges and other costs, advances, interest and attorneys' fees as set forth below on or before the **14th day of October, 2024** (11 days before the sale date). To date, these arrears and costs are as follows:

|  | **Currently due to pay off on 9/4/2024** | **Estimated amount due on 10/14/2024** (11 days before the date set for sale) |
|---|---|---|
| Principal due in full $319,898.56: | $319,898.56 | $319,898.56 |
| Interest (Per diem is $296.15): | $110,652.59 | $122,498.59 |
| NSF Fees: | $385.00 | $385.00 |
| Collection Fees: | $43,173.36 | $43,173.36 |
| Prepayment Premium: | $47,984.78 | $47,984.78 |
| BPO: | Reserved | Reserved |
| Property Preservation: | Reserved | Reserved |
| **Subtotal** | **$522,094.29** | **$533,940.29** |
| Attorney's fees (est.): | $2,000.00 | $4,000.00 |
| Trustee's fee (est.): | $750.00 | $750.00 |
| Title Report (est.): | Reserved | Reserved |
| Postal Costs and Photocopies (est.): | $250.00 | $250.00 |
| Recording Fees (est.); | $250.00 | $250.00 |
| Service/Posting (est.): | $300.00 | $300.00 |
| Publication (est.): | $0.00 | $1,200.00 |
| **Subtotal** | **$3,550.00** | **$6,750.00** |
| **TOTALS** | **$525,644.29** | **$540,690.29** |

To pay off the entire obligation secured by your Deed of Trust as of **September 4, 2024**, you must pay a total of **$522,094.29** in principal, interest, late charges, plus other costs and advances estimated to date in the amount of **$525,644.29**. From and after the date of this notice you must submit a written request to the Trustee to obtain the total amount to pay off the entire obligation secured by your Deed of Trust as of the payoff date.

You may avoid foreclosure by satisfying your obligations under the Promissory Note secured by the subject Deed of Trust; to wit, by paying the amount as set forth or estimated above and by curing any other defaults described above. Of course, each month that passes brings additional

NOTICE OF FORECLOSURE OF COMMERCIAL LOAN - 1
File No. 05183

interest and late fees, and such interest and any late charges must be added to your reinstating payment. Any new defaults not involving payment of money that occur after the date of this notice must also be cured in order to avoid foreclosure. In addition, because some of the charges can only be estimated at this time and because the amount necessary to pay off the entire indebtedness may include presently unknown expenditures required to preserve the property or to comply with state or local law, it will be necessary for you to contact the Trustee before the time you tender the payoff amount so that you may be advised of the exact amount you will be required to pay. Tender of payment or performance must be made to:

Fenix Law, P.S.
Attn: Chad E. Ahrens
748 Market Street, Suite 312
Tacoma, WA 98402
Telephone: (253) 356-7156

THE PROMISSORY NOTE AND YOUR OBLIGATIONS THEREUNDER HAVE MATURED. YOU MAY NOT REINSTATE YOUR DEED OF TRUST BY PAYING THE BACK PAYMENTS, COSTS AND FEES AND CURING THE OTHER DEFAULTS AS OUTLINED ABOVE. You will only be able to stop the sale by paying the total principal balance owing under the Business Promissory Note and Security Agreement ($319,898.56) plus all accrued interest, costs and advances, if any, made pursuant to the terms of the documents and by curing the other defaults as outlined above.

You may contest this default by initiating court action in the Superior Court of Spokane County. In such action, you may also raise any legitimate defenses you have to this default. A copy of your Deed of Trust and documents evidencing the obligations secured thereby are enclosed. You may wish to consult a lawyer. Legal action on your part may prevent or restrain the sale, but only if you persuade the court of the merits of your defense.

The court may grant a restraining order or injunction to restrain a trustee's sale pursuant to RCW 61.24.130 upon five days' notice to the trustee of the time when, place where, and the judge before whom the application for the restraining order or injunction is to be made. This notice shall include copies of all pleadings and related documents to be given to the judge. Notice and other process may be served on the trustee at:

Fenix Law, P.S.
Attn: Chad E. Ahrens
748 Market Street, Suite 312
Tacoma, WA 98402
Telephone: (253) 356-7156

If you do not pay off the secured obligation and your Deed of Trust in the manner set forth above, or if you do not succeed in restraining the sale by court action, your property will be sold. The effect of such sale will be to deprive you and all those who hold by, through or under you of all interest in the property.

NOTICE OF FORECLOSURE OF COMMERCIAL LOAN - 2
File No. 05183

**NOTICE TO GUARANTORS:**

If this Notice is being mailed or directed to any Guarantor, said Guarantor should be advised that: (1) the Guarantor may be liable for a deficiency judgment to the extent the sale price obtained at the trustee's sale is less than the debt secured by the deed of trust; (2) the Guarantor has the same rights to reinstate the debt, cure the default, or repay the debt as is given to the grantor in order to avoid the trustee's sale; (3) the Guarantor will have no right to redeem the property after the trustee's sale; (4) subject to such longer periods as are provided in the Washington deed of trust act, chapter 61.24 RCW, any action brought to enforce a guaranty must be commenced within one year after the trustee's sale, or the last trustee's sale under any deed of trust granted to secure the same debt; and (5) in any action for a deficiency, the Guarantor will have the right to establish the fair value of the property as of the date of the trustee's sale, less prior liens and encumbrances, and to limit its liability for a deficiency to the difference between the debt and the greater of such fair value or the sale price paid at the trustee's sale, plus interest and costs.

DATED this 5th day of September, 2024.

FENIX LAW, P.S.

Chad E. Ahrens, WSBA #36149
Successor Trustee
748 Market Street, Suite 312
Tacoma, WA 98402
Telephone: (253) 356-7156

NOTICE OF FORECLOSURE OF COMMERCIAL LOAN - 3
File No. 05183

LIST OF ADDRESSES AND NAMES NOTICE SENT TO:

LILAC CITY, LLC DBA LILAC CITY PAINTING
LILAC CITY PAINTING
728 N. HOGAN STREET
SPOKANE, WA 99202

CURRENT OCCUPANT
12918 N. NORMAN ROAD
SPOKANE, WA 99217
(CURRENT OCCUPANT)

JONATHAN D. CLAUSEN
12918 N. NORMAN ROAD
SPOKANE, WA 99217 (TRUSTOR)

JODI CLAUSEN
12918 N. NORMAN ROAD
SPOKANE, WA 99217

JONATHAN D. CLAUSEN
3316 E. 15TH AVENUE
SPOKANE, WA 99223

JODI CLAUSEN
3316 E. 15TH AVENUE
SPOKANE, WA 99223

JONATHAN DAVID CLAUSEN
12918 N. NORMAN ROAD
SPOKANE, WA 99217

JONATHAN D. CLAUSEN
3316 E 15TH
SPOAKANE, WA 99223

JONATHAN DAVID CLAUSEN
3316 E 15TH
SPOAKANE, WA 99223

JONATHAN DAVID CLAUSEN
3316 E. 15TH AVENUE
SPOKANE, WA 99223

JODI CLAUSEN
3316 E 15TH
SPOAKANE, WA 99223

FIRST CORPORATE SOLUTIONS
914 S STREET
SACRAMENTO, CA 95811

SIMPLY FUNDING LLC
C/O FIRST CORPORATE SOLUTIONS
914 S STREET
SACRAMENTO, CA 95811

ROBB E. GRANGROTH
PHILLABAUM, LEDLIN, MATTHEWS & SHELDON, PLLC
1235 N. POST, SUITE 100
SPOKANE, WA 99201

SPOKANE COUNTY TREASURER
1116 W BROADWAY AVE
SPOKANE, WA 99260

PREMIER MORTGAGE RESOURCES, LLC
1325 NW FLANDERS
PORTLAND, OR 97209

LIEN RESEARCH CORP.
PO BOX 3409
ARLINGTON, WA 98223

DIAMOND ASPHALT PAVING, INC.
C/O INLAND BUSINESS GROUP, INC.
502 N MULLAN RD #B
SPOKANE VALLEY, WA 99206

NOTICE OF FORECLOSURE OF COMMERCIAL LOAN - 4
File No. 05183

| | |
|---|---|
| CSC<br>801 ADLAI STEVENSON DR<br>SPRINGFIELD, IL 62703 | WBL SPO I, LLC<br>150 CLEARBROOK RD, SUITE 125<br>ELMSFORD, NY 10523 |
| LIEN SOLUTIONS<br>PO BOX 29071<br>GLENDALE, CA 91209-9071 | ZACHARY A. COOP<br>MILLER NASH LLP<br>605 5TH AVE S, STE 900<br>SEATTLE, WA 98104 |
| JOHN F. BURY, ATTORNEY AT LAW<br>19210 N LITTLE SPOKANE DR<br>COLBERT, WA 99005 | STEVEN SCHNEIDER, ATTORNEY AT LAW<br>621 W MALLON AVE, STE 505<br>SPOKANE, WA 99201 |
| RIVERSIDE LAW GROUP, PLLC<br>905 WEST RIVERSIDE AVE<br>SUITE 404<br>SPOKANE, WA 99201-0302 | GEOFFREY D. SWINDLER, PS<br>103 EAST INDIANA AVE, SUITE A<br>SPOKANE, WA 99207 |
| LEE & HAYES, PC<br>601 WEST RIVERSIDE AVE, SUITE 1400<br>SPOKANE, WA 99201 | MILLER NASH LLP<br>605 5TH AVE S, STE 900<br>SEATTLE, WA 98104 |
| LIPPMAN RECUPERO<br>1325 N WILMONT, 3RD FLOOR<br>TUCSON, AZ 85712 | SIDERIUS LONERGRAN & MARTIN, LLP<br>500 UNION ST<br>STE 847<br>SEATTLE, WA 98101 |

NOTICE OF FORECLOSURE OF COMMERCIAL LOAN - 5
File No. 05183

EXHIBIT A - 2024 NOTS
24-01739-FPC13   Doc 42-1   Filed 12/31/24   Entered 12/31/24 14:19:54   Pg 12 of 12