COPY
Original Filed
FEB 0 9 2024
TIMOTHY W. FITZGERALD
SPOKANE COUNTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SPOKANE

| | |
|---|---|
| JONATHAN D. CLAUSEN and LILAC CITY, LLC, a Washington Limited Liability Company, dba LILAC CITY PAINTING,<br><br>Plaintiffs,<br><br>v.<br><br>WBL SPO I, LLC a Delaware Limited Liability Company, and WORLD BUSINESS LENDER, LLC, a NEW YORK Limited Liability Company,<br><br>Defendants. | NO.<br><br>COMPLAINT |

**COMES NOW** Plaintiff JONATHAN D. CLAUSEN, by and through Robb E. Grangroth and Phillabaum, Ledlin, Matthews, & Sheldon, PLLC, its attorneys, and allege as follows:

COMPLAINT - Page | 1

PHILLABAUM, LEDLIN, MATTHEWS& SHELDON, PLLC
ATTORNEYS AT LAW
1235 N. POST, SUITE 100
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 838-6055
Fax (509) 625-1909

## I. PARTIES

1.1 Plaintiff JONATHAN D. CLAUSEN ("CLAUSEN"), at all times relevant hereto, was and is the owner of LILAC CITY, LLC, a Washington Limited Liability Company located in Spokane City, Spokane County, Washington.

1.2 Upon information and belief, at all times material hereto, Defendant WBL SPO I, LLC is registered with the Washington Secretary of State as a foreign Limited Liability Company.

1.3 Upon information and belief, at all times material hereto WORLD BUSINESS LENDERS, LLC ("WBL") is a New York Limited Liability Company, that provided a loan, primarily for business purposes, to the PLAINTIFF LILAC CITY, LLC.

1.4 The following real property ("PROPERTY") is owned by JONATHAN D. CLAUSEN and JODI CLAUSEN as their principal residence, which is subject to a deed of trust benefiting WBL, with the following legal descriptions:

a. THE SOUTH HALF OF THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER AND THE SOUTH HALF OF THE NORTH HALF OF THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 6, TOWNSHIP 26, RANGE 45 E.W.M., RECORDS SPOKANE COUNTY, WASHINGTON.

Commonly known as 12918 N. Norman Rd., Spokane, WA 99217

Parcel No.: 56064.9071

COMPLAINT - Page | 2

PHILLABAUM, LEDLIN, MATTHEWS & SHELDON, PLLC
ATTORNEYS AT LAW
1235 N. POST, SUITE 100
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 838-6055
Fax (509) 625-1909

EXHIBIT B - COMPLAINT

24-01739-FPC13    Doc 42-2    Filed 12/31/24    Entered 12/31/24 14:19:54    Pg 2 of 9

## II. JURISDICTION

2.1 All acts or omissions alleged herein occurred in whole or in part in Spokane County, Washington.

2.2 Jurisdiction and venue are proper pursuant to RCW 4.12.010(1) for the cancelation of an improperly filed deed of trust, restraint of sale by Trustee of non-judicial foreclosure, and for injuries to real estate title.

## III. FACTUAL BACKGROUND

3.1 JONATHAN D. CLAUSEN is a painting contractor, who owns and operates, LILAC CITY, LLC, a Washington Limited Liability Company, dba LILAC CITY PAINTING since approximately 2008.

3.2 During the summer of 2022 CLAUSEN contacted WBL to secure financing to pay off certain debt and to remove a lien from the real property described herein.

3.3 WBL offered a loan primarily for business purposes to pay off some debt with Simply Funding and to help remove a contractor's mechanics lien.

3.4 WBL was willing to provide a business loan, but only if the loan was secured. WBL asked for a deed of trust against Mr. and Mrs. Clausen's principal residence.

3.5 WBL is not licensed with the Washington State Department of Financial Services nor did WBL seek approval from the Washington State Department of Financial Services to provide a loan to CLAUSEN secured by their principal residence.

COMPLAINT - Page | 3

PHILLABAUM, LEDLIN, MATTHEWS& SHELDON, PLLC
ATTORNEYS AT LAW
1235 N. POST, SUITE 100
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 838-6055
Fax (509) 625-1909

3.6 In August 2022, WBL completed a business loan to LILAC CITY, LLC that was personally guaranteed by JONATHAN D. CLAUSEN. Mr. Clausen signed a deed of trust securing the promissory note against his principal residence.

3.7 WBL did not pay off all of the debt that was outstanding, including an account with SIMPLY FUNDING.

3.8 On April 17, 2023, WBL assigned its rights to the deed of trust and promissory note to WBL SPO I, LLC. It is believed that WBL SPO I, LLC is a wholly owned subsidiary of WBL, because WBL is listed as the sole "governor" on the Secretary of State's website.

3.9 At the end of 2023 WBL SPO I, LLC hired FELIX LAW, P.S., as attorney to begin a non-judicial foreclosure sale of the Clausen's principal residence.

3.10 The non-judicial foreclosure sale is scheduled for March 1, 2024.

## IV. CAUSE OF ACTION
## RESTRAINT OF SALE – RCW 61.24.130

4.1 CLAUSEN re-alleges all preceding paragraphs by reference and incorporates the same as if fully set forth herein.

4.2 CLAUSEN seeks a restraining order or injunction for the cancelation of the non-judicial foreclosure sale scheduled for March 1, 2024.

4.3 The justification for restraining the non-judicial foreclosure sale is based on WBL's failure to obtain a license with the Department of Financial Services prior to originating a loan that is secured by the CLAUSEN'S principal residence.

COMPLAINT - Page | 4

PHILLABAUM, LEDLIN, MATTHEWS & SHELDON, PLLC
ATTORNEYS AT LAW
1235 N. POST, SUITE 100
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 838-6055
Fax (509) 625-1909

4.4 As more fully described below, by failing to obtain a license WBL is prohibited from making a loan secured by the borrower's principal residence.

4.5 The loan agreement between WBL and CLAUSEN violated RCW 31.04.027(n).

4.6 The consequence of making an unlicensed loan is that WBL is subject to RCW 31.04.035(2)(b), which disallows fees or interest in favor of WBL. This means the Notice of Trustee's Sale failed to properly account for principal paid to WBL.

4.7 CLAUSEN is entitled to a restraining order or injunction to stop the foreclosure sale from proceeding.

## V. CAUSE OF ACTION
### FAILURE TO REGISTER UNDER RCW 31.04 et seq.

5.1 CLAUSEN re-alleges all preceding paragraphs by reference and incorporates the same as if fully set forth herein.

5.2 RCW 31.04.025(1) states, "Each loan made to a resident of this state by a licensee, or persons subject to this chapter, is subject to the authority and restrictions of this chapter."

5.3 RCW 31.04.035(1) states, "No person may make secured or unsecured loans of money or things in action, or extend credit, ... without first obtaining and maintaining a license in accordance with this chapter."

5.4 RCW 31.04.025(2)(e) states, "This chapter does not apply to the following:...

COMPLAINT - Page | 5

PHILLABAUM, LEDLIN, MATTHEWS & SHELDON, PLLC
ATTORNEYS AT LAW
1235 N. POST, SUITE 100
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 838-6055
Fax (509) 625-1909

Any person making a loan primarily for business, commercial, or agricultural purposes <u>unless the loan is secured by a lien on the borrower's primary dwelling</u>;".

5.5 WBL made a secured loan with CLAUSEN without first obtaining a license with the Department of Financial Institutions in violation of RCW 31.04.

5.6 WBL made a secured loan with CLAUSEN without first obtaining a waiver from the Department of Financial Institutions in violation of RCW 31.04.

## VI. CAUSE OF ACTION
## VIOLATION OF RCW 19.52 – USURY

6.1 CLAUSEN re-alleges all preceding paragraphs by reference and incorporates the same as if fully set forth herein.

6.2 WAC 208-620-232(2) states, loans secured by a principal residence must "must comply with the State's usury rate limit. See chapter 19.52."

6.3 RCW 19.52 limits interest to the greater of either 12% per annum or four percentage points above the equivalent coupon issue yield (as published by the Board of Governors of the Federal Reserve System).

6.4 The annual percentage interest rate charged by WBL was 28.61%, thus violating WAC 208-620-232(2).

## VII. CAUSE OF ACTION
## VIOLATION OF THE CONSUMER PROTECTION ACT RCW 19.86

7.1 CLAUSEN re-alleges all preceding paragraphs by reference and incorporates the same as if fully set forth herein.

COMPLAINT - Page | 6

PHILLABAUM, LEDLIN, MATTHEWS& SHELDON, PLLC
ATTORNEYS AT LAW
1235 N. POST, SUITE 100
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 838-6055
Fax (509) 625-1909

EXHIBIT B - COMPLAINT

7.2 WBL's acts and omissions are unfair and deceptive, occurred in the course of trade or commerce, affect the public interest, and proximately caused damage to CLAUSEN. Thus, WBL committed violations of the Consumer Protection Act under the common law.

7.3 RCW 31.04.208 states, "Any violation of this chapter is not reasonable in relation to the development and preservation of business and is an unfair and deceptive act or practice and unfair method of competition in the conduct of trade or commerce in violation of RCW 19.86.020."

7.4 Because WBL violated RCW 31.04.035 by making a secured loan without first obtaining the proper license or waiver from the Department of Financial Services, WBL also violated RCW 19.86.020.

7.5 RCW 19.52.036 states, "Entering into or transacting a usurious contract is hereby declared to be an unfair act or practice in the conduct of commerce for the purpose of the application of the consumer protection act found in chapter 19.86 RCW."

7.6 Because WBL made a secured loan against the Plaintiffs' principal residence and charged a rate more than the highest applicable rate under RCW 19.52, the loan was a violation of the Consumer Protection Act.

7.7 Each violation of RCW 31.04.035 and/or RCW 19.52.020 constitutes a *per se* violation of the Consumer Protection Act.

COMPLAINT - Page | 7

PHILLABAUM, LEDLIN, MATTHEWS & SHELDON, PLLC
ATTORNEYS AT LAW
1235 N. POST, SUITE 100
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 838-6055
Fax (509) 625-1909

## VIII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests judgement as follows:

1. Pursuant to RCW 31.04.05(2)(b) the reimbursement or refund of all fees or interest charged in making the loan.

2. Damages under RCW 19.52.

3. The extinguishment of the deed of trust secured by the real estate identified herein.

4. Prejudgment Interest.

5. For treble damages not to exceed $25,000.00, for each violation of RCW 19.86.

6. Costs and attorney's fees as allowed by statute and by contract.

7. Any other relief the Court deems just and equitable.

DATED this __8__ day of February, 2024.

PHILLABAUM, LEDLIN, MATTHEWS, & SHELDON, PLLC.

By: _____
Robb E. Grangroth, WSBA #31103

COMPLAINT - Page | 8

PHILLABAUM, LEDLIN, MATTHEWS& SHELDON, PLLC
ATTORNEYS AT LAW
1235 N. POST, SUITE 100
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 838-6055
Fax (509) 625-1909

# VERIFICATION

STATE OF WASHINGTON )
                    ) .ss
County of Spokane   )

JONATHAN D. CLAUSEN after first being duly sworn on oath, deposes and states as follows:

That I am the Plaintiff in the foregoing action; that I have read the above and foregoing Complaint, know the contents thereof and believes the same to be correct and true.

By: JONATHAN D. CLAUSEN

SUBSCRIBED AND SWORN to before me, Robb Grangroth Notary, a Notary Public for the State of Washington, this 8 day of February, 2024.

ROBB E GRANGROTH
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION NUMBER 110843
COMMISSION EXPIRES JULY 09, 2025

Notary Public for Washington
Residing in: Spokane
Commission expires: 07-09-2025

COMPLAINT - Page | 9

PHILLABAUM, LEDLIN, MATTHEWS & SHELDON, PLLC
ATTORNEYS AT LAW
1235 N. POST, SUITE 100
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 838-6055
Fax (509) 625-1909