IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SPOKANE

| | |
|---|---|
| JONATHAN D. CLAUSEN and LILAC CITY, LLC, a Washington Limited Liability Company, dba LILAC CITY PAINTING,<br><br>Plaintiffs,<br><br>v.<br><br>WBL SPO I, LLC a Delaware Limited Liability Company, and WORLD BUSINESS LENDER, LLC, a NEW YORK Limited Liability Company,<br><br>Defendants. | No. 24-2-00722-32<br><br>MOTION AND MEMORANDUM TO STAY ENFORCEMENT |

## I. RELIEF REQUESTED

COMES NOW, the Plaintiffs JONATHAN D. CLAUSEN and LILAC CITY, LLC, by and through their attorney of record, and moves the Court, for an order granting a STAY OF ENFORCMENT against Defendants, to cancel the non-judicial foreclosure sale of JONATHAN D. CLAUSEN'S principal residence sought by the trustee CHAD E. AHRENS.

Motion and Memorandum
To Stay Enforcement: 1

PHILLABAUM, LEDLIN, MATTHEWS & SHELDON, PLLC
ATTORNEYS AT LAW
1235 N. POST, SUITE 100
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 838-6055
Fax (509) 625-1909

The Plaintiff's have right to stay enforcement when the Court's decision made on July 3, 2024 is one affecting real property. RAP 8.1(c)(2) allows the court to determine that no additional security need be filed when the value of the real property properly secures the defendant.

The Plaintiff submits a CMA report indicating the value of the real property in the amount of $1,300,000.00. The Defendant's have a deed of trust against the same property. Therefore, there is sufficient value in the real estate to secure the Defendant's interest during appeal. (In addition, the Defendant has already received payment of the monetary judgment in the amount of $25,598.25 from the court registry. The remaining sum of $5,178.75 will remain in the court registry during the pendency of the appeal.)

## II. AUTHORITY

**A. Plaintiff has the Right to Stay Enforcement when the Court Decision affects real property.**

RAP 8.1(b) states that the Plaintiff, "has the right to stay enforcement of a money judgment, or a decision affecting *real*, personal or intellectual *property* pending review." (Emphasis added.) While the "stay of a decision in other civil cases is a matter of discretion." *Id*.

In this case, the Clausen's primary dwelling is the subject of foreclosure and is secured by a deed of trust in favor of the Defendant. The subject of appeal is related to the issue of the propriety of the deed of trust against the primary dwelling.

Therefore, Plaintiff has a right to seek a Stay of Enforcement during the appeal.

Motion and Memorandum
To Stay Enforcement: 2

**PHILLABAUM, LEDLIN, MATTHEWS & SHELDON, PLLC**
ATTORNEYS AT LAW
1235 N. POST, SUITE 100
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 838-6055
Fax (509) 625-1909

**B. The Real Property May be used as Security in lieu of Supersedes Bond.**

RAP 8.1(c)(2) *"Decisions Affecting Property"* states, "if the property at issue has value, the property itself may fully or partially secure any loss and the court may determine that no additional security need be filed…"

First, the monetary portion of the July 3rd Order has been satisfied by funds in the court's registry. Second, the Defendant is seeking a non-judicial foreclosure, which means that whatever it receives at foreclosure generally satisfies the promissory note obligations and prohibits the Defendant's rights to a deficiency judgment, given the real estate is the Clausen's primary dwelling. [*See* RCW 61.24.100(3)(a)(ii).] Third, the value of the real estate has been determined under a CMA to be $1,300,000.00.

The Defendant received $25,598.25 from proceeds held in the court registry to satisfy its judgment. The registry has retained the sum of $5,178.75 that is available and may be used as additional security.

The value of the primary dwelling exceeds the amount claimed under the deed of trust and should be sufficient security during the appeal.

**CONCLUSION**

The Plaintiffs are entitled to an Order to Stay Enforcement and there is no need for additional security.

DATED this 4th October, 2024.

PHILLABAUM, LEDLIN, MATTHEWS, &SHELDON, PLLC

By: _____
Robb E. Grangroth WSBA #31103

Motion and Memorandum
To Stay Enforcement: 3

PHILLABAUM, LEDLIN, MATTHEWS& SHELDON, PLLC
ATTORNEYS AT LAW
1235 N. POST, SUITE 100
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 838-6055
Fax (509) 625-1909