COPY
Original Filed
OCT 18 2024
TIMOTHY W. FITZGERALD
SPOKANE COUNTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SPOKANE

| | |
|---|---|
| JONATHAN D. CLAUSEN and LILAC CITY, LLC, a Washington Limited Liability Company, dba LILAC CITY PAINTING,<br><br>Plaintiffs,<br><br>vs.<br><br>WBL SPO I, LLC, a Delaware Limited Liability Company, and WORLD BUSINESS LENDER, LLC, a NEW YORK Limited Liability Company,<br><br>Defendants. | Case No. 24-2-00722-32<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION AND MEMORANDUM TO STAY ENFORCEMENT |

This matter having come before the Court on Plaintiffs' Motion and Memorandum to Stay Enforcement, and the Court having considered the record in this matter and finding good cause therefore;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs' Motion and Memorandum to Stay Enforcement is GRANTED and the Trustee's Sale for the real property located at 12918 N. Norman Road, Spokane, WA 99217 is enjoined conditioned upon Plaintiffs furnishing a bond for the benefit of the Defendants or

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION AND MEMORANDUM TO STAY ENFORCEMENT - 1

RAMSDEN, MARFICE, EALY & DE SMET, LLP
P.O. BOX 1336
COEUR D'ALENE ID 83816-1336
Phone: (208) 664-5818
Facsimile: (208) 664-5884

depositing into the registry of the Court the sum of $ 241,778 on or before 4:00 p.m. October 24, 2024.

DATE: 10/10/24

_____
Rachelle E. Anderson, Judge

Presented by:

RAMSDEN, MARFICE, EALY & DE SMET, LLP

By Appeared by Zoom
Matthew C. Niemela, WSBA #49610
Brady L. Espeland, WSBA #58694
700 Northwest Boulevard
P.O. Box 1336
Coeur d'Alene, Idaho 83816-1336
*Attorneys for Defendants*

Approved as to form:

PHILLABAUM, LEDLIN, MATTHEWS & SHELDON, PLLC

By _____
Robb E. Grangroth, WSBA #31103
1235 N. Post, Suite 100
Spokane, WA 99201
*Attorneys for Plaintiffs*

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION AND MEMORANDUM TO STAY ENFORCEMENT - 2

RAMSDEN, MARFICE, EALY & DE SMET, LLP
P.O. BOX 1336
COEUR D'ALENE ID 83816-1336
Phone: (208) 664-5818
Facsimile: (208) 664-5884