SUPERIOR COURT, STATE OF WASHINGTON, COUNTY OF SPOKANE

DIAMOND ASPHALT PAVING, INC., a Washington corporation,

    Plaintiff,

v.

JONATHAN D. CLAUSEN and JODI CLAUSEN, husband and wife, and all other persons or parties unknown claiming any right, title, interest or lien or estate in the real estate described in the Complaint herein,

    Defendants.

No. 22-2-00049-32

_____, JUDGMENT

### JUDGMENT SUMMARY

| | |
|---|---|
| JUDGMENT CREDITOR: | Diamond Asphalt Paving, Inc. |
| JUDGMENT DEBTORS: | Jonathan D. Clausen |
| | Jodi Clausen |
| ATTORNEY FOR JUDGMENT CREDITOR: | Timothy R. Fischer, WSBA No. 40075 |
| | Dalton J. Reynolds, WSBA No. 54055 |
| | Winston & Cashatt, Lawyers |
| ATTORNEY FOR JUDGMENT DEBTORS: | David Barbe, WSBA No. 18831 |
| | Babe Law Office |

Principal Judgment Amount:    $    41,503.33
Prejudgment interest:    $    12,866.03 (9/10/21–0/10/24 @ 12%)
Attorney Fees:    $22758.0~~0~~    ~~23,568.00~~ (Winston & Cashatt)
     $ 26231.25    ~~29,475.00~~ (John F. Bury)
Costs:    $    20,346.20
**TOTAL JUDGMENT:**    $    ~~127,758.56~~
     123,704.81 *[initialed]*

JUDGMENT – PAGE 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

THIS MATTER came before the Court on Plaintiff's Motion for Summary Judgment, and the Court having reviewed the records and files herein entered an Order Granting Plaintiff's Motion for Summary Judgment on April 10, 2024, NOW, THEREFORE,

IT IS ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is awarded to Plaintiff as set forth above;
2. Plaintiff's lien is superior to all existing liens;
3. Plaintiff may move for an order directing writ of execution; and
4. Plaintiff is entitled to 12% statutory post-judgment interest.

DATED this 28 day of ~~April,~~ June, 2024.

THE HONORABLE JACQUELYN HIGH-EDWARD

**Presented by:**

TIMOTHY R. FISCHER, WSBA NO. 40075
DALTON J. REYNOLDS, WSBA NO. 54055
Winston & Cashatt, Lawyers
*Attorneys for Plaintiff*

DAVID BARBE, WSBA NO. 18831
Barbe Law Office
*Attorney for Defendants*

JUDGMENT – PAGE 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131