



Listed by Monica Kullman • eXp Realty, LLC Branch.

FOR SALE - ACTIVE

**12918 N Norman Rd,** Spokane, WA 99217



| $1,300,000 | 4 | 3 | 3,980 |
|---|---|---|---|
| Est. $8,090/mo  Get pre-qualified | Beds | Baths | Sq Ft |

 **Spokane is a hot market**
46% of homes accept an offer within 2 weeks. Tour it before it's gone!

Today, Dec 30
5:00 pm • 6:00 pm • 7:00 pm • 8:00 pm • Check for more

## About this home

PRIVATE MOUNTAIN TOP RETREAT    STUNNING PANORAMIC VIEWS    ELEVATED GARDEN TUB
OVERSIZED WALK-IN STEAM SHOWER    SCREENED PORCH FOR RELAXING    BUILT-IN SAFE IN BASEMENT

Luxury living on your own private mountain top retreat where comfort meets nature on 30 acres! Surrounded by stunning panoramic views in nearly every direction, this 3900 sqft, 4 bed, 3 bath, 2 car garage gem includes a shop, guest house, shooting range, basketball

Show more ⌄

- 247 days on Redfin
- Single-family
- Built in 1991
- 30 acres
- $327 per sq ft
- 4 garage spaces, RV parking
- Has A/C
- Spokane

Listed by Monica Kullman • eXp Realty, LLC Branch
Redfin checked: **1 minute ago** (Dec 30, 2024 at 8:28am) • Source: SPOKANEMLS as Distributed by MLS Grid #202415216

## Redfin agents who toured

"Home has great views from the backyard. Do you want to play full court basketball that's available outside your door. Has about a 2 1/2 mile long trek of dirt road."

3 months ago



**Lee Ferrari**
Redfin Principal agent
133 deals

Talk to Lee

## Connect with a Redfin Premier agent

EXHIBIT G - REDFIN REPORT

# Nathalie Batty

| 224 | $109M | $1.3M |
|---|---|---|
| Deals | Volume | Highest Deal |



Write a message...

Get in touch        Text or call **(509) 565-8841**

## Around this home

🚶 0/100 Car-Dependent        🚴 4/100 Somewhat bikeable



Map data ©2024  Report a map error

➕ Add a commute

Schools        Places        Transit

**5**/10  **Otis Orchards Elementary School**
Public, PreK-6 • Assigned • 5.7mi

**3**/10  **East Valley Middle School**
Public, 7-8 • Assigned • 5.2mi

**5**/10  **East Valley High School&extension**
Public, 9-12 • Assigned • 5.1mi

Provided by GreatSchools

Advertisement

EXHIBIT G - REDFIN REPORT

24-01739-FPC13    Doc 42-7    Filed 12/31/24    Entered 12/31/24 14:19:54    Pg 3 of 11

## Payment calculator

### $8,090 per month

Reset

- Principal and interest — $7,206
- Property taxes — $527
- Homeowners insurance — $358

Down payment
20% ($260,000)

Home price
$1,300,000

Loan details
30-yr fixed jumbo, 7.41%

...

✓ Takes about **3 minutes**
✓ Won't affect your credit score

Get pre-qualified

## Additional resources

**Down payment assistance**
View down payment assistance programs for this home.

**Mortgage rates**
View current mortgage rates for this home

**Electricity and solar**
Est. $102/month, save $102 with rooftop solar

**Internet**
View Internet plans and providers available for this home

Provided by Down Payment Resource, RateUpdate.com, Wattbuy, and AllConnect

## Additional services

**Home Insurance**
Compare Homeowner Insurance Quote
Advertisement EVERQUOTE

**Check Your Credit Reports**
View All 3 Credit Scores For Free
Advertisement FreeScoreOnline Powered By scoresense

## Open houses

No upcoming open houses

**Schedule a tour today**
Tour with Redfin and one of our agents will be there to answer all your questions.

Monday, Dec 30
5:00 pm • 6:00 pm • 7:00 pm • 8:00 pm • Check for more

Advertisement

## Property details for 12918 N Norman Rd

**Parking**
Parking Features: Attached Garage Spaces: 4...

**Interior**
Branded Virtual Tour Virtual Tour (External Link)...

**Exterior**
Construction Materials: Metal Roof: Composition Shingle...

**Financial**
Tax Annual Amount: $6,319.70...

High Speed Internet: Yes...

**Location**
Elementary School: Trentwood / CCS Elementary School District: East Valley...

**Public facts**
Beds: — Baths: —...

**Other**
Class: Residential FIPS: 53063...

Search | Overview | Neighborhood | Property details | Sale & tax history | Climate | Favorite | Hide | Share

Details provided by SPOKANEMLS as Distributed by MLS Grid and may not match the public record. Learn more.
Listing provided courtesy of: eXp Realty, LLC Branch (888-421-2531)

Listing agent: Monica Kullman (509-960-0427)

Based on information submitted to the MLS GRID as of Mon Dec 30 2024. All data is obtained from various sources and may not have been verified by broker or MLS GRID. Supplied Open House Information is subject to change without notice.

All information should be independently reviewed and verified for accuracy. Properties may or may not be listed by the office/agent presenting the information.

Last Updated: Dec 30, 2024 8:28 AM

Advertisement

# Sale and tax history for 12918 N Norman Rd

**Sale History**  Tax History

**Today**

| Date | Event | Price |
|---|---|---|
| Jul 10, 2024 | Price Changed — SPOKANEMLS as Distributed by MLS Grid #202415216 | $1,300,000 |
| Apr 26, 2024 | Listed (Active) — SPOKANEMLS as Distributed by MLS Grid #202415216 | $1,500,000 |

**Feb, 2024**

| Date | Event | Price |
|---|---|---|
| Feb 14, 2024 | Listing Removed — SPOKANEMLS as Distributed by MLS Grid #202325394 | — |
| Dec 14, 2023 | Listed (Active) — SPOKANEMLS as Distributed by MLS Grid #202325394 | * |

**Dec, 2023**

| Date | Event | Price |
|---|---|---|
| Dec 13, 2023 | Listing Removed — SPOKANEMLS as Distributed by MLS Grid #202322740 | — |
| Oct 2, 2023 | Listed (Active) — SPOKANEMLS as Distributed by MLS Grid #202322740 | * |

**Feb, 2019**

| Date | Event | Price |
|---|---|---|
| Feb 14, 2019 | Sold (MLS) (Sold) — SPOKANEMLS as Distributed by MLS Grid #201825679 | $499,999 |
| Jan 10, 2019 | Pending — SPOKANEMLS as Distributed by MLS Grid #201825679 | — |
| Oct 19, 2018 | Price Changed — SPOKANEMLS as Distributed by MLS Grid #201825679 | $499,999 |
| Oct 5, 2018 | Listed (New) — SPOKANEMLS as Distributed by MLS Grid #201825679 | $529,900 |

**Feb, 2019**

| Date | Event | Price |
|---|---|---|
| Feb 13, 2019 | Sold (MLS) | $499,999 |

**Thinking of buying?**

MON 30 DEC  |  TUE 31 DEC  |  WED 1 JAN

Tour in person  |  Tour via video chat

Request showing

Tour for free, no strings attached

OR

Start an offer

Ask a question  |  (509) 565-8841

| Date | Event | Price |
|---|---|---|
| Date | NEWMLS #36144 | Price |
| Oct 5, 2018 Date | Listed NEWMLS #36144 | $499,999 Price |

**Feb, 2019**

| Date | Event | Price |
|---|---|---|
| Feb 13, 2019 Date | Sold (MLS) (Sold) RMLS #18015929 | $499,999 Price |
| Jan 10, 2019 Date | Pending RMLS #18015929 | — Price |
| Oct 19, 2018 Date | Listed (Active) RMLS #18015929 | $499,999 Price |

**Jan, 2019**

| Date | Event | Price |
|---|---|---|
| Jan 10, 2019 Date | Pending NWMLS as Distributed by MLS Grid #1370627 | — Price |
| Oct 19, 2018 Date | Price Changed NWMLS as Distributed by MLS Grid #1370627 | * Price |
| Oct 3, 2018 Date | Listed (Active) NWMLS as Distributed by MLS Grid #1370627 | * Price |

**Sep, 2018**

| Date | Event | Price |
|---|---|---|
| Sep 12, 2018 Date | Listing Removed SPOKANEMLS as Distributed by MLS Grid #201818666 | — Price |
| Jun 7, 2018 Date | Listed (Active) SPOKANEMLS as Distributed by MLS Grid #201818666 | * Price |

**Nov, 2013**

| Date | Event | Price |
|---|---|---|
| Nov 1, 2013 Date | Listing Removed SPOKANEMLS as Distributed by MLS Grid #201315869 | — Price |

**Dec, 2012**

| Date | Event | Price |
|---|---|---|
| Dec 26, 2012 Date | Listing Removed SPOKANEMLS as Distributed by MLS Grid #201219256 | — Price |

**Mar, 2012**

| Date | Event | Price |
|---|---|---|
| Mar 26, 2012 Date | Listing Removed SPOKANEMLS as Distributed by MLS Grid #201120599 | — Price |

**Jun, 2010**

| Date | Event | Price |
|---|---|---|
| Jun 2, 2010 Date | Listing Removed SPOKANEMLS as Distributed by MLS Grid #29027844 | — Price |

**Dec, 2007**

| Dec 4, 2007 | Listing Removed | — |
|---|---|---|
| Date | SPOKANEMLS as Distributed by MLS Grid #27027231 | Price |

**Aug, 2007**

| Aug 1, 2007 | Listing Removed | — |
|---|---|---|
| Date | SPOKANEMLS as Distributed by MLS Grid #27022203 | Price |

Show less ⌃

## Climate risks

Most homes have some risk of natural disasters, and may be impacted by climate change due to rising temperatures and sea levels.

**Flood Factor - Minimal**
Unlikely to flood in next 30 years

**Fire Factor - Severe**
35% chance of being in a wildfire in next 30 years

**Heat Factor - Minimal**
3 days above 91° expected this year, 7 days in 30 years

**Wind Factor - Minimal**
Minimal risk of severe winds over next 30 years

**Air Factor - Extreme**
16 unhealthy days expected this year, 18 days in 30 years

View full report

Provided by First Street ⓘ

## Redfin Estimate for 12918 N Norman Rd

Redfin has the most accurate online home estimate ⓘ

**$1,245,384**

▼ **$55K** under list price of $1.30M

**Nearby comparable homes**
The Redfin Estimate uses 6 recent nearby sales, priced between $650K to $1.2M.



$1,225,000



SOLD DEC 2, 2024

$964,000 Last sold price

| | |
|---|---|
| 4 beds   3 baths   3,708 sq ft<br>15902 N Scribner Branch Rd, Spokane, WA 99217<br><br>+ $3/sq ft<br>↑ larger lot<br>↓ 9 years older | 4 beds   3 baths   3,036 sq ft<br>11602 N West Newman Lake Dr, Newman Lake, WA 99025<br><br>— $9/sq ft<br>↓ smaller lot<br>↓ 5 years older |

**View comparables on map**

More resources

**Rental earnings**
Est. $3,254 per month, based on comparable rentals

**99217 real estate market**
Homes go pending in 33 days

## Nearby similar homes

Homes similar to 12918 N Norman Rd are listed between $380K to $2M at an average of $350 per square foot.



**$394,995**
3 beds   2 baths   1,317 sq ft
SIERRA Plan, Mead, WA 99021
Listing provided by Zillow



**$999,995**
2 beds   1 bath   828 sq ft
17007 E Bill Gulch Rd, Mead, WA 99021



**$526,990**
4 beds   3 baths   2,250 sq ft
5112 N Silas Ln Unit 9/1 Talent, Spokane Valley, WA 99216



**$472,990**
3 beds   2 baths   1,573 sq ft
5117 N Silas Ln Unit 5/1 Harrison, Spokane Valley, WA 99216



**$469,990**
3 beds   2 baths   1,573 sq ft
13208 E Olympic Ln Ln Unit 2/1 Harrison, Spokane Valley, WA 99216



**$685,000**
5 beds   3 baths   3,759 sq ft
17802 N Redowa Dr, Colbert, WA 99005

**View more homes**

# Nearby recently sold homes

Nearby homes similar to 12918 N Norman Rd have recently sold between $560K to $1M at an average of $200 per square foot.



**SOLD OCT 8, 2024**

**$749,900** Last sold price

3 beds · 3 baths · 3,410 sq ft

10806 N Morrison Rd, Spokane, WA 99217



**SOLD AUG 8, 2024**

**$860,000** Last sold price

5 beds · 4 baths · 4,096 sq ft

15923 N Woodcrest Ct, Spokane, WA 99208



**SOLD SEP 18, 2024** · 3D WALKTHROUGH

**$950,000** Last sold price

5 beds · 4 baths · 5,310 sq ft

8720 E Woodland Park Dr, Spokane, WA 99217

**View more recently sold homes**

---

# More real estate resources

Redfin > Washington > Spokane County > 99217

| **New Listings in 99217** | Zip Codes | Neighborhoods | Cities | Popular Searches |

3701 N Gordon Ct
3612 E Princeton Ave
8910 E Vista Park Dr
8815 E Parkside Ln
2516 N Julia St

All 99217 New Listings

---

### Join us

- Become an Agent
- Get referrals
- Careers

**Find homes faster**




### About us

- Why Redfin?
- Community Impact
- Diversity & Inclusion
- Life at Redfin
- Press
- Investors
- Blog
- Real Estate News

### Find us

- Contact Us
- Help Center
- Advertise
- Become a Lender Partner

**Subsidiaries**

- Rent.
- ApartmentGuide
- Bay Equity Home Loans
- Title Forward

**Countries**

- 🇺🇸 United States
- 🇨🇦 Canada

Copyright: © 2024 Redfin. All rights reserved.

Updated January 2023: By searching, you agree to the **Terms of Use**, and **Privacy Policy**.

**Do not sell or share my personal information**.

REDFIN and all REDFIN variants, TITLE FORWARD, WALK SCORE, and the R logos, are trademarks of Redfin Corporation, registered or pending in the USPTO.

California DRE #01521930

Redfin is licensed to do business in New York as Redfin Real Estate. **NY Standard Operating Procedures**

New Mexico **Real Estate Licenses**

TREC: **Info About Brokerage Services**, **Consumer Protection Notice**

If you are using a screen reader, or having trouble reading this website, please call Redfin Customer Support for help at **1-844-759-7732**.



REDFIN IS COMMITTED TO AND ABIDES BY THE FAIR HOUSING ACT AND EQUAL OPPORTUNITY ACT. READ REDFIN'S **FAIR HOUSING POLICY** AND THE **NEW YORK STATE FAIR HOUSING NOTICE.**

GreatSchools Ratings provided by **GreatSchools.org**.