**Parcel Number:** 56064.9071

**Site Address:** 12918 N NORMAN RD

Printer Friendly (SummaryPrint.aspx)

**Data As Of: 12/30/2024**

SCOUT Map (https://cp.spokanecounty.org/SCOUT/Map/?PID=56064.9071)

Collapse All

## Owner/Taxpayer

⊖ (Default.aspx?PID=56064.9071)

### Owner

**Owner Name:** CLAUSEN, JODI & JONATHAN D
**Address:** 12918 N NORMAN RD, SPOKANE, WA, 99217

### Taxpayer

**Taxpayer Name:** CLAUSEN, JODI & JONATHAN D
**Address:** 3316 E 15TH AVE, SPOKANE, WA, 99223

## Photos

🌐 (https://cp.spokanecounty.org/SCOUT/Map/?PID=56064.9071)



## Site Address

| Parcel Type | Site Address | City | Land Size | Size Desc. | Description | Tax Year | Tax Code Area | Status |
|---|---|---|---|---|---|---|---|---|
| R | 12918 N NORMAN RD | SPOKANE | 28.44 | Acre(s) | 88 Designated Forest Lnd | 2024 | 2200 (https://cp.spokanecounty.org/SCOUT/propertyinformation/TaxCodeArea.aspx?TCA=2200) | Active |

06-26-45 SW1/4 OF SE1/4 EXC N1/2 OF N1/2 AND EXC RD

## Appraisal

Contact Appraiser (https://cp.spokanecounty.org/Assessor/ContactAssessors/ContactForm.aspx?PID=56064.9071)

| Parcel Class | Appraiser | Neighborhood Code | Neighborhood Name | Neighborhood Desc | Appraiser Name | Apprais Phone |
|---|---|---|---|---|---|---|
| 88 Designated Forest Lnd | 125 (https://cp.spokanecounty.org/Assessor/ContactAssessors/Default.aspx?PID=56064.9071) | 135640 | MUZZ2 | RNGE - 26-45 AND SOME 2 | Michelle | (509) 47 5912 |

Under Washington State Law (WAC 458-07-015 (https://apps.leg.wa.gov/wac/default.aspx?cite=458-07-015)) The Assessor's office is required to make an exterior observation of all properties at least once every six years. **This property is scheduled for inspection between September 2025 and May of 2026**.

## Assessed Value

| Tax Year | Taxable | Market Total | Land | Dwelling/Structure | Current Use Land | Personal Prop. |
|---|---|---|---|---|---|---|
| 2025 | 741,230 | 820,160 | 150,660 | 669,500 | 71,730 | 0 |
| 2024 | 736,190 | 811,160 | 141,660 | 669,500 | 66,690 | 0 |

24-01739-FPC13    Doc 42-8    Filed 12/31/24    Entered 12/31/24 14:19:54    Pg 1 of 5

| Tax Year | Taxable | Market Total | Land | Dwelling/Structure | Current Use Land | Personal Prop. |
|---|---|---|---|---|---|---|
| 2023 | 736,150 | 734,500 | 65,000 | 669,500 | 66,650 | 0 |
| 2022 | 599,150 | 597,500 | 30,000 | 567,500 | 31,650 | 0 |
| 2021 | 521,750 | 520,100 | 28,000 | 492,100 | 29,650 | 0 |

| Parcel on Property | Alternate Parcel | Status | Site Address | City | Apartment |
|---|---|---|---|---|---|
| 56064.9071G (Summary.aspx?PID=56064.9071G) | | Inactive | 12918 N NORMAN RD | SPOKANE | |
| 56064.9071H (Summary.aspx?PID=56064.9071H) | | Inactive | 12918 N NORMAN RD | SPOKANE | |

## Property Taxes  T  (https://www.spokanecounty.org/Treasurer/)  (Notices.aspx) $ (https://www.invoicecloud.com/Spokanecounty)

Taxes are due April 30th and October 31st
Total Charges Owing: $0.00

| Tax Year | Charge Type | Annual Charges | Remaining Charges Owing |
|---|---|---|---|
| | **Total Taxes for 2024** | **6,319.74** | **0.00** |
| 2024 | A/V Property Tax | 6,251.07 | 0.00 |
| 2024 | Aquifer Principal HOUSE | 30.00 | 0.00 |
| 2024 | Soil Conservation Principal CNSV1 | 12.35 | 0.00 |
| 2024 | State Forest Patrol Principal SFFIRE1 | 17.00 | 0.00 |
| 2024 | State Forest Patrol Principal SFFIRE2 | 6.00 | 0.00 |
| 2024 | State Forest Patrol Principal SFFIRE3 | 0.50 | 0.00 |
| 2024 | Weed Control Principal WCWEED1 | 2.82 | 0.00 |
| | **Total Taxes for 2023** | **6,603.82** | **0.00** |
| 2023 | A/V Property Tax | 6,535.15 | 0.00 |
| 2023 | Aquifer Principal HOUSE | 30.00 | 0.00 |
| 2023 | Soil Conservation Principal CNSV1 | 12.35 | 0.00 |
| 2023 | State Forest Patrol Principal SFFIRE1 | 17.00 | 0.00 |
| 2023 | State Forest Patrol Principal SFFIRE2 | 6.00 | 0.00 |
| 2023 | State Forest Patrol Principal SFFIRE3 | 0.50 | 0.00 |
| 2023 | Weed Control Principal WCWEED1 | 2.82 | 0.00 |
| | **Total Taxes for 2022** | **6,513.66** | **0.00** |
| 2022 | A/V Property Tax | 6,444.99 | 0.00 |
| 2022 | Aquifer Principal HOUSE | 30.00 | 0.00 |
| 2022 | Soil Conservation Principal CNSV1 | 12.35 | 0.00 |
| 2022 | State Forest Patrol Principal SFFIRE1 | 17.00 | 0.00 |
| 2022 | State Forest Patrol Principal SFFIRE2 | 6.00 | 0.00 |
| 2022 | State Forest Patrol Principal SFFIRE3 | 0.50 | 0.00 |
| 2022 | Weed Control Principal WCWEED1 | 2.82 | 0.00 |
| | **Total Taxes for 2021** | **6,045.30** | **0.00** |
| 2021 | A/V Property Tax | 5,982.43 | 0.00 |

| Tax Year | Charge Type | Annual Charges | Remaining Charges Owing |
|---|---|---|---|
| 2021 | Aquifer Principal HOUSE | 30.00 | 0.00 |
| 2021 | Soil Conservation Principal CNSV1 | 12.35 | 0.00 |
| 2021 | State Forest Patrol Principal SFFIRE1 | 17.20 | 0.00 |
| 2021 | State Forest Patrol Principal SFFIRE3 | 0.50 | 0.00 |
| 2021 | Weed Control Principal WCWEED1 | 2.82 | 0.00 |

**Tax Receipts**

| Tax Year | Receipt Number | Receipt Date | Receipt Amount |
|---|---|---|---|
| 2024 | 9990596 | 10/30/2024 | 3,159.87 |
| 2024 | 9792513 | 04/25/2024 | 3,159.87 |
| 2023 | 9595315 | 10/24/2023 | 3,301.91 |
| 2023 | 9382335 | 04/18/2023 | 3,301.91 |
| 2022 | 9148352 | 08/18/2022 | 3,256.83 |
| 2022 | 9004931 | 04/20/2022 | 3,256.83 |
| 2021 | 8873871 | 10/27/2021 | 3,022.65 |
| 2021 | 8670608 | 04/26/2021 | 3,022.65 |

**Levy**

| Levy Name | Levy Rate 2023 | Levy Rate 2024 | Levy Type | Tax ID |
|---|---|---|---|---|
| County General | 0.7225 | 0.7027 | Non-Voted | 2200 |
| County General Cons Futures | 0.0264 | 0.0256 | Non-Voted | 2200 |
| County Library General | 0.3415 | 0.3337 | Non-Voted | 2200 |
| County Road | 0.9287 | 0.9113 | Non-Voted | 2200 |
| Fire District 09 | 0.6630 | 0.6562 | Non-Voted | 2200 |
| Fire District 09 Special | 1.2765 | 1.2917 | Voted | 2200 |
| SD361 E Valley Capital | 0.7164 | 0.7152 | Voted | 2200 |
| SD361 E Valley General | 1.9891 | 1.7031 | Voted | 2200 |
| State School | 1.4420 | 1.4010 | Non-Voted | 2200 |
| State School Levy 2 | 0.7713 | 0.7505 | Non-Voted | 2200 |
| **Totals:** | **8.88** | **8.49** | | |

24-01739-FPC13    Doc 42-8    Filed 12/31/24    Entered 12/31/24 14:19:54    Pg 3 of 5



## Characteristics (https://cp.spokanecounty.org/Assessor/ContactAssessors/ContactForm.aspx?PID=56064.9071)

| Dwelling/ Structure | Year Built | Gross Living Area | Size | Type | House Type | Roof Material | Heat | Cool | Bedroom* | Half Bath* | Full Bath* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dwelling | 1991 | 2,499 | NA | SF | 68 2 Story+ 1800-2299 | Comp sh medium | Heat pump | None | 2 | 0 | 2 |
| Attached Garage | 0 | NA | 675 | SF | | | | | 0 | 0 | 0 |
| General Purpose Bldg Wood Pole Frame | 2000 | NA | 1,040 | SF | | | | | 0 | 0 | 0 |

**\* - Room counts reflect above grade rooms only.**

| Residential Sq Ft Breakdown | Sq Ft | Extension |
|---|---|---|
| Basement | 1,481 | R02 |
| 1st Floor | 1,499 | R02 |
| 2nd Floor | 1,000 | R02 |

| Features / Structure | Main Floor Size | Size Type |
|---|---|---|
| DWELL - Enclosed Frame Porch | 264 | SF |
| DWELL - Open Frame Porch | 48 | SF |

| Land Number | Soil ID | Frontage | Depth | Lot(s) |
|---|---|---|---|---|
| 1 | TO80 | 0 | 0 | 0 |
| 2 | DF62 | 0 | 0 | 0 |
| 3 | DF53 | 0 | 0 | 0 |
| 6 | DF53 | 0 | 0 | 0 |
| 7 | DF62 | 0 | 0 | 0 |
| 8 | IC05 | 0 | 0 | 0 |
| 10 | IC10 | 0 | 0 | 0 |
| 12 | IC20 | 0 | 0 | 0 |
| 14 | IC80 | 0 | 0 | 0 |

## Sales

| Sale Date | Sale Price | Sale Instrument | Excise Number | Parcel |
|---|---|---|---|---|
| 02/08/2019 | 499,999.00 | Statutory Warranty Deed | 201901625 (ImageExcise.aspx?ExciseNumber=201901625&Parcel=56064.9071) | 56064.9071 |
| 07/17/1989 | 60,000.00 | LAND ONLY SALE | (ImageExcise.aspx?ExciseNumber=&Parcel=56064.9071 ) | 56064.9071 |

**Recorded Documents**
To view recorded documents related to this parcel, please visit the Auditor's Recorded Documents Portal (https://recording.spokanecounty.org/recorder/web/)

**Permits**

| Permit Number | Filing Date | Permit Description |
|---|---|---|
| E-B1903064 | 03/17/2020 | FURNACE & HEAT PUMP |
| E-B1902630 | 11/04/2019 | PROPANE INSTALLATION |
| E-B1601433 | 07/07/2016 | TEAR OFF & REROOF |
| E-B1701493 | 01/01/1900 | ****VOID DUPLICATE*** ROOFING PROJECT |
| E-B1701461 | | roofing |

To view permits related to this parcel, please visit the:
Building Permits (https://co-spokane-wa.smartgovcommunity.com)
Electrical Permits (https://www.lni.wa.gov/)
Online Building Permits (https://co-spokane-wa.smartgovcommunity.com)

**Disclaimer:** Spokane County does not warrant the accuracy, reliability or timeliness of any information in this system, and shall not be held liable for losses caused by using this information. Portions of this information may not be current or accurate. Any person or entity who relies on any information obtained from this system, does so at their own risk. RCW 42.56.070 (9) (https://apps.leg.wa.gov/rcw/default.aspx?cite=42.56.070) prohibits releasing and/or using lists of individuals gathered from this site for commercial purposes. More... (Disclaimer.aspx)

**Assessor's Office (https://www.spokanecounty.org/Assessor/)**
1116 West Broadway Avenue
County Courthouse, 1st Floor
Spokane, WA 99260
**Assessor's Information**
**Owner, Site Address, Appraisal, Levy, Characteristics, Sales**
**Hours:** Monday - Friday 8:00am - 4:00pm
(excluding holidays)

Phone (Phone) (509) 477-3698
Fax:     (Fax) (509) 477-3697
Email:   (Email) **Contact the Assessor (mailto:Assessor@spokanecounty.org)**

**Treasurer's Office (https://www.spokanecounty.org/treasurer/)**
1116 West Broadway Avenue
County Courthouse, 1st Floor
Spokane, WA 99260
**Treasurer's Information**
**Taxpayer, Property Taxes, Receipts, Sales**
**Hours:** Monday - Friday 8:30am - 4:00pm
(excluding holidays)

Phone (Phone) (509) 477-4713
Fax:     (Fax)(509) 477-3674
Email:   (Email) **Contact the Treasurer (mailto:treasurer@spokanecounty.org)**