```
Darren R. Krattli, WSBA #39128
Eisenhower Carlson PLLC
909 A Street, Suite 600
Tacoma, WA 98402
(253) 572-4500
```

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

JONATHAN DAVID CLAUSEN, and
JODI LYNN CLAUSEN

Debtors.

NO. 24-01739-FPC13

NOTICE OF APPEARANCE

TO:        CLERK OF THE COURT
AND TO:    JONATHAN DAVID CLAUSEN, Debtor
AND TO:    JODI LYNN CLAUSEN, Debtor
AND TO:    REBECCA J SHEPPARD of Sheppard Law Office PC, attorney for the Debtors
AND TO:    MIKE I TODD, Chapter 13 Trustee
AND TO:    U.S. TRUSTEE'S OFFICE
AND TO:    ALL PARTIES REQUESTING SPECIAL NOTICE

PLEASE TAKE NOTICE that Eisenhower Carlson PLLC and Darren R. Krattli do hereby make their appearance in this action pursuant to Fed. R. Bankr. P. 9010(b) as attorneys for creditor WBL SPO I, LLC. All future notices, motion, papers and pleadings filed herein, except original process, are to be served upon the undersigned at the address below.

DATED this 2nd day of January, 2025.

EISENHOWER CARLSON PLLC

By: /s/ Darren R. Krattli
    Darren R. Krattli, WSBA # 39128
    Attorneys for creditor
    WBL SPO I, LLC



NOTICE OF APPEARANCE - 1

1206537.000

# **CERTIFICATE OF SERVICE**

I, Darren R. Krattli, declares and states as follows:

I am a member of the law firm of Eisenhower Carlson PLLC, am over the age of 18, and otherwise competent to testify.

On January 2, 2025, the following parties were notified via ECF notification as follows:

Matthew C Niemela
Ramsden, Marfice, Ealy & De Smet, LLP
Attorneys for WBL SPO I, LLC and World Business Lenders, LLC
mniemela@rmedlaw.com

Rebecca J Sheppard, attorney for Debtors
Sheppard Law Office PC
rjs@rsheppardlaw.com

Nathan F. Smith, attorney for Fidelity Bank
Malcolm & Cisneros
nathan@mclaw.org

Jesus Miguel Palomares, attorney for Swift Financial LLC
Miller Nash LLP
jesus.palomares@millernash.com

Mike I Todd, Trustee
Chapter 13 Trustee
ch13trustee@spokane13.org

US Trustee
USTP.REGION18.SP.ECF@usdoj.gov

*And all other parties requesting ECF Notification.*

I declare under the penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED at Tacoma, Washington this 2nd day of January 2025.

*/s/ Darren R. Krattli*
Darren R. Krattli, WSBA #39128

NOTICE OF APPEARANCE - 2

1206537.000

EISENHOWER CARLSON PLLC
Attorneys at Law
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

24-01739-FPC13    Doc 44    Filed 01/02/25    Entered 01/02/25 11:42:15    Pg 2 of 2