REBECCA J. SHEPPARD  　　　　　　　　　　　Honorable Frederick P. Corbit
Sheppard Law Office, PC
16114 E Indiana Ave. Ste. 205
Spokane, WA 99216
(509) 443-3014
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

CLAUSEN, JONATHAN D.
CLAUSEN, JODI L.

　　　　　　　　　　　　　　　Debtor.

No. 24-01739-FPC13

**DECLARATION OF JONATHAN CLAUSEN IN SUPPORT OF OBJECTION TO WBL SPO I, LLC'S MOTION FOR RELIE FROM STAY**

I, Jonathan Clausen, certify and declare, as follows:

1. I am a citizen of the United States of America over eighteen (18) years of age and I am competent to make this declaration. The statements contained in this declaration ("Clausen Decl.") are based upon my personal knowledge. I would reaffirm and restate these statements in any proceeding.

2. I am a Debtor in the above-captioned Bankruptcy proceeding.

3. In February of 2019, my wife Jodi and I purchased our home commonly known as 12918 N. Norman Road, Spokane, WA 99217. We have resided there since that time.

4. My wife and I are the sole members of Lilac City, LLC.

5. The predecessor to WBL SPO I, World Business Lenders (WBL), agreed to loan Lilac City, LLC $400,000, and I signed a personal guaranty as part of the transaction. Jodi and I also granted a Deed of Trust in favor of WBL, securing the personal guaranty by creating a lien on our primary residence. The loan funded in August of 2022.

6. The loan later went into default, and WBL SPO I sought to non-judicially foreclose on our home. In February of 2024, we filed suit against WBL SPO I, alleging violations of the Consumer Loan Act ("CLA), WASH. REV. CODE 19.52.020, and the Consumer Protection Act (CPA), WASH. REV. CODE Chapter 19.86. The suit included a claim for extinguishment of the Deed of Trust. The trial court entered an order restraining WBL

DECLARATION OF JONATHAN CLAUSEN - 1 of 2

Sheppard Law Office, PC
16114 E Indiana Ave. Ste. 205
Spokane Valley, WA 99216
509-443-3014
509-443-3015 fax

24-01739-FPC13　　Doc 48　　Filed 01/13/25　　Entered 01/13/25 16:58:04　　Pg 1 of 2

SPO I from proceeding with the non-judicial foreclosure sale during the pendency of the case. In July of 2024, the trial court dismissed our case against WBL SPO I, finding that the underlying loan transaction did not violate the CLA or the CPA. The trial court also dismissed the restraint of sale action, permitting the non-judicial foreclosure sale to proceed; the foreclosure sale was scheduled for October 25, 2024.

7. We appealed the Dismissal Order[1] and filed a motion to stay enforcement of the Deed of Trust. The trial court granted our motion on the condition we post a bond of $241,778 by October 24, 2024, which was simply not possible. We were left with no choice but to file for bankruptcy protection to stay the non-judicial foreclosure sale and protect our home.

I declare that the foregoing is true and correct upon information and belief and under penalty of perjury according to the laws of the state of Washington.

DATED: January 13, 2025.

/s/ Jonathan Clausen
Jonathan Clausen, Debtor

---

[1] State of Washington Court of Appeals, Div. III, Case No. 405915, which remains pending.

DECLARATION OF JONATHAN CLAUSEN - 2 of 2

Sheppard Law Office, PC
16114 E Indiana Ave. Ste. 205
Spokane Valley, WA 99216
509-443-3014
509-443-3015 fax