DARREN M. DIGIACINTO, WSBA No. 39771
WINSTON & CASHATT, LAWYERS, a
Professional Service Corporation
601 W. Riverside, Ste. 1900
Spokane, WA 99201
Telephone: (509) 838-6131
Email: dmd@winstoncashatt.com

Attorneys for Creditor
Diamond Asphalt Paving, Inc.

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In Re:

Clausen, Jonathan David
Clausen, Jodi Lynn

        Debtors.

Case No. 24-01739-FPC13

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

TO:      CLERK

AND TO:    ALL INTERESTED PARTIES

      YOU WILL PLEASE TAKE NOTICE that Darren M. Digiacinto, of Winston & Cashatt, Lawyers, enters his appearance for Creditor Diamond Asphalt Paving, Inc. in the above cause and requests that all further pleadings and papers herein (except process) be served upon the undersigned attorney at the address below stated.

NOTICE OF APPEARANCE AND REQUEST FOR
SPECIAL NOTICE - PAGE 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

24-01739-FPC13   Doc 51   Filed 01/21/25   Entered 01/21/25 08:44:54   Pg 1 of 2

1     DATED this 21st day of January, 2025.

2

3                              <u>s/Darren M. Digiacinto, WSBA No. 39771</u>
                              WINSTON & CASHATT, LAWYERS
                              Attorneys for Creditor
                              Diamond Asphalt Paving, Inc.
                              601 W. Riverside, Ste. 1900
                              Spokane, WA 99201
                              (509) 838-6131
                              Facsimile: (509) 838-1416
                              E-mail Address: dmd@winstoncashatt.com

NOTICE OF APPEARANCE AND REQUEST FOR
SPECIAL NOTICE - PAGE 2


A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

24-01739-FPC13    Doc 51    Filed 01/21/25    Entered 01/21/25 08:44:54    Pg 2 of 2