DARREN M. DIGIACINTO, WSBA No. 39771
WINSTON & CASHATT, LAWYERS, a
Professional Service Corporation
601 W. Riverside, Ste. 1900
Spokane, WA 99201
Telephone: (509) 838-6131
Email: dmd@winstoncashatt.com

Attorneys for Creditor
Diamond Asphalt Paving, Inc.

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>Clausen, Jonathan David<br>Clausen, Jodi Lynn<br><br>        Debtors. | Case No. 24-01739-FPC13<br><br>**CREDITOR DIAMOND ASPHALT PAVING, INC.'S JOINDER IN MOTION FOR RELIEF FROM AUTOMATIC STAY** |

COMES NOW Diamond Asphalt Paving, Inc., by and through its attorney of record, Darren M. Digiacinto of Winston & Cashatt, Lawyers, and hereby joins in the Motion for Relief from Automatic Stay filed by Creditor, WBL SPO I, LLC, a creditor asserting secured status herein on December 31, 2024 as Docket No. 43 for the limited purposes as stated herein. In short, if the Court is inclined to grant the WBL SPO I, LLC Motion, Diamond Asphalt Paving, Inc. respectfully requests that the Court order that such relief also apply to it as Diamond Asphalt Paving, Inc. is also secured against the same real property and would need to be a represented party at any foreclosure or judicial action related to the same at the state court level.

CREDITOR DIAMOND ASPHALT PAVING, INC.'S
JOINDER IN MOTION FOR RELIEF FROM
AUTOMATIC STAY - PAGE 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

Diamond Asphalt Paving, Inc.'s status as a secured creditor is pursuant to Chapter 60.04 RCW and a duly issued Judgment from the Superior Court of Spokane County in Cause No. 22-2-00049-32.

## **JOINDER FOR LIMITED PURPOSE**

Diamond Asphalt Paving, Inc. questions the secured status of WBL SPO I, LLC based on the documents filed by the same. However, in the event the Court is inclined to grant WBL SPO I, LLC's Motion for Relief from Stay, such relief should also be afforded to Diamond Asphalt Paving, Inc. as a secured creditor against the same real property. Diamond Asphalt Paving, Inc.'s Proof of Claim is properly filed in this action as Proof of Claim 31-1 and includes all supporting documents required to establish its secured status. Without admitting to the factual basis and assertions made in WBL SPO I, LLC's Motion, Diamond Asphalt Paving, Inc. nonetheless asks the Court for the same treatment as that provided to WBL SPO I, LLC in relation to its Motion as it will be a necessary party for the same.

DATED this 21st day of January, 2025.

s/Darren M. Digiacinto, WSBA No. 39771
Darren M. Digiacinto, WSBA No. 39771
WINSTON & CASHATT, LAWYERS
Attorneys for Creditor Diamond Asphalt
Paving, Inc.

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131