| | |
|---|---|
| Mike I. Todd | The Honorable Frederick P. Corbit |
| Chapter 13 Trustee | |
| P.O. Box 1513 | |
| Spokane, WA 99210-1513 | |
| (509)747-8481 | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re: ) Case No. 24-01739-FPC13
Clausen, Jonathan David )
Clausen, Jodi Lynn )
           Debtor(s). ) MEETING OF CREDITORS
                          ) ADJOURNED (CONTINUED)

    Please take notice that the 341 Meeting of Creditors for the above named debtor previously set for January 09, 2025 has been rescheduled as follows:

    Time: 10:00 am

    Date: 02/06/2025

    Location: Zoom video meeting
              Go to Zoom.us/join
              Enter Meeting ID: 262 980 2865
              Enter Passcode: 5105703805
              OR call 1-509-210-1483

    YOU ARE FURTHER NOTIFIED that this notice DOES NOT suspend any dismissal proceedings that may have been previously commenced.

DATED: 01/21/2025                    Mike I. Todd
                                      Chapter 13 Trustee

                                        /s/ Mike I. Todd
                                        Mike I. Todd

MEETING OF CREDITORS ADJOURNED
(CONTINUED) - 1