# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: Jonathan David Clausen  CASE NUMBER: 2401739
DEBTOR 2 NAME: Jodi Lynn Clausen

I      Robert J Wallace, Jr.      certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on    1/22/2025    :

By First Class Mail :

Eisenhower Carlson PLLC,Darren Krattli,909 A St, Ste 600,Tacoma WA 98402
Jesus Miguel Palomares,Miller Nash LLP,605 5th Ave S, Ste 900,Seattle WA 98104
Jonathan David Clausen,PO Box 2171,Spokane WA 99210
Ramsden, Marfice, Ealy & De Smet, LLP,Matthew C. Niemela,Attorney at Law,PO Box 1336 Coeur d'Alene ID 83816-1336
Rebecca Sheppard,Attorney at Law,16114 E Indiana Ave Ste 205,Spokane Valley WA 99216

By Electronic Transmittal :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :    1/22/2025        Signature : _____Robert J. Wallace, Jr._____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

| | | |
|---|---|---|
| 1 | Mike I. Todd | The Honorable Frederick P. Corbit |
| 2 | Chapter 13 Trustee | |
| 3 | P.O. Box 1513 | |
| 4 | Spokane, WA 99210-1513 | |
| | (509)747-8481 | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:                                                  ) Case No. 24-01739-FPC13
Clausen, Jonathan David         )
Clausen, Jodi Lynn                    )
                              Debtor(s).   ) MEETING OF CREDITORS
                                                     ) ADJOURNED (CONTINUED)

Please take notice that the 341 Meeting of Creditors for the above named debtor previously set for January 09, 2025 has been rescheduled as follows:

Time: 10:00 am

Date: 02/06/2025

Location: Zoom video meeting
    Go to Zoom.us/join
    Enter Meeting ID: 262 980 2865
    Enter Passcode: 5105703805
    OR call 1-509-210-1483

YOU ARE FURTHER NOTIFIED that this notice DOES NOT suspend any dismissal proceedings that may have been previously commenced.

DATED: 01/21/2025                          Mike I. Todd
                                                             Chapter 13 Trustee

                                                             /s/ Mike I. Todd
                                                             _____
                                                             Mike I. Todd

MEETING OF CREDITORS ADJOURNED
(CONTINUED) - 1