Sheppard Law Office, PC
16114 E Indiana Ste. 205
Spokane Valley, WA 99216
509-443-3014
509-443-3015 fax

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

CLAUSEN, JONATHAN D.

CLAUSEN, JODI L.

    Debtor

)
)
)
)
)
)
)
)
)
)
)

Case No.: 24-01739-FPC13

OPERATING STATEMENT FOR HAIR BY JODI

---

    COME NOW the debtors, Jonathan and Jodi Clausen, and submit the operating statement for Hair by Jodi. The statement is for the November 1, 2024 through January 31, 2025.

    Respectfully submitted this 14th day of February, 2025.

/s/ Rebecca J. Sheppard
Attorney for Debtor

- 1



# GLOSS GENIUS

## Sales Summary Report for hair by jodi
Date Range for 11/01/2024 to 01/31/2025
Generated on 02/11/2025

**Report pulled for Jodi Clausen**

| | |
|---|---:|
| **Gross Sales** | **$4,737.00** |
| Gross Service Sales | $4,737.00 |
| Gross Retail Sales | $0.00 |
| Gross Other Sales | $0.00 |
| Gross Cancellation Fees | $0.00 |
| Discounts & Comps | $0.00 |
| **Net Sales** | **$4,737.00** |
| Tax | $0.00 |
| Gratuity | $855.00 |
| Convenience Fees Paid By Client | $118.45 |
| Prepayments From Previous Periods | $0.00 |
| Prepayments For Future Sales | $0.00 |
| **Total Collected** | **$5,710.45** |
| Card | $4,855.45 |
| Cash | $855.00 |
| Payment Processing Fees Paid By Business | ($47.39) |
| Payment Processing Fees Paid By Client | ($118.45) |
| **Total Refunded** | **$0.00** |
| Payment Processing Fees Refunded to Business | $0.00 |
| **Net Total Collected** | **$5,544.61** |

All transactions and date cutoffs in this report are based on the timezone your account is located in.

Appointments that have not been checked out in your application and Gift Cards will not appear in this report.

This report is not intended for tax purposes as the report provides sales based on transaction date rather than payout posting date and may not be aligned with IRS timezones. Consult a tax professional to determine your specific tax requirements

Let the beauty of what you love be what you do. - Rumi





## Expense Report for hair by jodi
Date Range for 11/01/2024 to 01/31/2025
Generated on 02/11/2025

Grouped by category

## Total Expenses: $1,710.44

### Rent / Lease

| Vendor | Description | Date | Amount |
|---|---|---|---|
| Salon Vogue | Rent got out cash from bank 7/31 | 01/30/2025 | $375.00 |
| Salon Vogue | Rent got out cash from bank 7/31 | 12/30/2024 | $375.00 |
| Salon Vogue | Rent got out cash from bank 7/31 | 11/30/2024 | $375.00 |
| Salon Vogue | Rent got out cash from bank 7/31 | 11/01/2024 | $375.00 |
| Total | | | $1,500.00 |

### Back Bar

| Vendor | Description | Date | Amount |
|---|---|---|---|
| Beauty craft | | 12/19/2024 | $40.68 |
| Cosmo Prof | | 12/06/2024 | $52.13 |
| Beauty craft | | 11/14/2024 | $49.98 |
| Total | | | $142.79 |

### Furniture & Decoration

| Vendor | Description | Date | Amount |
|---|---|---|---|
| Walmart | | 12/17/2024 | $47.31 |
| Hobby Lobby | Christmas decor for station | 12/17/2024 | $20.34 |
| Total | | | $67.65 |