The Honorable Frederick P. Corbit
Chapter 13
Hearing Date: March 18, 2025
Hearing Time: 10:00 a.m.
Response Date: March 11, 2025
Hearing Location: Zoomgov.com

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

JONATHAN DAVID CLAUSEN, and
JODI LYNN CLAUSEN

Debtors.

NO. 24-01739-FPC13

PROOF OF SERVICE

I, Darren R. Krattli, certify as follows:

I am a resident of the State of Washington. I am over the age of 18 years and not a party to the above case. I am a member of the law firm of Eisenhower Carlson PLLC, whose address is 909 A Street, Suite 600, Tacoma, Washington, 98402.

On March 10, 2025, I caused the Supplemental Brief in Support of WBL SPO I, LLC's Motion for Relief From Automatic Stay and Objection to Confirmation; Declaration of Randolph P. Berg and this Proof of Service to be served via ECF notification on all parties requesting ECF notification as of March 11, 2025.

I declare under the penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Executed on this 11th day of March, 2025, at Tacoma, Washington.

*/s/ Darren R. Krattli*
DARREN R. KRATTLI

PROOF OF SERVICE

EISENHOWER CARLSON PLLC
Attorneys at Law
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com