Mike I. Todd  The Honorable Frederick P. Corbit
Chapter 13 Trustee
P.O. Box 1513
Spokane, WA 99210-1513
(509)747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re: ) Case No. 24-01739-FPC13
Clausen, Jonathan David )
Clausen, Jodi Lynn )
               Debtor(s). ) Amended Objection to Confirmation
)

The Trustee objects to the Chapter 13 plan for the following reason(s):

The Plan is not feasible. 11 USC § 1325

1. Plan payments are insufficient to pay 100% within the term of the Plan, per claims filed.

2. There is no treatment in the Plan for, nor has an objection been filed to the secured, cross-collateralized claim filed by Numerica Credit Union on October 28, 2024 (Claim No. 2), in the amount of $4329.67.

3. There is no treatment in the Plan for, nor has an objection been filed to the pre petition arrearage claim filed by Fidelity Bank, NA on December 13, 2024 (Claim No. 22) in the amount of $11,456.22.

4. There is no treatment in the Plan for, nor has an objection been filed to the

Amended Objection to Confirmation. - 1

priority claim filed by WA State Dept of Labor and Industries on December 5, 2024 (Claim No. 16) in the amount of $12,003.52.

5. There is no treatment in the Plan for, nor has an objection been filed to the pre petition arrearage claim filed by WBL SPO I, LLC on December 30, 2024 (Claim No. 30) in the amount of $337,030.18.

Dated: 3/12/2025          Mike I. Todd
Chapter 13 Trustee

/s/ Mike I. Todd
Mike I. Todd

Amended Objection to Confirmation. - 2