Sheppard Law Office, PC  
16114 E Indiana Ave. Ste. 205  
Spokane Valley, WA  99216  
(509) 443-3014

Honorable Frederick P. Corbit

Response Due: March 31, 2025

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>CLAUSEN, JONATHAN D.<br>CLAUSEN, JODI L.<br><br>    Debtor(s) | Case No.: 24-01739-FPC13<br><br>MOTION TO AVOID NON-CONSENSUAL JUDGMENT LIEN OF SHERWIN WILLIAMS COMPANY and NOTICE THEREOF |

## MOTION

Jonathan and Jodi Clausen ("Debtors"), by and through counsel Rebecca Sheppard, move this Court for an Order Avoiding the Non-Consensual Judgment Lien of Sherwin Williams Company ("Creditor") against the Debtors and upon their homestead commonly known as 12918 N Norman Road, Spokane, WA  99217 and of which the abbreviated legal description is 06-26-45 SW1/4 OF SE1/4 EXC N1/2 OF N1/2 AND EXC RD (Tax Parcel No. 56064.9071).

## GROUNDS

I. **Motion to Avoid Judgment Lien**

The Motion to Avoid Lien is brought pursuant to Title 11, U.S.C. § 522(f).  In support of this motion, Debtors respectfully state as follows:

1) On March 21, 2024, Creditor obtained a judgment against Debtors in the amount of $5,538.86 under Spokane County Superior Court case number 24-2-00505-32.  Said

judgment became a lien against Debtors' homestead by operation of WASH. REV. CODE § 4.56.200;

2) On October 24, 2024, Debtors commenced this bankruptcy proceeding with the filing of their chapter 13 Voluntary Petition (ECF No. 1). Debtors fixed the fair market value of their homestead at $1,300,000 (ECF No.18, p.3). On February 11, 2025, Berg Appraisal Services, P.C. inspected the subject property and determined the value of the property to be $1,105,000[1] (ECF No. 64).

3) Liens against Debtors' homestead are as follows:

| Lienholder | Amount as of Petition Date[2] | Avoidable |
|---|---|---|
| Fidelity Bank, N.A. | $437,835.07 | no |
| Diamond Asphalt Paving, Inc. | $128,503.87 | no |
| WBL SPO I, LLC | $536,235.80 | no[3] |
| Swift Financial, LLC | $123,295.61 | yes |
| Sherwin Williams Company | $5,538.86 | yes |

4) Debtors are entitled to claim as exempt up to $430,700 of the equity in their homestead under WASH. REV. CODE §§ 6.13.010, 6.13.020, and 6.13.030. The judgment lien in favor Creditor in the amount of $5,538.86, plus any accrued interest, fees, and costs, impairs this exemption and should be avoided in its entirety.

---

[1] Whether the value as of the petition date was $1,300,000 or $1,105,000 does not affect whether the lien may be avoided under 11 U.S.C. § 522(f).

[2] Pursuant to the claims filed in this case.

[3] Debtors currently have a case against the purported lienholder on appeal with the WA State Court of Appeals, Div. III (Case No. 405915). At issue, *inter alia*, is whether the lender was required to be licensed to make loans in the state of WA when it took a lien in the debtors' primary dwelling, in addition to questions of statutory interpretation. Debtors' acknowledgment of the existence of the lien in favor of WBL SPO I, LLC on the petition date is not an admission as to the validity of the lien or any other issues on appeal or before this Court with respect to WBL SPO I, LLC.

Motion to Avoid Judgment Lien and Notice| 2

24-01739-FPC13    Doc 69    Filed 03/12/25    Entered 03/12/25 14:25:22    Pg 2 of 3

## RELIEF REQUESTED

Debtor moves this Court to avoid in its entirety the non-consensual judgment lien in favor of Sherwin Williams Company on their homestead commonly known as 12918 N Norman Rd., Spokane, WA 99217 and of which the abbreviated legal description is 06-26-45 SW1/4 OF SE1/4 EXC N1/2 OF N1/2 AND EXC RD (Tax Parcel No. 56064.9071).

Respectfully submitted this 12th day of March, 2025.

/s/ Rebecca J. Sheppard
Rebecca J. Sheppard, WSBA# 40220
Attorney for Debtors

## NOTICE

PLEASE TAKE NOTICE that the Debtor(s) have filed with the Court a motion to avoid the above-referenced non-consensual judgment lien pursuant to Title 11, U.S.C. §522(f). YOU ARE FURTHER NOTIFIED that any person or party in interest objecting to the motion must do so by filing a written objection to the motion with the Clerk of the US Bankruptcy Court, P.O. Box 2164, Spokane, WA 99210, within fourteen (14) days from the date of this notice, plus any additional time allowed pursuant to FRBP 9006. If no objection is filed within the fourteen (14) day response period, an Order will be presented to the Court, *ex-parte*, which may be signed and entered without a hearing and without further notice.

DATED: March 12, 2025.

/s/ Rebecca J. Sheppard
Rebecca J. Sheppard, WSBA# 40220
Attorney for Debtors

Motion to Avoid Judgment Lien and Notice| 3