Sheppard Law Office, PC
16114 E Indiana Ste. 205
Spokane Valley, WA 99216
509-443-3014
509-443-3015 fax

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

CLAUSEN, JONATHAN D.

CLAUSEN, JODI L.

    Debtor

) Case No.: 24-01739-FPC13
)
)
)
) OPERATING STATEMENT FOR AR-TT,
) LLC
)
)
)
)

_____

COME NOW the debtors, Jonathan and Jodi Clausen, and submit the operating statement for AR-TT, LLC. The statements include January 1, 2024 through November 2, 2024 and the individual months of November 1, 2024 through February, 2025.

Respectfully submitted this 12th day of March, 2025.

/s/ Rebecca J. Sheppard
Attorney for Debtor

- 1

# Monthly Profit & Loss Statement

For <u>AR-TT LLC</u> (Name of Business)

Month Ending <u>YTD 2024 11/2/24</u>

### Income:

| # | Description | | Amount |
|---|---|---|---|
| 1 | Your Business Income | | |
| 2 | **TOTAL INCOME** | $ | 106,314.55 |

### Business Expenses:

| # | Description | | Amount |
|---|---|---|---|
| 3 | Advertising/Marketing | $ | 6545.00 |
| 4 | Credit/Debit Card Fees | $ | 3189.42 |
| 5 | Equipment Rental/Lease | $ | # |
| 6 | Insurance Expense | $ | 2673.00 |
| 7 | Licenses/Permits | $ | 119.50 |
| 8 | Office Supplies Expense | $ | 700.00 |
| 9 | Postage & Delivery | $ | 3990.00 |
| 10 | Rent - Office/Storage Space, Etc. | $ | # |
| 11 | Supplies/Materials Expense | $ | # |
| 12 | Travel/Entertainment | $ | 36,000.00 |
| 13 | Utilities Expense | $ | # |
| 14 | Vehicle Expense | $ | # |

### Other Business Expenses:

| # | | | Amount |
|---|---|---|---|
| 15 | | $ | # |
| 16 | | $ | # |
| 17 | | $ | # |
| 18 | **TOTAL OPERATING EXPENSES** | $ | 53,216.92 |

(Add lines 3 through 17 = line 18)

| 19 | **PROFIT OR (LOSS) FROM BUSINESS** | $ | 53,097.63 |
|---|---|---|---|

(Line 2 minus line 18 = line 19)

Monthly Profit and Loss Statement

Business: AR-TT LLC

Period Nov. 2024

**Income**
| | |
|---|---|
| shopify | $4,407.87 |
| wholesale | $700.00 |
| total income | $5,107.87 |

**Busniess Expenses**
| | |
|---|---|
| Advertising | $115.00 |
| Credit card fees | |
| Rental/Leases | |
| Insurance | |
| Office Supplies | |
| Postage & Delivery | $320.56 |
| Rental/Leases | |
| Travel Expense | |
| Misc Expense | $1,739.89 |

| | |
|---|---|
| Total Operating Expenses | $2,175.45 |

| | |
|---|---|
| Profit or (loss) From Business | $2,932.42 |

| Monthly Profit and Loss Statement |
| Business: AR-TT LLC |

Period  December 2024

### Income
| | |
|---|---|
| shopify | $2,372.75 |
| wholesale | $1,680.00 |
| total income | $4,052.75 |

### Busniess Expenses
| | |
|---|---|
| Advertising | $330.00 |
| Credit card fees | |
| Rental/Leases | |
| Insurance | |
| Office Supplies | |
| Postage & Delivery | $281.62 |
| Rental/Leases | |
| Travel Expense | |
| Misc Expense | |
| | |
| Total Operating Expenses | $611.62 |
| | |
| Profit or (loss) From Business | $3,441.13 |

| | |
|---|---|
| Monthly Profit and Loss Statement | |
| Business: AR-TT LLC | |
| Period | January 2025 |

**Income**

| | |
|---|---|
| shopify | $3,755.88 |
| wholesale | $1,388.30 |
| total income | $5,144.18 |

**Busniess Expenses**

| | |
|---|---|
| Advertising | $330.00 |
| Credit card fees | |
| Rental/Leases | |
| Insurance | |
| Office Supplies | |
| Postage & Delivery | $237.17 |
| Rental/Leases | |
| Travel Expense | $4,400.00 |
| Misc Expense | $2,621.12 |
| | |
| Total Operating Expenses | $7,588.29 |
| | |
| Profit or (loss) From Business | -$2,444.11 |

Monthly Profit and Loss Statement
Business: AR-TT LLC

| | Period | Feb-25 |
|---|---|---|

### Income
| | |
|---|---|
| shopify | $5,785.00 |
| wholesale | $8,840.00 |
| total income | $14,625.00 |

### Busniess Expenses
| | |
|---|---|
| Advertising | $225.00 |
| Credit card fees | |
| Rental/Leases | |
| Insurance | |
| Office Supplies | $124.12 |
| Postage & Delivery | $281.44 |
| Rental/Leases | |
| Travel Expense | |
| Misc Expense | |
| | |
| Total Operating Expenses | $630.56 |
| | |
| Profit or (loss) From Business | $13,994.44 |