Sheppard Law Office, PC
16114 E Indiana Ste. 205
Spokane Valley, WA  99216
509-443-3014
509-443-3015 fax

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

CLAUSEN, JONATHAN D.

CLAUSEN, JODI L.

    Debtor

) Case No.: 24-01739-FPC13
)
)
)
) OPERATING STATEMENT FOR LILAC
) CITY, LLC
)
)
)
)

_____

    COME NOW the debtors, Jonathan and Jodi Clausen, and submit the operating statement for Lilac City, LLC. The statement covers the months of January 1, 2024 through November 1, 2024. Mr. Clausen is a painting contractor and business is seasonal. There has been no activity since November 1, 2024.

    Respectfully submitted this 12th day of March, 2025.

                                            /s/ Rebecca J. Sheppard
                                            Attorney for Debtor

- 1

# Monthly Profit & Loss Statement

For lilac city LLC _____ (Name of Business)

Month Ending Jan 1 - Nov 1

### Income:
1. Your Business Income
2. **TOTAL INCOME**     $ 409,920.00

### Business Expenses:
3. Advertising/Marketing     $ 770.00
4. Credit/Debit Card Fees     $ 195.00
5. Equipment Rental/Lease     $ 8400.00
6. Insurance Expense     $ 10,200
7. Licenses/Permits     $ 195.00
8. Office Supplies Expense     $ 1990.00
9. Postage & Delivery     $ 0
10. Rent - Office/Storage Space, Etc.     $ 33,600.00
11. Supplies/Materials Expense     $ 68514.00
12. Travel/Entertainment     $ 0
13. Utilities Expense     $ 1800.00
14. Vehicle Expense     $ 30,000.00

### Other Business Expenses:
15. Bond Payment May June     $ 31,460.00
16.     $ #
17.     $ #
18. **TOTAL OPERATING EXPENSES**     $ 187,124.00

(Add lines 3 through 17 = line 18)

19. **PROFIT OR (LOSS) FROM BUSINESS**     $ 222,796.00

(Line 2 minus line 18 = line 19)