# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: Jonathan David Clausen  CASE NUMBER: 2401739
DEBTOR 2 NAME: Jodi Lynn Clausen

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on ___3/13/2025___ :

By First Class Mail :

Jonathan David Clausen, PO Box 2171, Spokane WA 99210
Rebecca Sheppard, Attorney at Law, 16114 E Indiana Ave Ste 205, Spokane Valley WA 99216

By Electronic Transmittal :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : ___3/13/2025___    Signature : ___Robert J. Wallace, Jr.___

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

Mike I. Todd  The Honorable Frederick P. Corbit
Chapter 13 Trustee
P.O. Box 1513
Spokane, WA  99210-1513
(509)747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:                                    ) Case No.  24-01739-FPC13
Clausen, Jonathan David                   )
Clausen, Jodi Lynn                        )
          Debtor(s).         ) Amended Objection to Confirmation
                                          )

The Trustee objects to the Chapter 13 plan for the following reason(s):

The Plan is not feasible.  11 USC § 1325

1. Plan payments are insufficient to pay 100% within the term of the Plan, per claims filed.

2. There is no treatment in the Plan for, nor has an objection been filed to the secured, cross-collateralized claim filed by Numerica Credit Union on October 28, 2024 (Claim No. 2), in the amount of $4329.67.

3. There is no treatment in the Plan for, nor has an objection been filed to the pre petition arrearage claim filed by Fidelity Bank, NA on December 13, 2024 (Claim No. 22) in the amount of $11,456.22.

4. There is no treatment in the Plan for, nor has an objection been filed to the

Amended Objection to Confirmation. - 1

priority claim filed by WA State Dept of Labor and Industries on December 5, 2024 (Claim No. 16) in the amount of $12,003.52.

5.　There is no treatment in the Plan for, nor has an objection been filed to the pre petition arrearage claim filed by WBL SPO I, LLC on December 30, 2024 (Claim No. 30) in the amount of $337,030.18.

Dated: 3/12/2025　　　　　　　　　　　Mike I. Todd
　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee

　　　　　　　　　　　　　　　　　　　/s/ Mike I. Todd
　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　Mike I. Todd

Amended Objection to Confirmation. - 2