Sheppard Law Office, PC
16114 E Indiana Ste. 205
Spokane Valley, WA 99216
509-443-3014
509-443-3015 fax

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| In Re: | ) Case No.: 24-01739-FPC13 |
| | ) |
| CLAUSEN, JONATHAN D. | ) |
| | ) OPERATING STATEMENT FOR HAIR BY |
| CLAUSEN, JODI L. | ) JODI |
| | ) |
| | ) |
| Debtor | ) |

COME NOW the debtors, Jonathan and Jodi Clausen, and submit the operating statement for Hair by Jodi. The statement covers the month of February, 2025.

Respectfully submitted this 13th day of March, 2025.

/s/ Rebecca J. Sheppard
Attorney for Debtor

- 1


## Sales Summary Report for hair by jodi
Date Range for 02/01/2025 to 02/28/2025
Generated on 03/03/2025

**Report pulled for Jodi Clausen**

| | |
|---|---:|
| **Gross Sales** | **$1,735.00** |
| Gross Service Sales | $1,735.00 |
| Gross Retail Sales | $0.00 |
| Gross Other Sales | $0.00 |
| Gross Cancellation Fees | $0.00 |
| Discounts & Comps | $0.00 |
| **Net Sales** | **$1,735.00** |
| Tax | $0.00 |
| Gratuity | $205.25 |
| Convenience Fees Paid By Client | $36.02 |
| Prepayments From Previous Periods | $0.00 |
| Prepayments For Future Sales | $0.00 |
| **Total Collected** | **$1,976.27** |
| Card | $1,476.27 |
| Cash | $500.00 |
| Payment Processing Fees Paid By Business | ($14.40) |
| Payment Processing Fees Paid By Client | ($36.02) |
| **Total Refunded** | **$0.00** |
| Payment Processing Fees Refunded to Business | $0.00 |
| **Net Total Collected** | **$1,925.85** |

All transactions and date cutoffs in this report are based on the timezone your account is located in.

Appointments that have not been checked out in your application and Gift Cards will not appear in this report.

This report is not intended for tax purposes as the report provides sales based on transaction date rather than payout posting date and may not be aligned with IRS timezones. Consult a tax professional to determine your specific tax requirements

Let the beauty of what you love be what you do. - Rumi





Expense Report for hair by jodi
Date Range for 02/01/2025 to 02/28/2025
Generated on 03/03/2025

Grouped by category

**Total Expenses: $431.27**

## Rent / Lease

| Vendor | Description | Date | Amount |
|---|---|---|---|
| Salon Vogue | Rent got out cash from bank 7/31 | 03/01/2025 | $375.00 |
| **Total** | | | **$375.00** |

## Inventory

| Vendor | Description | Date | Amount |
|---|---|---|---|
| Beauty Craft | | 02/26/2025 | $20.15 |
| Salon Centric | | 02/26/2025 | $36.12 |
| **Total** | | | **$56.27** |