CALEB A. HATCH (WSBA# 51292)　　　　　　HONORABLE FREDERICK P. CORBIT
LEE & HAYES, P.C.　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
601 W. Riverside Avenue, Suite 1400
Spokane, WA 99201
Phone: (509) 324-9256
Email: Caleb.Hatch@leehayes.com

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>Jonathan David Clausen<br><br>Jodi Lynn Clausen<br><br>　　　Debtors | Case No. 24-01739-FPC13<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

　　　To:　　Debtor

　　　To:　　Rebecca J. Sheppard, Debtor's Attorneys; and

　　　To:　　United States Trustee

　　　PLEASE TAKE NOTICE that Caleb A. Hatch of the law firm of Lee & Hayes, P.C., enters his appearance for **Hammerless Tools, LLC** a party in interest herein, pursuant to LBR 9010-1 and without waiving any objection as to jurisdiction or consenting to any adjudication by this Court.

　　　PURSUANT to FRBP 2002, 9007, and 9010, the undersigned requests that an entry be made on the clerk's matrix in this case and that all notice, given or required to be given, and all documents, served or required to be served in this case, be given to and served on the persons set forth below:

NOTICE OF APPEARANCE　　　　　　　　　　　　　　　　　　　　LEE & HAYES, P.C.
CALEB A. HATCH - 1　　　　　　　　　　　　　　　　　　　　　　601 West Riverside Avenue, Suite 1400
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Spokane, Washington 99201
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (509) 324-9256 Fax: (509) 323-8979

Caleb A. Hatch
Lee & Hayes, P.C.
601 W. Riverside Ave., Ste. 1400
Spokane WA 99201
Caleb.Hatch@leehayes.com
litigation@leehayes.com

The foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, all order, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, deliver, telephone, telex, telecopier or otherwise, and whether directed to parties in interest, generally or specifically. This request applies to documents served both before and after the last date on which a proof of claim may be filed.

DATED this 14th day of March, 2025.

/s/ Caleb A. Hatch
CALEB A. HATCH (WSBA# 51292)
LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, WA 99201
Phone: (509) 324-9256
Email: Caleb.Hatch@leehayes.com

*Attorneys for Hammerless Tools, LLC, interested party*

NOTICE OF APPEARANCE
CALEB A. HATCH - 2

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

24-01739-FPC13    Doc 75    Filed 03/14/25    Entered 03/14/25 10:44:28    Pg 2 of 2