**Fill in this information to identify the case:**

Debtor 1    Jonathan David Clausen

Debtor 2    Jodi Lynn Clausen
(Spouse, if filing)

United States Bankruptcy Court for the:    Eastern    District of   Washington
                                                   (State)

Case number    24-01739-FPC13

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**   WBL SPO I, LLC        **Court claim no.** (if known):   30-1

**Last 4 digits** of any number you use to
identify the debtor's account:    ____ ____ ____ ____

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: ____/____/_____

---

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 10/24/2024 to 2/28/2025 | (3) | $ 6,322.50 |
| 4. Filing fees and court costs | 1/3/2025 | (4) | $ 199.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | 2/14/2025 | (6) | $ 950.00 |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify: State Court Attorney Fees and Costs | 10/24/2024 to 3/31/2025 | (11) | $ 12,141.39 |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

24-01739-FPC13    Doc 79    Filed 04/18/25    Entered 04/18/25 15:14:06    Pg 1 of 22

## Part 2:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**✗** /s/ Darren R. Krattli _____    Date __4__ / __18__ / __2025__
      Signature

Print:    Darren              R.              Krattli _____    Title __Attorney, WSBA # 39128__
      First Name      Middle Name      Last Name

Company    Eisenhower Carlson PLLC _____

Address    909 A Street, Suite 600 _____
      Number      Street
      Tacoma, WA 98402
      City      State      ZIP Code

Contact phone    ( __253__ ) __620__ _ __2537__    Email __dkrattli@eisenhowerlaw.com__

CERTIFICATE OF SERVICE

I, Anthony M. Manibusan, declare as follows:

1.        I am a resident of the State of Washington.  I am over the age of 18 years and not a party to the within entitled cause.  I am employed by the law firm of Eisenhower Carlson PLLC, whose address is 909 A Street, Suite 600, Tacoma, Washington, 98402.

2.        On Friday, April 18, 2025, all parties requesting ECF notification as of April 18, 2025, were notified via ECF notification of the filing of the foregoing document.

3.        I declare under the penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Executed on this 18th day of April, 2025, in Tacoma, Washington.

_/s/ Anthony M. Manibusan_____
ANTHONY M. MANIBUSAN

# EXHIBIT A

# EISENHOWER CARLSON PLLC

**909 A Street Suite 600**
**Tacoma, Washington 98402**
Telephone: (253) 572-4500
Facsimile: (253) 272-5732

World Business Lenders, LLC
resolutioninvoices@wbl.com

April 16, 2025

Client ID 22527-1 DRK

Statement for period October 24, 2024 through February 28, 2025

**LEGAL SERVICES REGARDING:** Lilac City, LLC - LID 48529

## FEES

| Date | Description | T.K. | Hours | Amount |
|---|---|---|---|---|
| 12/04/24 | Emails with J.Murphy and other client contacts █████████ | DRK | 0.10 | $45.00 |
| 12/05/24 | Reviewed bankruptcy filings to date in preparation for 341 meeting and plan objection (0.6). Attended 341 meeting (0.6). Email to clients re same (0.1). | DRK | 1.30 | $585.00 |
| 12/06/24 | Received payoff statement from ██████. | DRK | 0.10 | $45.00 |
| 12/26/24 | Emails with A.Yalcinkaya re fees through filing date. | DRK | 0.10 | $45.00 |
| 12/30/24 | Emails with A.Yalcinkaya re ███████████ ████████████ Drafted proof of claim. Drafted objection to confirmation and supporting declaration. Drafted motion for relief from stay. Emails with J.Murphy re same. Filed proof of claim. | DRK | 5.20 | $2,340.00 |
| 12/31/24 | Finalized and filed objection to confirmation and motion for relief from stay. | DRK | 0.60 | $270.00 |
| 01/08/25 | Prepared for confirmation hearing (0.4). Attended hearing (0.4). Email to clients re results of same and recommendations moving forward (0.4). | DRK | 1.20 | $570.00 |
| 01/09/25 | Attended continued 341 hearing. | DRK | 0.50 | $237.50 |
| 01/13/25 | Received and reviewed objection to motion for relief. | DRK | 0.10 | $47.50 |
| 01/15/25 | Drafted reply brief. Emails with clients re █████████████ ███████████ | DRK | 1.10 | $522.50 |
| 01/17/25 | Phone call with Rebecca re required meet and confer prior to motion for relief hearing. | DRK | 0.10 | $47.50 |
| 01/21/25 | Phone calls with R.Sheppard re agreed resolution of motion for relief from stay. Attended hearing on motion. Email to clients re █████████ █████████. Emails with clients re █████████. Email to potential appraiser. | DRK | 1.30 | $617.50 |
| 02/05/25 | Phone call to potential appraisers re appraising Debtors' collateral. Emails with Randy Berg re same. | DRK | 0.40 | $190.00 |

# E I S E N H O W E R   C A R L S O N   P L L C

**909 A Street Suite 600**
**Tacoma, Washington 98402**
Telephone: (253) 572-4500
Facsimile: (253) 272-5732

World Business Lenders, LLC                                                          April 16, 2025

## FEES

| | | T.K. | Hours | Amount |
|---|---|---|---|---|
| 02/06/25 | Email from appraiser with price quote. Emails with clients re ███████ ███████. Attended continued 341 hearing. Email to ███████ ███████ Email to R.Sheppard (debtors' counsel) re access for appraisal. | DRK | 0.70 | $332.50 |
| 02/07/25 | Email from R.Sheppard re access for appraisal. | DRK | 0.10 | $47.50 |
| 02/10/25 | Emails with R.Berg re appraisal processing and timing. | DRK | 0.10 | $47.50 |
| 02/13/25 | Email from R.Berg re completion of appraisal and requirement for payment before turnover. | DRK | 0.10 | $47.50 |
| 02/20/25 | Emails with A.Yalcinkaya re status of insurance. Email to counsel for Clausen re same. | DRK | 0.10 | $47.50 |
| 02/21/25 | Received and reviewed appraisal. ███████████ ███ | DRK | 0.30 | $142.50 |
| 02/25/25 | Received and reviewed insurance documents. ███████ ███ | DRK | 0.20 | $95.00 |

**TOTAL FEES**                                                                                    **$6,322.50**

## COSTS AND EXPENSES

| | | Amount |
|---|---|---|
| 01/03/25 | Filing fees<br>United States Bankruptcy Court -<br>Motion for Relief From Stay Fee | $199.00 |
| 02/14/25 | Appraisal fees<br>Berg Appraisal Services, P.C. Invoice | $950.00 |

**TOTAL COSTS AND EXPENSES**                                                       **$1,149.00**

**TOTAL FEES AND COSTS**                                                             **$7,471.50**

# **EXHIBIT B**

# RAMSDEN, MARFICE, EALY & DE SMET, LLP
### ATTORNEYS AT LAW

P.O. Box 1336
Coeur d'Alene, ID 83816
Phone: 208-664-5818
www.rmedlaw.com

**INVOICE**

Invoice # 244497
Date: 11/14/2024
Due Date: 11/29/2024

World Business Lenders, LLC d/b/a WBL SPO I, LLC

## 18493

**World Business Lenders, LLC (Lilac City LLC LID 48529)**

### Services



| Timekeeper | Date | Description | Time | Rate | Total |
|---|---|---|---|---|---|



| | | | | | |
|---|---|---|---|---|---|
| JP | 10/28/2024 | Receipt/review Notice of Trustee's Sale. | 0.10 | $175.00 | $17.50 |
| JP | 10/28/2024 | Receipt/review Reply to Motion & Memo to Stay Enforcement. | 0.10 | $175.00 | $17.50 |
| MCN | 10/29/2024 | Review correspondences re: Chapter 13 filing by Clausens, review Chapter 13 Petition filed by Clausens and respond to J. Murphy re: ███████ | 0.70 | $325.00 | $227.50 |
| JP | 10/30/2024 | Receipt/review Judgment for Diamond Asphalt v. J. Clausen (.1). Receipt/review Declaration of Posting (███████████████████ .1). Receipt/review Notice of Continuance of Trustee's Sale (.1). | 0.40 | $175.00 | $70.00 |
| MCN | 10/30/2024 | Correspondence to Winston Cashett re: potential representation of WBL in Chapter 13. | 0.20 | $325.00 | $65.00 |
| MCN | 10/31/2024 | Correspondence with T. Pincock re: potential bankruptcy representation of WBL in Chapter 13. | 0.10 | $325.00 | $32.50 |
| | | | **Services Subtotal** | | **$4,712.50** |

## Expenses

| Date | Description | Total |
|---|---|---|
| ████████████ | | ██ |
| ████████████ | | ██ |
| | ████████ | ██ |



| Timekeeper | Time | Rate | Total |
|---|---|---|---|
| Matt Niemela | 12.4 | $325.00 | $4,030.00 |
| Jennifer Pratt | 1.2 | $175.00 | $210.00 |
| Renee Schoonover | 2.7 | $175.00 | $472.50 |
| | | **Subtotal** | **$4,718.00** |

24-01739-FPC13    Doc 79    Filed 04/18/25    Entered 04/18/25 15:14:06    Pg 9 of 22

## Interest

| Type | Date | Description | Total |
|------|------|-------------|-------|
| Interest | 11/30/2024 | Interest on overdue invoice #244497 | $23.27 |
| Interest | 12/30/2024 | Interest on overdue invoice #244497 | $46.53 |
| Interest | 01/29/2025 | Interest on overdue invoice #244497 | $46.53 |
| Interest | 02/28/2025 | Interest on overdue invoice #244497 | $46.53 |
| Interest | 03/30/2025 | Interest on overdue invoice #244497 | $46.53 |

| | |
|---|---|
| **Interest Subtotal** | **$209.39** |
| **Subtotal** | **$4,718.00** |
| **Interest** | **$209.39** |
| **Total** | **$4,927.39** |

## Statement of Account



Please make checks payable to **RMED** and reference your account number. Payments may also be made via credit card at rmedlaw.com/payment.

*Notice: We review our standard hourly fee rates every year. Recent inflationary pressures have materially increased the costs associated with providing high quality legal services. Accordingly, effective January 01, 2025 RME&D has implemented a modest increase to our standard hourly rates for attorneys and paralegal professionals. If you have any questions or concerns in this regard, please feel free to contact us and we will certainly discuss the same.

Please pay within 15 days. 12.0% simple annual interest will be charged every 30 days.



P.O. Box 1336
Coeur d'Alene, ID 83816
Phone: 208-664-5818
www.rmedlaw.com

World Business Lenders, LLC d/b/a WBL SPO I, LLC

## 18493

**World Business Lenders, LLC (Lilac City LLC LID 48529)**

| Timekeeper | Date | Description | Time | Rate | Total |
|---|---|---|---|---|---|
| MCN | 11/04/2024 | Review e-mail from J. Murphy re: ███████ correspondence with B. McDonnell re: potential representation in Chapter 13. | 0.40 | $325.00 | $130.00 |
| MCN | 11/07/2024 | Correspondences and call with D. Krattli re: ███████ | 0.70 | $325.00 | $227.50 |
| JP | 11/08/2024 | [Case No. 24-01739-FPC13] - Receipt/review Mtn to Enlarge Time to File Ch. 13 Schedules, Plan, and Other Documents and Notice (.1). Prepare NOA (.1). | 0.20 | $175.00 | $35.00 |
| JP | 11/14/2024 | Receipt/review Mtn for Extension of Time to File Appellant's Brief. | 0.10 | $175.00 | $17.50 |
| MCN | 11/18/2024 | Correspondence with D. Krattli re: ███████ (.1); ███████ (.6) and call with A. Occhino ███████ (.5); review and analyze ███████ 1); correspondences to WBL re: ███████ (.3). | 2.50 | $325.00 | $812.50 |
| JP | 11/19/2024 | [Case No. 405915] - Receipt/review Brief of Appellants, Jonathan Clausen and Lilac City, LLC. | 0.10 | $175.00 | $17.50 |
| MCN | 11/19/2024 | Review engagement agreement from D. Krattli's office and forward to J. Murphy (.2); review and suggest revisions to ███████ | 0.60 | $325.00 | $195.00 |
| JP | 11/20/2024 | [Case No. 24-01739-FPC13] - Finalize NOA. | 0.10 | $175.00 | $17.50 |
| JP | 11/20/2024 | [Case No. 24-01739-FPC13] - Efile NOA. | 0.10 | $175.00 | $17.50 |
| JP | 11/21/2024 | [Case No. 24-01739-FPC13] - Receipt/review Dkt. 17 - NOA. | 0.10 | $175.00 | $17.50 |
| JP | 11/22/2024 | Receipt/review letter from Client to ███████ | 0.10 | $175.00 | $17.50 |
| JP | 11/26/2024 | [Case No. 405915] - Receipt/review correspondence from The Court of Appeals re: deadlines for Appellant brief and Respondent brief. | 0.10 | $175.00 | $17.50 |
| JP | 11/26/2024 | [Case No. 24-01739] - Review docket and save missing pleadings. | 0.40 | $175.00 | $70.00 |
| MCN | 11/26/2024 | [Case No. 405915] - Begin draft of Appeal Brief - prepare introduction and fact section of brief with citations to record; prepare general brief outline. | 2.00 | $325.00 | $650.00 |

| Timekeeper | Time | Rate | Total |
|---|---|---|---|
| Matt Niemela | 6.2 | $325.00 | $2,015.00 |
| Jennifer Pratt | 1.3 | $175.00 | $227.50 |
| | | **Subtotal** | **$2,242.50** |

## Interest

| Type | Date | Description | Total |
|------|------|-------------|-------|
| Interest | 12/28/2024 | Interest on overdue invoice #245250 | $11.06 |
| Interest | 01/27/2025 | Interest on overdue invoice #245250 | $22.12 |
| Interest | 02/26/2025 | Interest on overdue invoice #245250 | $22.12 |
| Interest | 03/28/2025 | Interest on overdue invoice #245250 | $22.12 |

| | |
|---|---|
| **Interest Subtotal** | **$77.42** |
| **Subtotal** | **$2,242.50** |
| **Interest** | **$77.42** |
| **Total** | **$2,319.92** |

Please make checks payable to **RMED** and reference your account number. Payments may also be made via credit card at rmedlaw.com/payment.

*Notice: We review our standard hourly fee rates every year. Recent inflationary pressures have materially increased the costs associated with providing high quality legal services. Accordingly, effective January 01, 2025 RME&D has implemented a modest increase to our standard hourly rates for attorneys and paralegal professionals. If you have any questions or concerns in this regard, please feel free to contact us and we will certainly discuss the same.

Please pay within 15 days. 12.0% simple annual interest will be charged every 30 days.

# RAMSDEN, MARFICE, EALY & DE SMET, LLP
### ATTORNEYS AT LAW

P.O. Box 1336
Coeur d'Alene, ID 83816
Phone: 208-664-5818
www.rmedlaw.com

**INVOICE**

Invoice # 245837
Date: 01/14/2025
Due Date: 01/29/2025

World Business Lenders, LLC d/b/a WBL SPO I, LLC

## 18493

**World Business Lenders, LLC (Lilac City LLC LID 48529)**

| Timekeeper | Date | Description | Time | Rate | Total |
|---|---|---|---|---|---|
| JP | 12/02/2024 | [Case No. 24-01739-FPC13] - Receipt/review Claim 10 - Bill d/b/a Divvy. | 0.10 | $175.00 | $17.50 |
| JP | 12/03/2024 | [Case No. 24-01739-FPC13] - Receipt/review Dkt. 29 - Notice of Payment (.1); receipt/review Claim 9 - Proof of Claim (Idaho Central Credit Union) (.1); receipt/review Claim 11 - Proof of Claim (U.S. Small Business Administration); Claim 11 - Proof of Claim (Attachment) (.1); receipt/review Dkt. 30 - Objection to Confirmation (.1); receipt/review Dkt. 32 - Notice of Request for Annual Statement of Income and Expenditures and Tax Returns (.1); receipt/review Dkt. 31 - Trustee Financial Case Analysis (.1). | 0.60 | $175.00 | $105.00 |
| JP | 12/04/2024 | [Case No. 24-01739-FPC13] - Receipt/review Dkt. 33 - Objection to Confirmation (.1). Receipt/review Dkt. 34 - Notice of Request for Annual Statement of Income, Expenditures and Tax Returns (.1). | 0.20 | $175.00 | $35.00 |
| MCN | 12/04/2024 | Review and respond to correspondence from D. Krattli re: ▮▮▮▮▮ | 0.10 | $325.00 | $32.50 |
| MCN | 12/04/2024 | Prepare initial draft of argument ▮▮▮▮▮ | 1.30 | $325.00 | $422.50 |
| JP | 12/05/2024 | Receipt/review Claim 12 - Proof of Claim ▮▮▮▮▮ Prepare Monthly Litigation Report (.2). | 0.60 | $175.00 | $105.00 |
| MEJ | 12/05/2024 | Review/analyze email from V. Castro re: billing guidelines. | 0.10 | $395.00 | $39.50 |
| JP | 12/06/2024 | Email communications with D. Krattli ▮▮▮▮▮. | 0.10 | $175.00 | $17.50 |
| JP | 12/06/2024 | [Case No. 24-01739] - Receipt/review Claim 16 - ▮▮▮▮▮ | 0.30 | $175.00 | $52.50 |
| JP | 12/06/2024 | [Case No. 40591-5] - Prepare Mtn for Extension of Time. Research RAP 18.17 and RAP 18. | 0.60 | $175.00 | $105.00 |
| MCN | 12/09/2024 | Prepare Motion to Continue brief deadline; correspondence with Appellants' attorney re: extension; continue work on Appeal Brief. | 0.60 | $325.00 | $195.00 |
| MCN | 12/10/2024 | Prepare requested WBL litigation tracking report. | 0.10 | $325.00 | $32.50 |
| JP | 12/10/2024 | Read/review/edit/revise Motion for Extension of Time to File Respondents' Brief (.2). Efile Motion for Extension of Time to File Respondents' Brief (.1). Email the same to Client (.1). | 0.40 | $175.00 | $70.00 |
| JP | 12/12/2024 | [Case No. 24-01739-13] - Receipt/review Claim 19 - Proof of Claim (Sherwin-Williams) (.1); receipt/review Claim 20 - Proof of Claim (Fundbox, Inc.) (.1). | 0.20 | $175.00 | $35.00 |
| JP | 12/12/2024 | [Docket No. 405915] - Receipt/review conformed Mtn for Extension of Time to File Respondents' Brief. (.1). Receipt/review correspondence from Court of Appeals re: Respondents' Briefing Schedule (.1). | 0.20 | $175.00 | $35.00 |

24-01739-FPC13   Doc 79   Filed 04/18/25   Entered 04/18/25 15:14:06   Pg 13 of 22

| MCN | 12/13/2024 | Correspondence with D. Krattli re: ███████████ | 0.20 | $325.00 | $65.00 |
|-----|------------|----------------------------------------------|------|---------|--------|
| JP | 12/16/2024 | [Case No. 24-01739] - Receipt/review Claim 21 - Proof of Claim (IRS) (.1). Receipt/review Claim 22 - Proof of Claim (Fidelity Bank) (.1). Receipt/review Claim 23 - Proof of Claim (Regions Bank) (.1). | 0.30 | $175.00 | $52.50 |
| MCN | 12/17/2024 | ███████████████████████████████████████████ | 4.20 | $325.00 | $1,365.00 |
| JP | 12/18/2024 | [Case No. 24-01739-FPC13] - Receipt/review Dkt. 35 - Meeting of Creditors Adjourned (Continued). | 0.10 | $175.00 | $17.50 |
| JP | 12/19/2024 | [Case No. 24-01739-FPC13] - Receipt/review Dkt. 36 - Meeting of Creditors Adjourned (Continued). | 0.10 | $175.00 | $17.50 |
| MCN | 12/19/2024 | ███████████████████████████████████████████ | 2.10 | $325.00 | $682.50 |
| JP | 12/23/2024 | [Case No. 24-01739-FPC13] - Receipt/review Dkt. 37 - Objection to Confirmation of Chapter 13 Plan (.1). Receipt/review Claim 24 - Proof of Claim (Bank of America) (.1). Receipt/review Claim 25 - Proof of Claim (Bank of America) (.1). Receipt/review Claim 26 - Proof of Claim (Bank of America) (.1). Receipt/review Claim 27 - Proof of Claim (Nordstrom, Inc.) (.1). | 0.50 | $175.00 | $87.50 |
| MCN | 12/30/2024 | Review and respond to e-mail from D. Krattli re: ███████████ | 0.10 | $325.00 | $32.50 |
| JP | 12/30/2024 | [Case No. 24-01739] - Receipt/review Claim 28 - Proof of Claim (Providence) (.1); Claim 29 - Proof of Claim (Swift Financial, LLC) (.1). | 0.20 | $175.00 | $35.00 |

| Timekeeper | Time | Rate | Total |
|------------|------|------|-------|
| Marcus Johnson | 0.1 | $395.00 | $39.50 |
| Matt Niemela | 8.7 | $325.00 | $2,827.50 |
| Jennifer Pratt | 4.5 | $175.00 | $787.50 |
| | | **Subtotal** | **$3,654.50** |

## Interest

| Type | Date | Description | Total |
|------|------|-------------|-------|
| Interest | 01/30/2025 | Interest on overdue invoice #245837 | $18.02 |
| Interest | 03/01/2025 | Interest on overdue invoice #245837 | $36.04 |
| Interest | 03/31/2025 | Interest on overdue invoice #245837 | $36.04 |

| | |
|---|---|
| **Interest Subtotal** | **$90.10** |
| **Subtotal** | **$3,654.50** |
| **Interest** | **$90.10** |
| **Total** | **$3,744.60** |

## Statement of Account



Please make checks payable to **RMED** and reference your account number. Payments may also be made via credit card at rmedlaw.com/payment.

*Notice: We review our standard hourly fee rates every year. Recent inflationary pressures have materially increased the costs associated with providing high quality legal services. Accordingly, effective January 01, 2025 RME&D has implemented a modest increase to our standard hourly rates for attorneys and paralegal professionals. If you have any questions or concerns in this regard, please feel free to contact us and we will certainly discuss the same.

Please pay within 15 days. 12.0% simple annual interest will be charged every 30 days.

# RAMSDEN, MARFICE, EALY & DE SMET, LLP

ATTORNEYS AT LAW

P.O. Box 1336
Coeur d'Alene, ID 83816
Phone: 208-664-5818
www.rmedlaw.com

# INVOICE

Invoice # 246438
Date: 02/14/2025
Due Date: 03/01/2025

World Business Lenders, LLC d/b/a WBL SPO I, LLC

## 18493

World Business Lenders, LLC (Lilac City LLC LID 48529)

### Services

| Timekeeper | Date | Description | Time | Rate | Total |
|---|---|---|---|---|---|
| JP | 01/02/2025 | [Case No. 24-01739-FPC13] - Receipt/review Dkt. 38 - Amended Objection to Confirmation (.1). Receipt/review Dkt. 39 - Notice of Appearance and Request for Notices (.1). Receipt/review Claim 30 - Proof of Claim (World Business Lenders) (.1). Receipt/review Dkt. 40 - Amended Objection to Confirmation (.1). Receipt/review Dkt. 41 - Objection to Confirmation (.1). Receipt/review Dkt. 42 - Declaration of J. Murphy (.1). Receipt/review Dkt. 43 - World Business Lenders' Notice and Motion for Relief from Automatic Stay (.1). | 0.70 | $195.00 | $136.50 |
| JP | 01/03/2025 | [Case No. 24-01739-FPC13] - Receipt/review Dkt. 44 - Notice of Appearance (.1). Receipt/review Claim 31 - Proof of Claim (Diamond Asphalt Paving, Inc.) (.1). | 0.20 | $195.00 | $39.00 |
| MCN | 01/03/2025 | █████████████████████████████████████████████████████ | 3.00 | $350.00 | $1,050.00 |
| JP | 01/03/2025 | █████████████████████████████████████████████████████ | 0.90 | $195.00 | $175.50 |
| MCN | 01/06/2025 | [Case No. 405915] - Review and finalize initial draft of appeal brief/response to Division III and e-mail ███████████████████ to J. Murpy. | 1.10 | $350.00 | $385.00 |
| JP | 01/06/2025 | [Case No. 405915] - Read/review/edit/revise Respondents' Brief. | 3.80 | $195.00 | $741.00 |
| MCN | 01/08/2025 | [Case No. 405915] - Correspondence with World Business Lenders re: costs█ | 0.30 | $350.00 | $105.00 |
| MCN | 01/08/2025 | Review analysis and update e-mail from D. Krattli re: ██████████████████████ ██. | 0.20 | $350.00 | $70.00 |
| JP | 01/08/2025 | [Case No. 2024-01739] - Receipt/review Dkt. 45 - Audio File. | 0.10 | $195.00 | $19.50 |
| MCN | 01/09/2025 | [Case No. 405915] - Review and accept changes and update Respondents' brief following WBL changes and comments; correspondence with J. Murphy re: ██████████████. | 1.10 | $350.00 | $385.00 |
| JP | 01/09/2025 | [Case No. 405915] - Read/review/edit/revise redlines of Respondents' Brief. | 0.90 | $195.00 | $175.50 |
| BLE | 01/10/2025 | [Case No. 405915] - Review and revise respondent's brief (Appeal). | 0.50 | $350.00 | $175.00 |
| JP | 01/10/2025 | [Case No. 405915] - Receipt/review Notice of Continuance of Trustee's Sale. | 0.10 | $195.00 | $19.50 |
| MCN | 01/10/2025 | [Case No. 405915] - Review and revise table of contents for appeal brief. | 0.10 | $350.00 | $35.00 |
| JP | 01/10/2025 | [Case No. 405915] - Edit/revise/update Table of Contents and Table of Authorities in Respondents' Brief (1.0). Efile Respondents' Brief (.1). | 1.10 | $195.00 | $214.50 |
| JP | 01/10/2025 | [Case No. 24-01739-FPC13] - Receipt/review Dkt. 46 - Confirmation Hearing rescheduled. | 0.10 | $195.00 | $19.50 |

| | | | | | |
|---|---|---|---|---|---|
| JP | 01/13/2025 | [Case No. 405915] - Receipt/review conformed Brief of Respondents. | 0.10 | $195.00 | $19.50 |
| JP | 01/14/2025 | [Case No. 24-01739-FPC13] - Receipt/review Dkt. 47 - Debtors' Objection to Mtn for Relief from Stay (.1); receipt/review Dkt. 48 - Declaration of J. Clausen ISO Objection to Mtn for Relief from Stay (.1). | 0.20 | $195.00 | $39.00 |
| MCN | 01/15/2025 | Review WBL request for ▮▮▮▮▮▮▮▮. | 0.10 | $350.00 | $35.00 |
| MCN | 01/15/2025 | Review correspondences re: ▮▮▮▮▮▮▮▮ and correspondence with D. Krattli re: ▮▮▮▮▮▮. | 0.20 | $350.00 | $70.00 |
| JP | 01/15/2025 | [Case No. 24-01739-FPC13] - Receipt/review Proof of Claim - Aidvantage. | 0.10 | $195.00 | $19.50 |
| JP | 01/16/2025 | [Case No. 24-01739-FPC13] - Dkt. 50 - Receipt/review Reply ISO WBL's Mtn for Relief from Automatic Stay. | 0.10 | $195.00 | $19.50 |
| JP | 01/21/2025 | [Case No. 24-01739-PFC13] - Receipt/review Dkt. 52 - Creditor Diamon Asphalt Paving, Inc.'s Joinder in Motion for Relief from Automatic Stay (.1). Receipt/review Dkt. 53 - Audio File (.1). Receipt/review Dkt. 54 - Meeting of Creditors (Continued) (.1). | 0.30 | $195.00 | $58.50 |
| MCN | 01/21/2025 | Review correspondence from D. Krattli re ▮▮▮▮▮▮▮▮. | 0.10 | $350.00 | $35.00 |
| JP | 01/22/2025 | [Case No. 24-01739-FPC13] - Receipt/review Dkt. 55 - Minute Entry: Mtn for Relief from Stay. Held (.1). Receipt/review Dkt. 56 - Meeting of Creditors Adjourned (Continued) (.1). File maintenance: Update pleadings to reflect docket (.6). | 0.80 | $195.00 | $156.00 |
| JP | 01/23/2025 | [Case No. 24-01739-FPC13] - File maintenance: Update pleadings to reflect docket. | 1.70 | $195.00 | $331.50 |
| JP | 01/29/2025 | Receipt/review Notice of Discontinuance of Trustee's Sale (Instrument No. 7396474). | 0.10 | $195.00 | $19.50 |
| JP | 01/31/2025 | Prepare Litigation Tracking Report. | 0.20 | $195.00 | $39.00 |
| MCN | 01/31/2025 | Revise and finalize litigation expense tracking report. | 0.10 | $350.00 | $35.00 |
| | | | **Services Subtotal** | | **$4,622.50** |

## Expenses

| Date | Description | Total |
|---|---|---|
| 01/10/2025 | Paid delivery/mail expense. | $8.02 |
| | **Expenses Subtotal** | **$8.02** |

| Timekeeper | Time | Rate | Total |
|---|---|---|---|
| Brady Espeland | 0.5 | $350.00 | $175.00 |
| Matt Niemela | 6.3 | $350.00 | $2,205.00 |
| Jennifer Pratt | 11.5 | $195.00 | $2,242.50 |
| | | **Subtotal** | **$4,630.52** |

## Interest

| Type | Date | Description | Total |
|---|---|---|---|
| Interest | 03/02/2025 | Interest on overdue invoice #246438 | $22.84 |
| Interest | 04/01/2025 | Interest on overdue invoice #246438 | $45.67 |
| | | **Interest Subtotal** | **$68.51** |
| | | **Subtotal** | **$4,630.52** |

|         |            |
|---------|------------|
| **Interest** | **$68.51** |
| **Total** | **$4,699.03** |

## Statement of Account



Please make checks payable to **RMED** and reference your account number. Payments may also be made via credit card at rmedlaw.com/payment.

*Notice: We review our standard hourly fee rates every year. Recent inflationary pressures have materially increased the costs associated with providing high quality legal services. Accordingly, effective January 01, 2025 RME&D has implemented a modest increase to our standard hourly rates for attorneys and paralegal professionals. If you have any questions or concerns in this regard, please feel free to contact us and we will certainly discuss the same.

Please pay within 15 days. 12.0% simple annual interest will be charged every 30 days.



**INVOICE**

Invoice # 247008
Date: 03/14/2025
Due Date: 03/29/2025

P.O. Box 1336
Coeur d'Alene, ID 83816
Phone: 208-664-5818
www.rmedlaw.com

World Business Lenders, LLC d/b/a WBL SPO I, LLC

## 18493

**World Business Lenders, LLC (Lilac City LLC LID 48529)**

| Timekeeper | Date | Description | Time | Rate | Total |
|---|---|---|---|---|---|
| JP | 02/03/2025 | Forward email to World Business Lenders ▮▮▮▮ ▮▮▮▮ (.1). Receipt/review email from World Business Lenders re: ▮▮▮▮ ▮▮▮▮ (.1). | 0.20 | $195.00 | $39.00 |
| JP | 02/04/2025 | Forward email from World Business Lenders to Eisenhower Carlson PLLC re: ▮▮▮▮ | 0.10 | $195.00 | $19.50 |
| JP | 02/07/2025 | [Case No. 24-01739-FPC13] - Receipt/review Dkt. 57 - Meeting of Creditors held and concluded (.1); receipt/review Dkt. 58 - Ex Parte Motion for Order for Fed. R. P. 2004 Examination (.1); receipt/review Dkt. 59 - Order for Issuance of Subpoena Pursuant to Rules 2004 and 9016 (.1). (No Charge) | 0.30 | $0.00 | $0.00 |
| MCN | 02/11/2025 | Appeal - Review Reply Brief of Appellant, analyze the same and e-e-mail ▮▮▮▮ to J. Murphy ▮▮▮▮. | 0.50 | $350.00 | $175.00 |
| JP | 02/12/2025 | [Case No. 405915] - Receipt/review Reply Brief of Appellants (.1). Receipt/review Transmittal Information re: Reply Brief of Appellants (.1). | 0.20 | $195.00 | $39.00 |
| JP | 02/12/2025 | [Case No. 24-2-00722-32] - Efile Notice of Withdrawal of Counsel (.1). Email the same to opposing Counsel and Client (.1). (No Charge) | 0.20 | $0.00 | $0.00 |
| JP | 02/13/2025 | [Case No. 24-01739-FPC13] - Receipt/review Claim 21 - Proof of Claim (IRS). (No Charge) | 0.10 | $0.00 | $0.00 |
| JP | 02/14/2025 | [Case No. 24-2-00722-32] - Receipt/review/conformed Notice of Withdrawal of Counsel. (No Charge) | 0.10 | $0.00 | $0.00 |
| JP | 02/18/2025 | [Case No. 24-01739-FPC13] - Receipt/review Dkt. 60 - Order for Issuance of Subpoena Pursuant to Rules 2004 and 9016 (.1); receipt/review Dkt. 61 - Operating Statement for Hair by Jodi (.1). (No Charge) | 0.20 | $0.00 | $0.00 |

| Timekeeper | Time | Rate | Total |
|---|---|---|---|
| Matt Niemela | 0.5 | $350.00 | $175.00 |
| Jennifer Pratt | 0.5 | $195.00 | $97.50 |
| Jennifer Pratt | 0.9 | $0.00 | $0.00 |
| | | **Subtotal** | **$272.50** |

## Interest

| Type | Date | Description | Total |
|---|---|---|---|
| Interest | 03/30/2025 | Interest on overdue invoice #247008 | $1.34 |

24-01739-FPC13    Doc 79    Filed 04/18/25    Entered 04/18/25 15:14:06    Pg 19 of 22

|  | **Interest Subtotal** | $1.34 |
|---|---|---|
|  | **Subtotal** | $272.50 |
|  | **Interest** | $1.34 |
|  | **Total** | $273.84 |

## Statement of Account



Please make checks payable to **RMED** and reference your account number. Payments may also be made via credit card at rmedlaw.com/payment.

*Notice: We review our standard hourly fee rates every year. Recent inflationary pressures have materially increased the costs associated with providing high quality legal services. Accordingly, effective January 01, 2025 RME&D has implemented a modest increase to our standard hourly rates for attorneys and paralegal professionals. If you have any questions or concerns in this regard, please feel free to contact us and we will certainly discuss the same.

Please pay within 15 days. 12.0% simple annual interest will be charged every 30 days.



**INVOICE**

Invoice # 247621
Date: 04/14/2025
Due Date: 04/29/2025

P.O. Box 1336
Coeur d'Alene, ID 83816
Phone: 208-664-5818
www.rmedlaw.com

World Business Lenders, LLC d/b/a WBL SPO I, LLC

## 18493

**World Business Lenders, LLC (Lilac City LLC LID 48529)**

| Timekeeper | Date | Description | Time | Rate | Total |
|---|---|---|---|---|---|
| MCN | 03/04/2025 | Review ▆▆▆▆▆ and forward to J. Murphy and A. Ochino. | 0.20 | $350.00 | $70.00 |
| JP | 03/05/2025 | [Case No. 24-01739-FPC13] - Receipt/review Dkt. 62 - Withdrawal re: Objection to Confirmation of Plan. | 0.10 | $195.00 | $19.50 |
| JP | 03/07/2025 | [Case No. 40591-5 and 24-2-00722-32] - File maintenance: Update pleadings to reflect docket. | 0.40 | $195.00 | $78.00 |
| JP | 03/11/2025 | [Case No. 24-01739-FPC13] - Receipt/review Dkt. 64 - Declaration of R. Berg (.1); receipt/review Dkt. 63 - Supplemental Brief in Support of WBL's Motion for Relief from Automatic Stay and Objection to Confirmation (.1); receipt/review Dkt. 65 - Proof of Service (.1); receipt/review Dkt. 66 - Amended Objection to Confirmation (.1); receipt/review Dkt. 67 - Motion to Avoid Non-Consensual Judgment Lien of Swift Financial and Notice Thereof (.1); receipt/review Dkt. 68 - Certificate of Service (.1); receipt/review Dkt. 70 - Certificate of Service (.1); receipt/review Dkt. 71 - Operating Statement for AR-TT LLC (.1); receipt/review Dkt. 72 - Operating Statement for Lilac City, LLC (.1). | 0.90 | $195.00 | $175.50 |
| JP | 03/13/2025 | [Case No. 24-01739-FPC13] - Receipt/review Dkt. 73 - Certificate of Service (.1); receipt/review Dkt. 74 - Operating Statement for Hair by Jodi (.1). | 0.20 | $195.00 | $39.00 |
| MCN | 03/18/2025 | Correspondence with WBL re: ▆▆▆▆▆. | 0.20 | $350.00 | $70.00 |
| MCN | 03/19/2025 | Review and respond to e-mail to L. Vaquelli re: ▆▆▆▆▆. | 0.10 | $350.00 | $35.00 |
| JP | 03/19/2025 | [Case No. 24-01739-FPC13] - Receipt/review Notice of Appearance and Request for Special Notice (.1). Receipt/review Dkt. 76 - Audio File (.1). | 0.20 | $195.00 | $39.00 |
| JP | 03/24/2025 | [Case No. 24-01739-FPC13] - Receipt/review Dkt. 77 - Minute entry re: continued confirmation hearing. | 0.10 | $195.00 | $19.50 |
| JP | 03/27/2025 | [Case No. 24-01739-FPC13] - Receipt/review Dkt. 78 - Swift Financial's Response to Mtn to Avoid non-Consensual Judgment Lien. | 0.10 | $195.00 | $19.50 |
| JP | 03/28/2025 | Prepare Litigation Tracking Report. | 0.20 | $195.00 | $39.00 |
| MCN | 03/31/2025 | Review and respond to email from A. Yalcinkaya re: ▆▆▆▆▆ ▆▆▆▆▆. | 0.20 | $350.00 | $70.00 |

| | Timekeeper | Time | Rate | Total |
|---|---|---|---|---|
| | Matt Niemela | 0.7 | $350.00 | $245.00 |
| | Jennifer Pratt | 2.2 | $195.00 | $429.00 |
| | | | **Subtotal** | **$674.00** |
| | | | **Total** | **$674.00** |

24-01739-FPC13    Doc 79    Filed 04/18/25    Entered 04/18/25 15:14:06    Pg 21 of 22

**Statement of Account**



Please make checks payable to **RMED** and reference your account number. Payments may also be made via credit card at rmedlaw.com/payment.

*Notice: We review our standard hourly fee rates every year. Recent inflationary pressures have materially increased the costs associated with providing high quality legal services. Accordingly, effective January 01, 2025 RME&D has implemented a modest increase to our standard hourly rates for attorneys and paralegal professionals. If you have any questions or concerns in this regard, please feel free to contact us and we will certainly discuss the same.

Please pay within 15 days. 15.0% simple annual interest will be charged every 30 days.