| Fill in this information to identify your case and this filing: | |
|---|---|
| Debtor 1 | **Jonathan** **David** **Clausen** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse, if filing) | **Jodi** **Lynn** **Clausen** |
| | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WASHINGTON |
| Case number | 24-01739-13 |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

   1.1
   **12918 N Norman Rd.**
   Street address, if available, or other description

   **Spokane** **WA** **99217-0000**
   City / State / ZIP Code

   **Spokane**
   County

   **What is the property?** Check all that apply
   ☒ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☒ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $1,105,000.00 | $1,105,000.00 |

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   **Fee simple**

   ☒ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number:

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..................................................................=>** | **$1,105,000.00** |

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: **Ford** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|
| | Model: **F350** | ☐ Debtor 1 only | |
| | Year: **2020** | ☐ Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| | Approximate mileage: **60,000** | ■ Debtor 1 and Debtor 2 only | |
| | Other information: | ☐ At least one of the debtors and another | |
| | | ■ Check if this is community property (see instructions) | $51,157.00         $51,157.00 |

| 3.2 | Make: **Landrover** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|
| | Model: **Range Rover** | ☐ Debtor 1 only | |
| | Year: **2016** | ☐ Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| | Approximate mileage: **106,000** | ■ Debtor 1 and Debtor 2 only | |
| | Other information: | ☐ At least one of the debtors and another | |
| | | ■ Check if this is community property (see instructions) | $22,966.00         $22,966.00 |

| 3.3 | Make: **Suzuki** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|
| | Model: **250 ATV** | ☐ Debtor 1 only | |
| | Year: **2001** | ☐ Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| | Approximate mileage: | ■ Debtor 1 and Debtor 2 only | |
| | Other information: | ☐ At least one of the debtors and another | |
| | | ■ Check if this is community property (see instructions) | $1,500.00         $1,500.00 |

| 3.4 | Make: **KTM** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|
| | Model: **dirt bike** | ☐ Debtor 1 only | |
| | Year: **2019** | ☐ Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| | Approximate mileage: | ■ Debtor 1 and Debtor 2 only | |
| | Other information: | ☐ At least one of the debtors and another | |
| | | ■ Check if this is community property (see instructions) | $3,000.00         $3,000.00 |

| 3.5 | Make: **Polaris** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|
| | Model: **450 ATV** | ☐ Debtor 1 only | |
| | Year: **2006** | ☐ Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| | Approximate mileage: | ■ Debtor 1 and Debtor 2 only | |
| | Other information: | ☐ At least one of the debtors and another | |
| | | ■ Check if this is community property (see instructions) | $1,800.00         $1,800.00 |

Debtor 1  **Jonathan David Clausen**
Debtor 2  **Jodi Lynn Clausen**                                                Case number *(if known)* **24-01739-13**

3.6 Make: **Kawasaki**
    Model: **KX65**
    Year: **2009**
    Approximate mileage:
    Other information:

   **Who has an interest in the property?** Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ■ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ■ Check if this is community property
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   **Current value of the entire property?** $900.00
   **Current value of the portion you own?** $900.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ■ Yes

   4.1 Make: **off-road**
       Model: **trailer**
       Year:
       Other information:

   **Who has an interest in the property?** Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ■ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ■ Check if this is community property
   (see instructions)

   **Current value of the entire property?** $400.00
   **Current value of the portion you own?** $400.00

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................=>   **$81,723.00**

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   bedroom furniture $300, 2 safes $1,100, main floor furnishings (living room, dining room )$500, kitchen appliances & cookware $1000, home office $800, game tables $100, basement furnishings $700, vault door $500, decor & collectables $2000, garage tools $2500, lawn tools $1000, garage racking $400

   **$10,900.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   PS5, XBox, televisions

   **$1,000.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

Official Form 106A/B                    Schedule A/B: Property                    page 3

24-01739-FPC13   Doc 82   Filed 05/09/25   Entered 05/09/25 13:35:29   Pg 3 of 12

| Debtor 1 | **Jonathan David Clausen** | | |
|---|---|---|---|
| Debtor 2 | **Jodi Lynn Clausen** | Case number *(if known)* | **24-01739-13** |

9. **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ☐ No
    ■ Yes. Describe.....

| **sporting equipment** | **$4,000.00** |
|---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

| **Ruger 5.56 $450, Troy 5.56 $600, 3Shadow Systems 9mm handguns $1,500, Glock 17 $350, Derringer 45 long colt $250, custom AR-15 $750, Ruger 300 bulk out Precesion $300, Springfield Saint 300 $600, Weatherby 6.5 prc $550, Zastava AK-47 $650, Ruger 9mm LCR $200, Remington 700 30-06 $800, Remington 700 264 win mag $800, misc. firearm accessories $3,000** | **$10,800.00** |
|---|---|

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| **wardrobes** | **$1,000.00** |
|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

| **wedding rings** | **$800.00** |
|---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

| **7 chickens** | **$0.00** |
|---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..............................................................................  **$28,500.00**

| Part 4: | **Describe Your Financial Assets** |
|---|---|
| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

24-01739-FPC13    Doc 82    Filed 05/09/25    Entered 05/09/25 13:35:29    Pg 4 of 12

| Debtor 1 | **Jonathan David Clausen** | | |
|---|---|---|---|
| Debtor 2 | **Jodi Lynn Clausen** | Case number *(if known)* | **24-01739-13** |

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................                Institution name:

    | | 17.1. | **Checking** | **Numerica** | $0.00 |
    |---|---|---|---|---|
    | | 17.2. | **Savings** | **Numerica** | $52.72 |
    | | 17.3. | **Checking** | **ICCU** | $451.19 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................                Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes. Give specific information about them...................
    
    | Name of entity: | % of ownership: | | |
    |---|---|---|---|
    | **Debtors own and operate Lilac City, LLC. The LLC's debts exceed far exceed any tangible assets resulting in no value to the bankruptcy estate.** | **100** | % | $0.00 |
    | **Debtors own and operate AR-TT, LLC. From a balance sheet perspective, the LLC's value to the bankrutpcy estate is $18,922.** | **100** | % | $18,922.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                        Type of account:         Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................                Institution name or individual:

| | | |
|---|---|---|
| Debtor 1 | **Jonathan David Clausen** | |
| Debtor 2 | **Jodi Lynn Clausen** | Case number *(if known)* **24-01739-13** |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............       Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............       Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☐ No
    ■ Yes. Give specific information..

| | |
|---|---|
| Debtors have a $10,000 refund claim for legal fees which they advanced for work never performed. Debtors believe this to be uncollectible becasue the attorney to which they paid these fees has filed bankruptcy. | **$0.00** |
| Bond refund due to Debtors held by the Spokane County Clerk on the petition date. Refund was issued to Debtors on or about 4/30/25. | **$5,178.75** |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
          Company name:       Beneficiary:       Surrender or refund value:

| Debtor 1 | **Jonathan David Clausen** | | |
|---|---|---|---|
| Debtor 2 | **Jodi Lynn Clausen** | Case number *(if known)* | **24-01739-13** |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No
☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☐ No
■ Yes. Describe each claim.........

| | |
|---|---|
| **Debtors are involved in litigation against Enterprise Leasing Company, LLC for conversion of property and loss of business use. The complaint seeks damages of $154,020.80 but the actual value of the claim will not be known until final disposition of the case. In the event Debtors realize any settlement or award, they will amend this schedule accordingly. The complaint was filed on 2/7/24 in the District Court of Clark County, Nevada, Case No. A-24-886638-C.** | **Unknown** |

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☐ No
■ Yes. Describe each claim.........

| | |
|---|---|
| **Debtors have possible legal malpractice claims against 2 former attorneys. To date they have not hired counsel to pursue the potential claims.** | **Unknown** |
| **Debtors have potential claims against Bank of America and Spokane Teachers Credit Union for allowing fraudulent ACH withdrawals from their accounts. While debtors believe they have valid claims, the reality is that the claims are not collectible.** | **Unknown** |
| **Debtors have a claim against Gunbroker.com for funds erroneously deducted from their bank account to pay sales tax which was not due. Debtors believe this to be uncollectible.** | **$0.00** |
| **Debtors have potential claims against Facebook and Instagram for (but not limited to) fraud and identity theft. While Debtors believe they have valid claims, the reality is that the claims are not collectible.** | **Unknown** |
| **Debtors have a potential claim against AIG Insurance relating to an identity theft insurance policy debtors purchased through Experian.** | **Unknown** |
| **Debtors may be owed a refund by World Business Lenders for interest paid over the term of a loan which may have been made in violation of WA law. The issue is currently on appeal in Division III of the WA Court of Appeals.** | **Unknown** |

**35. Any financial assets you did not already list**
■ No

Official Form 106A/B                Schedule A/B: Property                page 7

24-01739-FPC13    Doc 82    Filed 05/09/25    Entered 05/09/25 13:35:29    Pg 7 of 12

| Debtor 1 | Jonathan David Clausen | | |
|---|---|---|---|
| Debtor 2 | Jodi Lynn Clausen | Case number *(if known)* | 24-01739-13 |

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.**...................................................................................................  **$24,604.66**

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☒ No. Go to Part 6.
    ☐ Yes. Go to line 38.

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☒ No. Go to Part 7.
    ☐ Yes. Go to line 47.

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☒ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................  **$0.00**

### Part 8: List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........................................................................................................ | | $1,105,000.00 |
| 56. | **Part 2: Total vehicles, line 5** | $81,723.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $28,500.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $24,604.66 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $134,827.66 | Copy personal property total  $134,827.66 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | $1,239,827.66 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Jonathan David Clausen | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | Jodi Lynn Clausen | |
| | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WASHINGTON | |
| Case number (if known) | 24-01739-13 | |

☐ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **12918 N Norman Rd. Spokane, WA 99217 Spokane County**<br>Line from *Schedule A/B*: **1.1** | $1,105,000.00 | ☐ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code §§ 6.13.010, 6.13.020, 6.13.030** |
| **2020 Ford F350 60,000 miles**<br>Line from *Schedule A/B*: **3.1** | $51,157.00 | ☒ $5,440.80<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code § 6.15.010(1)(d)(iv)** |
| **2016 Landrover Range Rover 106,000 miles**<br>Line from *Schedule A/B*: **3.2** | $22,966.00 | ☒ $10,639.74<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code § 6.15.010(1)(d)(iv)** |
| **2001 Suzuki 250 ATV**<br>Line from *Schedule A/B*: **3.3** | $1,500.00 | ☒ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code § 6.15.010(1)(d)(ii)** |
| **2019 KTM dirt bike**<br>Line from *Schedule A/B*: **3.4** | $3,000.00 | ☒ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code § 6.15.010(1)(d)(ii)** |

| Debtor 1 | Jonathan David Clausen | | | |
|---|---|---|---|---|
| Debtor 2 | Jodi Lynn Clausen | | Case number (if known) | **24-01739-13** |

| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** <br> Copy the value from *Schedule A/B* | **Amount of the exemption you claim** <br> *Check only one box for each exemption.* | | **Specific laws that allow exemption** |
|---|---|---|---|---|
| **2006 Polaris 450 ATV** <br> Line from *Schedule A/B*: **3.5** | $1,800.00 | ■ | $1,800.00 | **Wash. Rev. Code §** <br> **6.15.010(1)(d)(ii)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2009 Kawasaki KX65** <br> Line from *Schedule A/B*: **3.6** | $900.00 | ■ | $900.00 | **Wash. Rev. Code §** <br> **6.15.010(1)(d)(ii)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **off-road trailer** <br> Line from *Schedule A/B*: **4.1** | $400.00 | ■ | $400.00 | **Wash. Rev. Code §** <br> **6.15.010(1)(d)(ii)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **bedroom furniture $300, 2 safes $1,100, main floor furnishings (living room, dining room )$500, kitchen appliances & cookware $1000, home office $800, game tables $100, basement furnishings $700, vault door $500, decor & collectables $2000, garage tools $2** <br> Line from *Schedule A/B*: **6.1** | $10,900.00 | ■ | $10,900.00 | **Wash. Rev. Code §** <br> **6.15.010(1)(d)(i)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **PS5, XBox, televisions** <br> Line from *Schedule A/B*: **7.1** | $1,000.00 | ■ | $1,000.00 | **Wash. Rev. Code §** <br> **6.15.010(1)(d)(i)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **sporting equipment** <br> Line from *Schedule A/B*: **9.1** | $4,000.00 | ■ | $4,000.00 | **Wash. Rev. Code §** <br> **6.15.010(1)(d)(ii)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Ruger 5.56 $450, Troy 5.56 $600, 3Shadow Systems 9mm handguns $1,500, Glock 17 $350, Derringer 45 long colt $250, custom AR-15 $750, Ruger 300 bulk out Precesion $300, Springfield Saint 300 $600, Weatherby 6.5 prc $550, Zastava AK-47 $650, Ruger 9mm LCR $2** <br> Line from *Schedule A/B*: **10.1** | $10,800.00 | ■ | $8,400.00 | **Wash. Rev. Code §** <br> **6.15.010(1)(d)(ii)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **wardrobes** <br> Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ | $1,000.00 | **Wash. Rev. Code §** <br> **6.15.010(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **wedding rings** <br> Line from *Schedule A/B*: **12.1** | $800.00 | ■ | $800.00 | **Wash. Rev. Code §** <br> **6.15.010(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

| Debtor 1 | **Jonathan David Clausen** | | |
|---|---|---|---|
| Debtor 2 | **Jodi Lynn Clausen** | Case number (if known) | **24-01739-13** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Jonathan David Clausen** |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse if, filing) | **Jodi Lynn Clausen** |
| | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WASHINGTON |
| Case number (if known) | 24-01739-13 |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules   12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Jonathan David Clausen**
**Jonathan David Clausen**
Signature of Debtor 1

Date **May  9, 2025**

X **/s/ Jodi Lynn Clausen**
**Jodi Lynn Clausen**
Signature of Debtor 2

Date **May  9, 2025**

Official Form 106Dec                              **Declaration About an Individual Debtor's Schedules**

24-01739-FPC13    Doc 82    Filed 05/09/25    Entered 05/09/25 13:35:29    Pg 12 of 12