Sheppard Law Office, PC
16114 E Indiana Ste. 205
Spokane Valley, WA  99216
509-443-3014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

CLAUSEN, JONATHAN D.

CLAUSEN, JODI L.

Debtor.

Case No.: 24-01739-FPC13

DECLARATION OF DEBTORS IN SUPPORT OF AMENDED SCHEDULES

We, Jonathan and Jodi Clausen, certify and declare, under oath, as follows:

1. We are citizens of the United States of America, over eighteen (18) years of age, and are competent to make this declaration. The statements contained in this declaration are based upon our personal knowledge. We would reaffirm and restate these statements in any proceeding.

2. On October 4, 2024, after months of litigation, we filed a motion in Superior Court to stay a foreclosure sale pending appeal. The foreclosure sale was scheduled for October 25, 2024, and on October 18, 2024, the trial court granted the stay on the condition that we post a bond of $241,778 by October 24, 2024; this proved impossible. Unable to post the required bond, we had four (4) business days secure representation and file for bankruptcy to stay the foreclosure.

3. We prepared our originally filed bankruptcy schedules to the best of our ability and with the information available at the time; our accountant was running for state-wide office and was entirely unavailable to assist. Admittedly, we failed to keep our business

Declaration of Debtors  -1

records in good order. Under enormous pressure, we prepared balance sheets for our LLCs to the best of our ability and in the way we believed to be accurate. It was not until the 2025 tax season was over that our accountant had an opportunity to review and revise the balance sheets which we now know were grossly inaccurate.

4. It is for the reasons above that we have amended our bankruptcy schedules to reflect the accurate valuations of our LLCs as of the petition date. The balance sheets for Lilac City, LLC and AR-TT, LLC are attached hereto as Exhibits A and B, respectively.

Dated: 5/9/25                           /s/ Jonathan D. Clausen
                                        Jonathan D. Clausen, Debtor


Dated: 5/9/25                           /s/ Jodi L. Clausen
                                        Jodi L. Clausen, Debtor

Declaration of Debtors -2

# EXHIBIT A

# Lilac City LLC

# Balance Sheet

# As of October 31, 2024

**Assets**

**Current Assets**

| | |
|---|---|
| Cash | $792.01 |
| Accounts Receivable - Geno | $425,000.00 |
| Accounts Receivable - Italian Kitchen | $2,300.00 |
| Less: Allowance for Doubtful Accounts | ($425,000.00) |
| Total Accounts Receivable | $2,300.00 |
| Total Current Assets | $3,092.01 |

**Property and Equipment**

| | |
|---|---|
| 2020 Ford F350 | $79,325.00 |
| 2006 GMC Savannah | $3,500.00 |
| Tools & Small Equipment | $24,450.00 |
| Less: Accumulated Depreciation | ($107,275.00) |
| Total Property and Equipment | $0.00 |
| | |
| Total Assets | $3,092.01 |

**Liabilities and Stockholders' Equity**

**Liabilities**

| | |
|---|---|
| Sales Tax Payable | $95,577.68 |
| AMEX | $107,512.34 |
| Bank of America | $63,040.00 |
| WBL SPO1 LLC | $536,235.80 |
| SimplyFunding | $37,000.00 |
| Divvy Credit Card | $118,000.00 |
| Labor & Industries | $22,400.00 |
| Paint Store Debts | $8,500.00 |
| Total Liabilities | $988,265.82 |

*Cash Basis*

# Lilac City LLC
# Balance Sheet
# As of October 31, 2024

**Stockholders' Equity**

| | |
|---|---|
| Retained Earnings | ($904,192.21) |
| Shareholder Distributions | ($171,062.42) |
| Net Income | $90,080.82 |
| Total Equity | ($985,173.81) |
| | |
| Total Liabilities and Stockholders' Equity | $3,092.01 |

*Cash Basis*

# EXHIBIT B

# ARTT LLC

## Balance Sheet (Cash Basis)

### As of October 31, 2024

**Assets**

| | |
|---|---|
| Cash | $7,211.00 |
| Accounts Receivable | $26,411.00 |
| Inventory | $110,000.00 |
| Total Assets | $143,622.00 |

**Liabilities**

| | |
|---|---|
| Shipify Capital | $1,700.00 |
| Swift Financial Judgement | $123,000.00 |
| Total Liabilities | $124,700.00 |

**Equity**

| | |
|---|---|
| Net Income | $45,563.86 |
| Retained Earnings | ($26,641.86) |
| Total Equity | $18,922.00 |
| | |
| Total Liabilities and Equity | $143,622.00 |

*Cash Basis*