Sheppard Law Office, PC
16114 E Indiana Ste. 205
Spokane Valley, WA 99216
509-443-3014
509-443-3015 fax

Honorable Frederick P. Corbit

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In Re:

CLAUSEN, JONATHAN D.

CLAUSEN, JODI L.

    Debtors

Case No.: 24-01739-FPC13

NOTICE OF DEBTORS' AMENDMENT TO SCHEDULE C EXEMPTIONS

TO:     UNITED STATES TRUSTEE

AND TO:     CHAPTER 13 TRUSTEE

AND TO:     ALL CREDITORS AND PARTIES-IN-INTEREST

**NOTICE IS GIVEN** that the above-named debtor(s) has filed with the US Bankruptcy Court an *Amended Schedule C*, the property claimed as exempt; a copy of the amended schedule accompanies this notice. You are further notified that any objection or other response to the list of property claimed as exempt must be filed with the Clerk of the US Bankruptcy Court within thirty (30) days from the date of this notice at the following address: 904 W Riverside Ave., Ste. 304, Spokane, WA 99201 or by mail at: PO Box 2164, Spokane, WA 99210.

Dated this 9th day of May, 2025.

/s/ Rebecca J. Sheppard
Rebecca J. Sheppard, WSBA# 40220
Attorney for Debtor(s)

Notice of Amendment to Schedule C--1

# Official Form 106C
# Schedule C: The Property You Claim as Exempt

4/22

**Fill in this information to identify your case:**

Debtor 1: Jonathan David Clausen
Debtor 2: Jodi Lynn Clausen
United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON
Case number (if known): 24-01739-13

☒ Check if this is an amended filing

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| 12918 N Norman Rd. Spokane, WA 99217 Spokane County<br>Line from Schedule A/B: **1.1** | $1,105,000.00 | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code §§ 6.13.010, 6.13.020, 6.13.030 |
| 2020 Ford F350 60,000 miles<br>Line from Schedule A/B: **3.1** | $51,157.00 | ☒ $5,440.80<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(d)(iv) |
| 2016 Landrover Range Rover 106,000 miles<br>Line from Schedule A/B: **3.2** | $22,966.00 | ☒ $10,639.74<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(d)(iv) |
| 2001 Suzuki 250 ATV<br>Line from Schedule A/B: **3.3** | $1,500.00 | ☒ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(d)(ii) |
| 2019 KTM dirt bike<br>Line from Schedule A/B: **3.4** | $3,000.00 | ☒ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(d)(ii) |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **2006 Polaris 450 ATV**<br>Line from Schedule A/B: **3.5** | $1,800.00 | ■ $1,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(d)(ii) |
| **2009 Kawasaki KX65**<br>Line from Schedule A/B: **3.6** | $900.00 | ■ $900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(d)(ii) |
| **off-road trailer**<br>Line from Schedule A/B: **4.1** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(d)(ii) |
| **bedroom furniture $300, 2 safes $1,100, main floor furnishings (living room, dining room )$500, kitchen appliances & cookware $1000, home office $800, game tables $100, basement furnishings $700, vault door $500, decor & collectables $2000, garage tools $2**<br>Line from Schedule A/B: **6.1** | $10,900.00 | ■ $10,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(d)(i) |
| **PS5, XBox, televisions**<br>Line from Schedule A/B: **7.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(d)(i) |
| **sporting equipment**<br>Line from Schedule A/B: **9.1** | $4,000.00 | ■ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(d)(ii) |
| **Ruger 5.56 $450, Troy 5.56 $600, 3Shadow Systems 9mm handguns $1,500, Glock 17 $350, Derringer 45 long colt $250, custom AR-15 $750, Ruger 300 bulk out Precesion $300, Springfield Saint 300 $600, Weatherby 6.5 prc $550, Zastava AK-47 $650, Ruger 9mm LCR $2**<br>Line from Schedule A/B: **10.1** | $10,800.00 | ■ $8,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(d)(ii) |
| **wardrobes**<br>Line from Schedule A/B: **11.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(a) |
| **wedding rings**<br>Line from Schedule A/B: **12.1** | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(a) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes