Sheppard Law Office, PC
16114 E Indiana Ste. 205
Spokane Valley, WA 99216
509-443-3014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

CLAUSEN, JONATHAN D.

CLAUSEN, JODI L.

Debtor.

) Case No.: 24-01739-FPC13
)
) DECLARATION OF DALE
) WHITAKER, ENROLLED AGENT,
) IN SUPPORT OF REVISED
) FINANCIAL STATEMENTS

I, Dale Whitaker, certify and declare, under oath, as follows:

1. I am a citizen of the United States of America over eighteen (18) years of age and I am competent to make this declaration. The statements contained in this declaration are based upon my personal knowledge. I would reaffirm and restate these statements in any proceeding.

2. I have a BA in accounting from Ashford University, am an IRS Enrolled Agent, and have worked in the accounting industry for the last sixteen (16) years. I was employed at various local CPA firms prior to starting my own firm in 2018.

3. I have worked with Mr. and Mrs. Clausen for approximately nine (9) years and am familiar with their business records. I was not able to be involved in the initial production of their businesses' financial statements which were used to prepare their originally filed bankruptcy schedules due to other commitments I had at that time. I have since reviewed the financial documents as prepared by Mr. Clausen found the following:

Declaration of Dale Whitaker -1

a. Many of the accounts receivable amounts stated on the balance sheets are unrealistic because they are not collectible;

b. The net profit for Lilac City, LLC was grossly overstated;

c. Retained earnings year-on-year reflect the substantial losses over the past few years of financial hardship incurred by Lilac City, LLC and the Clausens individually;

d. In my opinion, neither Lilac City, LLC nor AR-TT have tangible assets sufficient to cover their liabilities in the short or long term.

4. I produced the amended financial statements based on bank statements, loan statements, and other legally binding documents that were provided to me by the Clausens and in accordance with Generally Accepted Accounting Principles ("GAAP"). The financial statements reflect an accurate valuation of the businesses from a balance sheet perspective as of October, 2024.

Dated: 5/7/25

/s/ Dale Whitaker
Dale Whitaker, Enrolled Agent
DSW Accounting, PLLC
4911 N Walnut St.
Spokane, WA 99205

Declaration of Dale Whitaker -2