Mike I. Todd　　　　　　　　　　　　　The Honorable Frederick P. Corbit
Chapter 13 Trustee
P.O. Box 1513
Spokane, WA  99210-1513

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In Re:　　　　　　　　　　　　　　　)　　Case No.  24-01739-FPC13
Clausen, Jonathan David　　　　　　　)
Clausen, Jodi Lynn　　　　　　　　　)
　　　　　　　　　Debtor(s)　　　　　)　　**AMENDED NOTICE OF PAYMENT**
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)

**TO:  Clausen, Jonathan David**

   YOU ARE NOTIFIED that, as required by 11 USC 1326(a)(1) you must commence making payments proposed by your plan as follows:

**$4,275.00, Starting May 2025**

   These payments are to be made to:

**Mike I. Todd, Trustee
PO Box 1003
Memphis, TN 38101-1003**

until further order of the Court.  Payments are to be made by Certified Check, Cashier's Check, or Money Order, or via www.tfsbillpay.com.

   Your **NAME** and **CASE NUMBER** must be clearly printed on each remittance.  Save all receipts of your remittance.

   **NO CASH OR PERSONAL CHECKS WILL BE ACCEPTED.  IF YOU DO NOT MAKE THESE PAYMENTS, YOUR CASE MAY BE DISMISSED.**

Dated: 5/12/2025　　　　　　　　　　　Mike I. Todd
　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee


　　　　　　　　　　　　　　　　　　　/s/ Mike I. Todd
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Mike I. Todd

Amended Notice of Payment - 1