# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: Jonathan David Clausen      CASE NUMBER: 2401739
DEBTOR 2 NAME: Jodi Lynn Clausen

I     Robert J Wallace, Jr.     certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on    5/13/2025    :

By First Class Mail :

Jonathan David Clausen, PO Box 2171, Spokane WA 99210
Rebecca Sheppard, Attorney at Law, 16114 E Indiana Ave Ste 205, Spokane Valley WA 99216

By Electronic Transmittal :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :    5/13/2025          Signature : *Robert J. Wallace, Jr.*

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

| | |
|---|---|
| 1 | Mike I. Todd                                                                   The Honorable Frederick P. Corbit |

Mike I. Todd  
Chapter 13 Trustee  
P.O. Box 1513  
Spokane, WA 99210-1513

The Honorable Frederick P. Corbit

UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF WASHINGTON

In Re:  
Clausen, Jonathan David  
Clausen, Jodi Lynn  
                    Debtor(s)

Case No. 24-01739-FPC13

**AMENDED NOTICE OF PAYMENT**

**TO: Clausen, Jonathan David**

   YOU ARE NOTIFIED that, as required by 11 USC 1326(a)(1) you must commence making payments proposed by your plan as follows:

**$4,275.00, Starting May 2025**

   These payments are to be made to:

**Mike I. Todd, Trustee**  
**PO Box 1003**  
**Memphis, TN 38101-1003**

until further order of the Court. Payments are to be made by Certified Check, Cashier's Check, or Money Order, or via www.tfsbillpay.com.

   Your **NAME** and **CASE NUMBER** must be clearly printed on each remittance. Save all receipts of your remittance.

   **NO CASH OR PERSONAL CHECKS WILL BE ACCEPTED. IF YOU DO NOT MAKE THESE PAYMENTS, YOUR CASE MAY BE DISMISSED.**

Dated: 5/12/2025                       Mike I. Todd  
                                            Chapter 13 Trustee

/s/ Mike I. Todd  
_____  
Mike I. Todd

Amended Notice of Payment - 1