The Honorable Frederick P. Corbit
Chapter 13
Hearing Date: May 21, 2025
Hearing Time: 11:30 a.m.
Response Date: May 14, 2025
Hearing Location: Zoomgov.com

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>JONATHAN DAVID CLAUSEN, and JODI LYNN CLAUSEN<br><br>Debtors. | NO. 24-01739-FPC13<br><br>SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF WBL SPO I, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY, OBJECTION TO CONFIRMATION, AND COURT'S MOTOIN TO DISMISS |

**COMES NOW** WBL SPO I, LLC ("**WBL**"), a secured creditor herein, by and through its attorneys, Eisenhower Carlson PLLC and Darren R. Krattli, and submits this SECOND supplemental brief in support of WBL's Motion for Relief from Automatic Stay pursuant to 11 U.S.C. § 362(d)(1) ("**Motion for Relief**")[1] and its Objection to Confirmation ("**Objection**").[2] This brief also supports the Court's motion to dismiss.[3]

## **DISCUSSION**

At the hearing held on March 18, 2025, the Court required Debtors to (i) make adequate protection payments to WBL ($2,000) and Diamond Asphalt ($1,000) by the tenth (10th) of each month, (ii) stay current in their plan payments, and (iii) file an amend plan by

---

[1] Dkt. no. 43.
[2] Dkt. no. 41.
[3] Dkt. no. 55.

SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF WBL SPO I, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND OBJECTION TO CONFIRMATION - 1

EISENHOWER CARLSON PLLC
Attorneys at Law
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

22527-1/DRK/1208507.000

24-01739-FPC13    Doc 91    Filed 05/14/25    Entered 05/14/25 16:28:24    Pg 1 of 4

May 9, 2025. Although Debtors did file an amended plan on May 9, 2025, they have failed to comply with the other two requirements.

Debtors tendered $2,000.00 to counsel for WBL on or about April 10, 2025, but they failed to pay the $2,000.00 due on May 10, 2025.[4] More troublingly, they also failed to make their plan payments for *both* April and May 2025.[5] According to the 13Network.com database, Debtors owe $9,875.00 in plan payments. Based on these defaults, WBL respectfully requests that the Court grant WBL's Motion for Relief and/or the Court's own motion to dismiss.

However, WBL is concerned that on or before the hearing date, the Debtors may tender these funds in a last minute plea to keep this case open. That may be a false facade of solvency, as the Debtors recently requested and apparently obtained the release of $5,178.75 from the registry of the court in their state court litigation against WBL.[6] If those funds are being used to support the Debtors' plan payments, that is not an indication of their ability to continue making ongoing payments. At best, that should only result in the continuance of the Motion for Relief and the Court's motion to dismiss to see if they comply with their June payments.

With regard to the amended plan filed by the Debtors, WBL incorporates its objections to the Debtors' previous plans, to include to include the lack of sufficient adequate protection payments on WBL's secured claim and the lack of feasibility to make the payments necessary (either on the secured claims or under the liquidation analysis). The Debtors' Property appears to show an equity cushion of only 7.9% based on the gross value of $1,105,000 (down from the assumed value of $1,300,000 presented by the Debtors) against debts of $1,017,012.21. While the existence of an equity cushion can provide adequate protection,[7]

---

[4] Declaration of Darren R. Krattli, para. 2.

[5] *Id.*, Ex. A.

[6] *Id.*, Ex. B.

[7] *In re Mellor*, 734 F.2d 1396, 1400 (9th Cir. 1984).

SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF WBL SPO I, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND OBJECTION TO CONFIRMATION - 2

22527-1/DRK/1208507.000


EISENHOWER CARLSON PLLC
Attorneys at Law
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

equity cushions below 10% generally do not provide adequate protection without additional payments from the debtors.[8] $2,000 per month is insufficient to cover accruing interest, which even under *Till* would require $2,800 per month.[9]

Debtors have already had their claims dismissed in state court and need _two_ successful appeals to resolve the liens on their real property (against WBL or Diamond Asphalt Paving, Inc.). The equity cushion is not sufficient to allow the Debtors this luxury, and relief is appropriate unless the Debtors can propose increased adequate protection payments to WBL.

Similarly, the Debtors have not demonstrated that the Plan is feasible. If _either_ of their appeals fail, they do not appear to have income sufficient to make the payments necessary on the secured claims of either WBL or Diamond Asphalt Paving, Inc. (or even to unsecured creditors based on the liquidation analysis). Confirmation should similarly be denied and WBL supports the Court's motion to dismiss.

DATED this 14th day of May, 2025.

EISENHOWER CARLSON PLLC

By: /s/ Darren R. Krattli
    Darren R. Krattli, WSBA # 39128
    Attorneys for WBL SPO I, LLC

---

[8] *In re Gibson*, 355 B.R. 807, 811 (Bankr. E.D. Cal. 2006) (equity cushion of 10% insufficient to provide adequate protection without additional payments from the debtors). *Contra In re McGowan*, 6 B.R. 241, 243 (Bankr. E.D. Pa. 1980) (10% equity cushion sufficient where debtor also pays all accruing interest on the claim).

[9] Interest at the *Till* rate of 10.5% (7.5% federal prime rate plus a risk adjustment of 3%) results in monthly accruing interest of approximately $2,800.

SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF WBL SPO I, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND OBJECTION TO CONFIRMATION - 3

22527-1/DRK/1208507.000



IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

JONATHAN DAVID CLAUSEN, and
JODI LYNN CLAUSEN

Debtors.

NO. 24-01739-FPC13

PROOF OF SERVICE

I, Anthony Manibusan, certify as follows:

I am a resident of the State of Washington. I am over the age of 18 years and not a party to the above case. I am a member of the law firm of Eisenhower Carlson PLLC, whose address is 909 A Street, Suite 600, Tacoma, Washington, 98402.

On May 14, 2025, I caused the above document, together with the accompanying Declaration of Darren R. Krattli, to be served via ECF notification on all parties requesting ECF notification as of May 14, 2025.

I declare under the penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated at Tacoma, Washington this 14th day of May, 2025.

                               */s/ Anthony Manibusan*
                               Anthony Manibusan

SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF WBL SPO I, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND OBJECTION TO CONFIRMATION - 4

22527-1/DRK/1208507.000


EISENHOWER CARLSON PLLC
Attorneys at Law
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

24-01739-FPC13   Doc 91   Filed 05/14/25   Entered 05/14/25 16:28:24   Pg 4 of 4