IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>JONATHAN DAVID CLAUSEN, and<br>JODI LYNN CLAUSEN<br><br>Debtors. | NO. 24-01739-FPC13<br><br>DECLARATION OF DARREN R. KRATTLI |

**I, DARREN R. KRATTLI**, declare as follows:

1. I am one of the attorneys for WBL SPO I, LLC ("**WBL**"), a creditor herein, am over the age of 18 years, and am otherwise competent to testify. The matters stated below are based upon my personal knowledge.

2. Debtors have only made the April 10, 2025 adequate protection payment of $2,000 to my firm's trust account, as required by the Court at the March 18, 2025 hearing. No payment was received on May 10, 2025. I contacted Debtors' attorney regarding this missed payment, and she had no update on its status as of May 12, 2025.

3. Attached hereto as **Exhibit A** is a true and correct copy of the "Pay Schedules" report available on the 13Network.com website for the Chapter 13 Trustee herein. As reflected by Exhibit A, the Debtors have not made their April or May 2025 plan payments, and currently owe $9,875.00 in plan payments.

4. In the prior litigation between WBL and the Debtors, the Debtors deposited

DECLARATION OF DARREN R. KRATTLI - 1

1217852.000



1     funds as security for staying WBL's foreclosure. After the state court's final award to WBL

2     related to the litigation, a surplus remained in the registry of the Court. That amount was

3     disclosed on the Debtors' Schedule A.[1] However, it was not exempted.[2]

4           5.     Attached hereto as **Exhibit B** is a true and correct copy of an order obtained

5     by Ms. Clausen in the state court litigation on April 25, 2025 directing the release of

6     $5,178.75 from the registry of the court to the Debtors. Based on the available court docket,

7     it appears the funds were released on April 30, 2025.

**I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.**

DATED at Spokane, Washington, this 14th day of May, 2025.

                                                  */s/ Darren R. Krattli*
                                                  Darren R. Krattli

---

[1] *See* dkt. no. 18, p. 8 (Schedule A); and dkt. no. 82, p. 6 (Amended Schedule A).

[2] Dkt. no. 82, pp. 9-11 (Schedule C).

DECLARATION OF DARREN R. KRATTLI - 2

1217852.000

EISENHOWER CARLSON PLLC
Attorneys at Law
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

EXHIBIT A

Close Window

Click Here to Print this Page

## PRINT INQUIRY

| 24-01739-FPC13 | Jonathan David Clausen (xxx-xx-5703) | PO Box 2171 • • Spokane • WA • 99210 | $4,275.00 MO | Bar Date(s): | 1/2/2025 (has passed) 4/22/2025 (has passed) |
|---|---|---|---|---|---|
| | Jodi Lynn Clausen (xxx-xx-0387) | PO Box 2171 • • Spokane • WA • 99210 | | Confirmed: | Not Confirmed |
| | Trustee: Mike I. Todd | Attorney: Rebecca Sheppard | | Case Status: | ACTIVE |

## Debtor Pay Schedules

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 11/1/2024 | 6.00 | $5,600.00 | MONTHLY | Jonathan David Clausen | | None |
| 5/1/2025 | end of plan | $4,275.00 | MONTHLY | Jonathan David Clausen | | None |

**Deferred Information**

| Date | Amount | Description |
|---|---|---|

Payments Expected for Step 1:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 11/1/2024 | 11/30/2024 | $5,600.00 | $5,600.00 |
| 2 | 12/1/2024 | 12/31/2024 | $5,600.00 | $11,200.00 |
| 3 | 1/1/2025 | 1/31/2025 | $5,600.00 | $16,800.00 |
| 4 | 2/1/2025 | 2/28/2025 | $5,600.00 | $22,400.00 |
| 5 | 3/1/2025 | 3/31/2025 | $5,600.00 | $28,000.00 |
| 6 | 4/1/2025 | 4/30/2025 | $5,600.00 | $33,600.00 |
| Total | | | | **$33,600.00** |

Payments Expected for Step 2:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 5/1/2025 | 5/31/2025 | $4,275.00 | $4,275.00 |
| 2 | 6/1/2025 | 6/30/2025 | $4,275.00 | $8,550.00 |
| 3 | 7/1/2025 | 7/31/2025 | $4,275.00 | $12,825.00 |
| 4 | 8/1/2025 | 8/31/2025 | $4,275.00 | $17,100.00 |
| 5 | 9/1/2025 | 9/30/2025 | $4,275.00 | $21,375.00 |
| 6 | 10/1/2025 | 10/31/2025 | $4,275.00 | $25,650.00 |
| 7 | 11/1/2025 | 11/30/2025 | $4,275.00 | $29,925.00 |
| 8 | 12/1/2025 | 12/31/2025 | $4,275.00 | $34,200.00 |
| 9 | 1/1/2026 | 1/31/2026 | $4,275.00 | $38,475.00 |
| 10 | 2/1/2026 | 2/28/2026 | $4,275.00 | $42,750.00 |
| 11 | 3/1/2026 | 3/31/2026 | $4,275.00 | $47,025.00 |
| 12 | 4/1/2026 | 4/30/2026 | $4,275.00 | $51,300.00 |
| 13 | 5/1/2026 | 5/31/2026 | $4,275.00 | $55,575.00 |
| 14 | 6/1/2026 | 6/30/2026 | $4,275.00 | $59,850.00 |
| 15 | 7/1/2026 | 7/31/2026 | $4,275.00 | $64,125.00 |
| 16 | 8/1/2026 | 8/31/2026 | $4,275.00 | $68,400.00 |
| 17 | 9/1/2026 | 9/30/2026 | $4,275.00 | $72,675.00 |
| 18 | 10/1/2026 | 10/31/2026 | $4,275.00 | $76,950.00 |
| 19 | 11/1/2026 | 11/30/2026 | $4,275.00 | $81,225.00 |
| 20 | 12/1/2026 | 12/31/2026 | $4,275.00 | $85,500.00 |
| 21 | 1/1/2027 | 1/31/2027 | $4,275.00 | $89,775.00 |
| 22 | 2/1/2027 | 2/28/2027 | $4,275.00 | $94,050.00 |
| 23 | 3/1/2027 | 3/31/2027 | $4,275.00 | $98,325.00 |
| 24 | 4/1/2027 | 4/30/2027 | $4,275.00 | $102,600.00 |
| Total | | | | **$102,600.00** |

Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Deferred Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 11/2024 | $5,600.00 | | | $5,600.00 |
| 2 | 12/2024 | $5,600.00 | $5,600.00 | | $5,600.00 |
| 3 | 1/2025 | $5,600.00 | | | $11,200.00 |
| 4 | 2/2025 | $5,600.00 | $16,800.00 | | $0.00 |
| 5 | 3/2025 | $5,600.00 | $5,600.00 | | $0.00 |
| 6 | 4/2025 | $5,600.00 | | | $5,600.00 |

EXHIBIT A

| 7 | 5/2025 | $4,275.00 | | | $9,875.00 |

**Total Delinquent Amount: $9,875.00**

Per CR5(e) & Judge Anderson this document
Has been filed with Clerk on:

APR 25 2025

(Clerk's Date Stamp)

**SUPERIOR COURT OF WASHINGTON**
**COUNTY OF SPOKANE**

Petitioner(s): Jodi and Jonathan Clauser

vs.

Respondent(s): WBL SPO I LLC

CASE NO. 24-2-00722-32

ORDER (OR): To Release Funds clerks action needed

## I. BASIS

Petitioner moved the court for: release of remaining balance of $5178.75 to petitioners.

## II. FINDING

After reviewing the case record to date, and the basis for the motion, the court finds that:

case was dismissed and $25,589.25 was orded to WBL SPO I LLC and paid out through the Registry

PAGE 1 OF 2

ORDER
CI-03-0300 (Rev 03/2001)

5178.75

III. ORDER

IT IS ORDERED that:

The remaining $5178.75 in clerk's registry shall be released to Petitioner Jodi Clausen.

Dated: 4/8/25

Judge/Court Commissioner
**Rachelle E. Anderson**

Presented by:

Jodi Clausen

Approved by:

ORDER
CI-03-0300 (Rev 03/2001)

PAGE 2 OF 2