LF 2083C (5/1/96)

# United States Bankruptcy Court
## Eastern District of Washington

In re **Jonathan David Clausen**
**Jodi Lynn Clausen**
Debtor(s)

Case No. **24-01739-13**
Chapter **13**

AMENDED

## CHAPTER 7
## LIQUIDATION ANALYSIS

| | | |
|---|---:|---|
| **Total Value of Personal Property** | $ 134,827.66 | (+) |
| **Total Value of Real Property** | $ 1,105,000.00 | (+) |
| **Total Secured Claims against Personal Property** (not to exceed value of property): | $ 53,491.66 | (-) |
| **Total Secured Claims against Real Property** (not to exceed value of property): | $ 1,102,574.70 | (-) |
| **Total Personal Property Exemptions Claimed (equity only):** | $ 49,780.54 | (-) |
| **Total Real Property Exemptions Claimed (equity only):** | $ 2,425.26 | (-) |
| **Net Value of Non-Exempt Property:** | $ 31,555.50 | |

Date **May 16, 2025**

Signature **/s/ Rebecca J. Sheppard**
**Rebecca J. Sheppard**
Attorney