Mike I. Todd
Chapter 13 Trustee
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| IN RE: | ) | |
| | ) | |
| Clausen, Jonathan David and | ) | CASE NO.  24-01739-FPC13 |
| Clausen, Jodi Lynn | ) | Amended |
| | ) | TRUSTEE FINANCIAL CASE ANALYSIS |
| | ) | |

I , Cindy Nixon am employed in the Office of the Chapter 13 Trustee and am the Case Administrator assigned to this case.

I hereby certify that on May 16, 2025 I prepared and reviewed the attached Trustee Financial Case Analysis, and that to the best of my knowledge, information, and belief it is an accurate representation of the data contained in both the Court files and those of the Chapter 13 Trustee.

Dated:  May 16, 2025                    Mike I. Todd, Chapter 13 Trustee

By:ᴵ Cindy Nixon/S/CAN_____

**TRUSTEE'S FINANCIAL CASE ANALYSIS**

**Case Name:** Clausen, Jonathan David and
Clausen, Jodi Lynn

**Case No.** 24-01739-FPC13

**Debtor's Attorney:** Rebecca Sheppard

**Phone:** (509) 443-3014

| | | | |
|---|---|---|---|
| **Date Petition Filed:** | October 24, 2024 | **Debtor's Proposed Term:** | 60 |
| **Date of 341 Meeting:** | February 06, 2025 | | |
| **Bar Date:** | January 02, 2025 | | |
| **GU Bar Date:** | April 22, 2025 | | |

| | | | |
|---|---|---|---|
| **Monthly Income:** | $19,761.01 | [ X ]  Base Plan | |
| **Monthly Expenses:** | 14,160.52 | Proposed Base Amt | **$264,450.00** |
| **Disposable Income:** | 5,600.49 | [  ] 100% Plan | |
| **Plan Payment** | 5,600.00 | [  ] Other: | |

| **Scheduled Obligations:** | | **Filed Claims** | |
|---|---|---|---|
| Secured: | $1,247,991.86 | Secured: | $251,799.48 |
| Priority: | $25,000.00 | Priority: | $127,759.15 |
| Unsecured: | $190,549.28 | Unsecured: | $752,617.60 |
| Admin: | $30,000.00 | Admin: | $20,000.00 |
| **Total** | | **Total Filed** | |
| **Scheduled:** | $1,493,541.14 | **Claims:** | $1,152,176.23 |

| **Proposed To Be Paid By Debtor** | | **Projected To Be Paid By Trustee:** | |
|---|---|---|---|
| Attorney Fees: | $30,000.00 | Attorney Fees: | $20,000.00 |
| Continuing: | $0.00 | Continuing: | $0.00 |
| Secured: | $58,261.80 | Secured: | $68,907.22 |
| Arrearage: | $0.00 | Arrearage: | $0.00 |
| Priority: | $25,000.00 | Priority: | $127,759.15 |
| Separate Class: | $0.00 | Separate Class: | $0.00 |
| Unsecured: | | Unsecured: | $21,043.72 |
| Subtotal: | | Subtotal: | $237,710.09 |
| | | Trustee Fees: | $26,739.91 |
| **Total Disbursed:** | | **Total Disbursed:** | $264,450.00 |

| | Debtor's Liquidation Analysis | Trustee's Liquidation Analysis |
|---|---|---|
| Value of Personal Property: | 1,390,746.73 | 134,827.66 ( + ) |
| Secured Claims Against Personal Property: | 53,491.66 | 53,491.66 ( - ) |
| Personal Property Exemptions: | 45,931.34 | 49,780.54 ( - ) |
| Value of Real Property: | 1,300,000.00 | 1,105,000.00 ( + ) |
| Secured Claims Against Real Property: | 1,194,500.20 | 1,105,000.00 ( - ) |
| Real Property Exemptions: | 105,499.80 | 0.00 ( - ) |
| **Value of Non-Exempt Property:** | **1,291,323.73** | **31,555.46** |

**Debtor is claiming State Exemptions**

# TRUSTEE'S FINANCIAL CASE ANALYSIS

**Comments:**

REPORT BASED ON:
PLAN FILED 11/21/24
AM PLAN FILED 5/9/25

# CLAIMS DISTRIBUTION ANALYSIS

| ATTORNEY FEE | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---|---|---|---|---|
| Rebecca Sheppard | CLAIM | 20,000.00 | 0.00 | 0.00 | 006 | 20,000.00 |
| | | | **TOTAL PAYMENTS:** | | | $20,000.00 |

| DEBTOR REFUND | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---|---|---|---|---|
| Jonathan David Clausen | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| | | | **TOTAL PAYMENTS:** | | | $0.00 |

| DIRECT PMTS BY DEBTOR | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---|---|---|---|---|
| Fidelity Bank, N.A. | CLAIM | 437,835.07 | 2.50 | 3328.27 | 061 | 0.00 |
| | | | **TOTAL PAYMENTS:** | | | $0.00 |

| PRE PETITION MORTGAGE AR | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---|---|---|---|---|
| Fidelity Bank, N.A. | CLAIM | 11,456.22 | 0.00 | 0.00 | 061 | 0.00 |
| WBL SPO I, LLC | CLAIM | 337,030.18 | 0.00 | 0.00 | 061 | 0.00 |
| | | | **TOTAL PAYMENTS:** | | | $0.00 |

| PRIORITY | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---|---|---|---|---|
| WA Department of Revenue | CLAIM | 71,834.69 | 0.00 | 0.00 | 052 | 71,834.69 |
| Internal Revenue Service | CLAIM | 43,920.94 | 0.00 | 0.00 | 052 | 43,920.94 |
| WA ST Dept of Labor and Industries | CLAIM | 12,003.52 | 0.00 | 0.00 | 052 | 12,003.52 |
| | | | **TOTAL PAYMENTS:** | | | $127,759.15 |

| SECURED | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---|---|---|---|---|
| Diamond Asphalt Paving, Inc. | CLAIM | 128,503.87 | 0.00 | 0.00 | 061 | 3,570.24 |
| Swift Financial LLC | CLAIM | 123,295.61 | 0.00 | 0.00 | 061 | 3,425.54 |
| | | | **TOTAL PAYMENTS:** | | | $6,995.78 |

| UNSECURED | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---|---|---|---|---|
| Washington Trust Bank | CLAIM | 10,079.06 | 0.00 | Pro Rata | 061 | 281.81 |
| Washington Trust Bank | CLAIM | 660.00 | 0.00 | Pro Rata | 061 | 18.45 |
| STCU | CLAIM | 6,601.12 | 0.00 | Pro Rata | 061 | 184.58 |
| WA Department of Revenue | CLAIM | 44,978.49 | 0.00 | Pro Rata | 061 | 1,257.63 |
| Chapman Financial Services | CLAIM | 14,904.00 | 0.00 | Pro Rata | 061 | 416.73 |
| Numerica Credit Union | CLAIM | 8,000.00 | 0.00 | Pro Rata | 061 | 223.69 |
| The Sherwin Williams Company | CLAIM | 5,538.86 | 0.00 | Pro Rata | 061 | 154.87 |
| Aidvantage obo: The Dept. of Educa | CLAIM | 19,779.28 | 0.00 | Pro Rata | 061 | 553.05 |
| American Express National Bank | CLAIM | 78,878.26 | 0.00 | Pro Rata | 061 | 2,205.49 |
| American Express National Bank | CLAIM | 4,569.86 | 0.00 | Pro Rata | 061 | 127.78 |
| Apple Card | SCHED | 8,000.00 | 0.00 | Pro Rata | 061 | 0.00 |
| Bank of America, N.A. | CLAIM | 71,943.15 | 0.00 | Pro Rata | 061 | 2,011.58 |
| Bank of America, N.A. | CLAIM | 68,713.91 | 0.00 | Pro Rata | 061 | 1,921.29 |
| Bank of America, N.A. | CLAIM | 3,277.19 | 0.00 | Pro Rata | 061 | 91.63 |
| Citibank | SCHED | 32,019.47 | 0.00 | Pro Rata | 061 | 0.00 |
| Dellwo, Roberts, & Scanlon | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Bill | CLAIM | 127,909.68 | 0.00 | Pro Rata | 061 | 3,576.44 |
| Eide Bailly, LLP, CPAs | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Fenix Law PS | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Fundbox, Inc. | CLAIM | 76,794.29 | 0.00 | Pro Rata | 061 | 2,147.22 |
| Heather & Jed Barden | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Integrity Baugh, LLC | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| KWI, LLC | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Lippman Recupero | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Madden Industrial Craftsman, Inc. | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Miller Nash LLP | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |

# CLAIMS DISTRIBUTION ANALYSIS

| UNSECURED | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---|---|---|---|---|
| Miller Paint | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Nordstrom, Inc.; Jefferson Capital S | CLAIM | 24,843.06 | 0.00 | Pro Rata | 061 | 694.63 |
| PSC Inc | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Phillabaum Ledlin Matthews & Shel | SCHED | 12,833.90 | 0.00 | Pro Rata | 061 | 0.00 |
| Progressive | SCHED | 1,241.00 | 0.00 | Pro Rata | 061 | 0.00 |
| Ramsden, Marfice, Ealy & De Smet, | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Retacco Law Offices | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| RiverBank | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Siderius Longergan & Martin LLP | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Simiply Funding LLC | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Stephanie Burkey | SCHED | 25,000.00 | 0.00 | Pro Rata | 061 | 0.00 |
| Suttell & Hammer PS | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| TIB, NA | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| United Rentals | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| US Dept of Education | SCHED | 19,438.00 | 0.00 | Pro Rata | 061 | 0.00 |
| U.S. Small Business Administration | CLAIM | 24,859.36 | 0.00 | Pro Rata | 061 | 695.09 |
| Valley Empire Collection | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| Winston & Cashatt | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| American Express National Bank | CLAIM | 4,612.58 | 0.00 | Pro Rata | 061 | 128.97 |
| American Express National Bank | CLAIM | 61,389.13 | 0.00 | Pro Rata | 061 | 1,716.48 |
| WA ST Dept of Labor and Industries | CLAIM | 2,161.76 | 0.00 | Pro Rata | 061 | 60.45 |
| WA ST Dept of Labor and Industries | CLAIM | 13,440.00 | 0.00 | Pro Rata | 061 | 375.79 |
| WA ST Dept of Labor and Industries | CLAIM | 45.00 | 0.00 | Pro Rata | 061 | 1.26 |
| Internal Revenue Service | CLAIM | 25,980.22 | 0.00 | Pro Rata | 061 | 726.42 |
| Regions Bank | CLAIM | 51,465.96 | 0.00 | Pro Rata | 061 | 1,439.02 |
| Providence | CLAIM | 1,193.38 | 0.00 | Pro Rata | 061 | 33.37 |
| Internal Revenue Service | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| | | | | **TOTAL PAYMENTS:** | | $21,043.72 |

| POST PET FEES, EXP, AND CHA | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---|---|---|---|---|
| Fidelity Bank | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| WBL SPO I, LLC | CLAIM | 19,612.89 | 0.00 | 0.00 | 061 | 0.00 |
| | | | | **TOTAL PAYMENTS:** | | $0.00 |

| SECURED BY VEHICLE | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---|---|---|---|---|
| Numerica Credit Union | CLAIM | 41,386.83 | 3.24 | 750.00 | 057 | 44,016.90 |
| Numerica Credit Union | CLAIM | 4,329.67 | 3.24 | 79.00 | 057 | 4,603.61 |
| Idaho Central Credit Union | CLAIM | 12,326.26 | 3.99 | 227.00 | 057 | 13,290.93 |
| | | | | **TOTAL PAYMENTS:** | | $61,911.44 |

| LEASE OTHER | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---|---|---|---|---|
| KWI, LLC | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| | | | | **TOTAL PAYMENTS:** | | $0.00 |

| SECURED MORTGAGE | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---|---|---|---|---|
| WBL SPO I, LLC | CLAIM | 536,235.80 | 0.00 | 0.00 | 061 | 0.00 |
| | | | | **TOTAL PAYMENTS:** | | $0.00 |

05/16/2025        Page No.    1

In re:    Clausen, Jonathan David and      Case No.      24-01739-FPC13
       Clausen, Jodi Lynn

| DATE | SOURCE | AMOUNT |
|------|--------|--------|
| 12/30/2024 | UMPQUA BANK | $5,600.00 |
| 02/24/2025 | UMPQUA BANK | $16,800.00 |
| 03/11/2025 | UMPQUA BANK | $5,600.00 |

| | | |
|---|---|---|
| GROSS RECIEPTS: | $28,000.00 |
| *LESS ADJUSTMENTS: | |
| NET RECIEPTS: | |

# DISBURSEMENTS REPORT

Mike I. Todd, Chapter 13 Trustee

05/16/2025

Case No.  24-01739-FPC13

In re:  Clausen, Jonathan David and
Clausen, Jodi Lynn

## DISBURSEMENTS

| Date | Claim # | PC | Creditor Name | Amount |
|------|---------|----|--------------| -------|
| 01/03/2025 | 1 | CR | Numerica Credit Union | $754.61 |
| 01/03/2025 | 11 | CR | Idaho Central Credit Union | $229.90 |
| 02/04/2025 | 1 | CR | Numerica Credit Union | $476.91 |
| 02/04/2025 | 11 | CR | Idaho Central Credit Union | $145.29 |
| 03/04/2025 | 1 | CR | Numerica Credit Union | $1,987.04 |
| 03/04/2025 | 11 | CR | Idaho Central Credit Union | $605.36 |
| 04/02/2025 | 1 | CR | Numerica Credit Union | $1,021.99 |
| 04/02/2025 | 11 | CR | Idaho Central Credit Union | $311.36 |
| 05/02/2025 | 1 | CR | Numerica Credit Union | $651.50 |
| 05/02/2025 | 11 | CR | Idaho Central Credit Union | $198.48 |
| | | | | $6,382.44 |