UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

IN RE:

CLAUSEN, JONATHAN D.
CLAUSEN, JODI J.

Debtor(s).

Case No. 24-01739-FPC13

Chapter 13

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

TO: CLERK OF THE COURT

AND TO: ALL PARTIES AND COUNSEL OF RECORD

NOTICE IS HEREBY GIVEN pursuant to LBR 9010-1(b)(6) that Creditors, WBL SPO I, LLC and WORLD BUSINESS LENDERS, LLC, have substituted DARREN R. KRATTLI of EISENHOWER CARLSON PLLC, 909 A Street, Suite 600, Tacoma, Washington 98402, as attorney of record in the above-entitled action in the place of MATTHEW C. NIEMELA of RAMSDEN, MARFICE, EALY & DE SMET, LLP.

YOU ARE FURTHER NOTIFIED that all papers and documents in said action are to be served upon DARREN R. KRATTLI at dkrattli@eisenhowerlaw.com or at EISENHOWER CARLSON PLLC, 909 A Street, Suite 600, Tacoma, Washington 98402.

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 1

RAMSDEN, MARFICE, EALY & DE SMET, LLP
P.O. BOX 1336
COEUR D'ALENE ID 83816-1336
Phone: (208) 664-5818
Facsimile: (208) 664-5884

DATED this 21st day of May, 2025.

                    RAMSDEN, MARFICE, EALY & DE SMET, LLP

                    By: ___/s/ Matthew C. Niemela___
                        Matthew C. Niemela, WSBA #49610
                        mniemela@rmedlaw.com
                        700 Northwest Boulevard
                        P.O. Box 1336
                        Coeur d'Alene, Idaho 83816-1336
                        Telephone: (208) 664-5818
                        Facsimile: (208) 664-5884
                        *Withdrawing Attorneys for Creditors, WBL SPO I, LLC and World Business Lenders, LLC*

DATED this 21st day of May, 2025.

                    EISENHOWER CARLSON PLLC


                    By: */s/ Darren R. Krattli*
                        Darren R. Krattli, WSBA #39128
                        *Substituting Attorneys for Creditors, WBL SPO I, LLC and World Business Lenders, LLC*

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 2

RAMSDEN, MARFICE, EALY & DE SMET, LLP
P.O. BOX 1336
COEUR D'ALENE ID 83816-1336
Phone: (208) 664-5818
Facsimile: (208) 664-5884

24-01739-FPC13   Doc 97   Filed 05/21/25   Entered 05/21/25 15:18:51   Pg 2 of 3

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 21st day of May, 2025, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Mike I. Todd | Rebecca J. Sheppard |
| P.O. Box 1513 | Sheppard Law Office, PC |
| Spokane, WA 99210 | 16114 E. Indiana Avenue, Suite 205 |
| *Chapter 13 Trustee* | Spokane, WA 99216 |
| | rjs@sheppardlaw.com |
| | *Attorneys for Debtors* |

AND I FURTHER CERTIFY that on such date I served the foregoing on the following parties or counsel by electronic means through the Bankruptcy Noticing Center, as more fully reflected on the Notice of Electronic Filing:

All Recipients submitted to the BNC (Bankruptcy Noticing Center).

                                                         */s/ Jennifer Pratt*
                                                       Jennifer Pratt

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 3

RAMSDEN, MARFICE, EALY & DE SMET, LLP
P.O. BOX 1336
COEUR D'ALENE ID 83816-1336
Phone: (208) 664-5818
Facsimile: (208) 664-5884

24-01739-FPC13   Doc 97   Filed 05/21/25   Entered 05/21/25 15:18:51   Pg 3 of 3