IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

JONATHAN DAVID CLAUSEN, and
JODI LYNN CLAUSEN

Debtors.

NO. 24-01739-FPC13

ORDER GRANTING WBL SPO I, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY

**THIS MATTER** having come on regularly for hearing upon WBL SPO I, LLC's ("**WBL**") Motion for Relief from Automatic Stay ("**Motion**"),[1] and the Court, having reviewed the records and files herein, including said Motion and all responses and replies thereto, and finds that adequate and proper notice was provided as to WBL's motion for relief and cause exists to grant the relief. Having so found, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that WBL's Motion is granted. It is further

**ORDERED, ADJUDGED, AND DECREED** that WBL is hereby granted relief from stay under 11 U.S.C. § 362(d)(1) effective as of July 15, 2025 (a date which is inclusive of the 14 day period under FRBP 4001(a)(4)) concerning certain property commonly known as 12918 N Norman Road,

---

[1] Dkt no. 43.

ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY - 1



22527-1/DRK/1232664.000

24-01739-FPC13    Doc 99    Filed 05/21/25    Entered 05/21/25 16:30:02    Pg 1 of 2

Spokane, WA 99217 ("**Property**"), in order to proceed with the nonjudicial foreclosure of its Deed of Trust, which was recorded with the Spokane County Auditor on November 1, 2022 under Auditor's File No. 7250850, to include rescheduling the Trustee's Sale pursuant to RCW 61.24.130(4), and, in the event WBL purchases the Property at the foreclosure sale, to obtain possession of said Property post-sale by way of state legal process, if needed.  It is further

**ORDERED, ADJUDGED AND DECREED** that this Order shall apply to any case to which the Debtors convert.

/// END OF ORDER ///

Presented by:

EISENHOWER CARLSON PLLC


By: */s/ Darren R. Krattli*
    Darren R. Krattli, WSBA #39128
    Attorneys for WBL SPO I, LLC

Approved as to form by:

SHEPPARD LAW OFFICE PC


By:*/s/ Rebecca J Sheppard*
    Rebecca J. Sheppard, WSBA #40220
    Attorneys for Debtors

And by:

CHAPTER 13 TRUSTEE


By:*/s/ Mike I. Todd*
    Mike I. Todd, WSBA #26331
    Chapter 13 Trustee

ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY - 2

22527-1/DRK/1232664.000


EISENHOWER CARLSON PLLC
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

24-01739-FPC13    Doc 99    Filed 05/21/25    Entered 05/21/25 16:30:02    Pg 2 of 2