Darren R. Krattli, WSBA #39128  
Eisenhower Carlson PLLC  
909 A Street, Suite 600  
Tacoma, WA 98402  
(253) 572-4500

The Honorable Frederick P. Corbit  
Chapter 13

IN THE UNITED STATES BANKRUPTCY COURT  
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

JONATHAN DAVID CLAUSEN, and  
JODI LYNN CLAUSEN

Debtors.

Case No. 24-01739-FPC

NOTICE AND MOTION TO WITHDRAW AS COUNSEL

**<u>NOTICE</u>**

TO: The Clerk of Court

AND TO: WBL SPO I, LLC, creditor

AND TO: All interested parties and their counsel

**PLEASE TAKE NOTICE** that Darren R. Krattli and the law firm of Eisenhower Carlson PLLC have moved to withdraw as counsel herein for creditor WBL SPO I, LLC ("Motion") effective as of August 1, 2025. If you object to the Motion, you must file a written response or objection with the Court on or before Thursday, July 31, 2025. If you do not timely file a response or objection, the Court may enter an order approving the Motion without further notice to you. Withdrawal shall be effective upon entry of an order of the Court.

**<u>MOTION</u>**

COMES NOW, Darren R. Krattli and the law firm of Eisenhower Carlson PLLC ("Withdrawing Counsel") to request permission to withdraw from the representation of creditor WBL SPO I, LLC ("WBL") in above-entitled matter pursuant to LCR 9010-1 and 2002-1. As

NOTICE AND MOTION TO WITHDRAW AS COUNSEL - 1


909 A Street, Ste. 600  
Tacoma, WA 98402  
Tel 253.572.4500  
Fax 253.272.5732  
www.eisenhowerlaw.com

22527-1/DRK/1242930.000  
24-01739-FPC13    Doc 101    Filed 07/14/25    Entered 07/14/25 09:00:32    Pg 1 of 3

stated in the accompanying Certificate of Service, notice of this Motion was mailed and emailed to WBL at its addresses of:

WBL SPO I, LLC<br>
P.O. Box 479<br>
Elmsford, NY 10523<br>
Email: jmurphy@wbl.com

No deadlines, hearings, or trials will be automatically continued as a result of the undersigned attorney's withdrawal in this case. The only presently scheduled hearing in this matter is the Confirmation Hearing scheduled for July 23, 2025 at 10:00 am. Withdrawing Counsel will appear at that hearing.

If granted, withdrawal shall be effective as of August 1, 2025, which is more than fourteen (14) days after service of this Motion.

By signing below Withdrawing Counsel certifies that WBL has been advised that WBL may not appear or participate in this case, including filing pleadings, *pro se* as a corporate entity.

Based on the foregoing, the undersigned firm and counsel respectfully ask for leave to withdraw from this case.

DATED this 14th day of July, 2025.

EISENHOWER CARLSON PLLC

By  /s/ Darren R. Krattli
Darren R. Krattli, WSBA No. 39128
*Attorneys for Creditor  WBL SPO I, LLC*

NOTICE AND MOTION TO WITHDRAW AS COUNSEL - 2


EISENHOWER CARLSON PLLC
Attorneys at Law
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

22527-1/DRK/1242930.000

24-01739-FPC13    Doc 101    Filed 07/14/25    Entered 07/14/25 09:00:32    Pg 2 of 3

**CERTIFICATE OF SERVICE**

1. On Monday, July 14, 2025, all parties requesting ECF notification as of July 14, 2025, were notified via ECF notification of the Notice and Motion to Withdraw as Counsel.

2. On Monday, July 14, 2025, I emailed and mailed a copy of the Notice and Motion to Withdraw as Counsel and [Proposed] Order of Withdrawal as Counsel to Creditor WBL SPO I, LLC, at the following address stated, with proper postage affixed, as follows:

> WBL SPO I, LLC
> P.O. Box 479
> Elmsford, NY 10523
> Email: jmurphy@wbl.com

I declare under the penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Executed on this 14th day of July, 2025, in Tacoma, Washington.

>  */s/ Anthony M. Manibusan*
> Anthony M. Manibusan

NOTICE AND MOTION TO WITHDRAW AS COUNSEL - 3



EISENHOWER CARLSON PLLC
Attorneys at Law
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

22527-1/DRK/1242930.000