IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | Case No. 24-01739-FPC |
| JONATHAN DAVID CLAUSEN, and JODI LYNN CLAUSEN | ORDER OF WITHDRAWAL OF COUNSEL |
| Debtors. | |

**THIS MATTER** came before the Court on the motion for an order authorizing Darren R. Krattli and the law firm of Eisenhower Carlson PLLC to withdraw as counsel for creditor WBL SPO I, LLC. The Court having reviewed the records and files herein, and finding cause exists to grant the relief requested, the Motion complies with LBR 9010-1(b)(5), and that it is not necessary to extend any pending hearings or deadlines, and having so found it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Motion is GRANTED and Darren R. Krattli and the law firm of Eisenhower Carlson PLLC are authorized to withdraw as counsel for WBL SPO I, LLC; It is further

**ORDERED, ADJUDGED AND DECREED** that the Clerk shall remove Darren R. Krattli and Eisenhower Carlson PLLC as counsel of record for creditor WBL SPO I, LLC in this case.

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL - 1

22527-1/DRK/1242928.000

EISENHOWER CARLSON PLLC
Attorneys at Law
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

///END OF ORDER///

Presented by:

EISENHOWER CARLSON PLLC


By  /s/ Darren R. Krattli
    Darren R. Krattli, WSBA No. 39128

ORDER GRANTING MOTION TO WITHDRAW
AS COUNSEL - 2



22527-1/DRK/1242928.000