|  |  |
|--|--|
|  | The Honorable Frederick P. Corbit<br>Chapter 13<br>Hearing Date: July 23, 2025<br>Hearing Time: 10:00 a.m.<br>Response Date: July 16, 2025<br>Hearing Location: Zoomgov.com |

## IN THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|--|--|
| In Re:<br><br>JONATHAN DAVID CLAUSEN, and<br>JODI LYNN CLAUSEN<br><br>Debtors. | NO. 24-01739-FPC13<br><br>THIRD SUPPLEMENTAL BRIEF IN SUPPORT OF OBJECTION TO CONFIRMATION, AND COURT'S MOTION TO DISMISS |

**COMES NOW** WBL SPO I, LLC ("**WBL**"), a secured creditor herein, by and through its attorneys, Eisenhower Carlson PLLC and Darren R. Krattli, and submits this THIRD[1] supplemental brief in support of WBL's Objection to Confirmation ("**Objection**").[2] This brief also supports the Court's pending motion to dismiss.[3]

## **DISCUSSION**

According to 13network.com, Debtors have not made a plan payment since March 2025, and are currently in arrears for plan payments in the amount of $18,425.00. In addition to the objections raised in WBL's prior pleadings, confirmation should be denied and the case dismissed due to the Debtors' failure to comply with the plan terms. Debtors have shown no intention to progress this case, beyond taking advantage of the automatic stay.

---

[1] Dkt. nos. 63 and 91 (prior supplemental briefs).

[2] Dkt. no. 41.

[3] Dkt. no. 55.

THIRD SUPPLEMENTAL BRIEF IN SUPPORT OF OBJECTION TO CONFIRMATION, AND COURT'S MOTION TO DISMISS - 1

EISENHOWER CARLSON PLLC
Attorneys at Law
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

22527-1/DRK/1208507.000
24-01739-FPC13    Doc 103    Filed 07/16/25    Entered 07/16/25 12:18:38    Pg 1 of 3

Due to the Debtors' failure to make the required adequate protection payments,[4] the Court already granted WBL relief from the automatic stay, effective as of July 15, 2025.[5] However, the Order does not address the status of the $2,000.00 tendered by the Debtors to the trust account of WBL's counsel prior to that order. WBL's counsel is currently holding $2,000.00 in its Trust account that was intended as an adequate protection payment. WBL requests the Court authorize its counsel to disburse the $2,000.00 to WBL prior to any dismissal of the case or further continuance of the confirmation hearing.

Dated this 16th day of July, 2025.

EISENHOWER CARLSON PLLC

By  /s/ Darren R. Krattli
Darren R. Krattli, WSBA # 39128
*Attorneys for WBL SPO I, LLC*

---

[4] Required by dkt. no. 77.

[5] Dkt. no. 100.

THIRD SUPPLEMENTAL BRIEF IN SUPPORT OF OBJECTION TO CONFIRMATION, AND COURT'S MOTION TO DISMISS - 2



EISENHOWER CARLSON PLLC
Attorneys at Law
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

22527-1/DRK/1208507.000

# CERTIFICATE OF SERVICE

I, Anthony Manibusan, certify as follows:

I am a resident of the State of Washington. I am over the age of 18 years and not a party to the above case. I am a member of the law firm of Eisenhower Carlson PLLC, whose address is 909 A Street, Suite 600, Tacoma, Washington, 98402.

On July 16, 2025, I caused the above document to be served via ECF notification on all parties requesting ECF notification as of July 16, 2025.

I declare under the penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Executed on this 16th day of July, 2025 at Tacoma, Washington.

*/s/ Anthony Manibusan*
Anthony Manibusan

22527-1/DRK/1208507.000

THIRD SUPPLEMENTAL BRIEF IN SUPPORT OF OBJECTION TO CONFIRMATION, AND COURT'S MOTION TO DISMISS - 3

