Mike I. Todd  
Chapter 13 Trustee  
P.O. Box 1513  
Spokane, WA 99210-1513  
(509)747-8481  

The Honorable Frederick P. Corbit

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In Re: | ) | Case No. 24-01739-FPC13 |
|---|---|---|
| Clausen, Jonathan David | ) | |
| Clausen, Jodi Lynn | ) | |
| Debtor(s). | ) | Amended Objection to Confirmation |
| | ) | |

The Trustee objects to the Chapter 13 plan for the following reason(s):

The Plan is not feasible. 11 USC § 1325 (a)(6). The Debtors have failed to demonstrated an ability to make all plan payments that will come due under the Plan. Specifically, the Debtors have not remitted a payment since March 2025 and are currently delinquent $18,425.00 (4.3 months) through the end of July 2025.

Dated: 7/18/2025

Mike I. Todd  
Chapter 13 Trustee

/s/ Mike I. Todd  
_____  
Mike I. Todd

Amended Objection to Confirmation. - 1