# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: Jonathan David Clausen           CASE NUMBER: 2401739
DEBTOR 2 NAME: Jodi Lynn Clausen

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on ___7/21/2025___ :

By First Class Mail :

Jonathan David Clausen,PO Box 2171,Spokane WA 99210
Rebecca Sheppard,Attorney at Law,16114 E Indiana Ave Ste 205,Spokane Valley WA 99216

By Electronic Transmittal :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : ___7/21/2025___       Signature : _____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

Mike I. Todd                                    The Honorable Frederick P. Corbit
Chapter 13 Trustee
P.O. Box 1513
Spokane, WA 99210-1513
(509)747-8481


UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:                               )   Case No. 24-01739-FPC13
Clausen, Jonathan David              )
Clausen, Jodi Lynn                   )
                  Debtor(s).         )   Amended Objection to Confirmation
                                     )

    The Trustee objects to the Chapter 13 plan for the following reason(s):

The Plan is not feasible.  11 USC § 1325 (a)(6).  The Debtors have failed to

demonstrated an ability to make all plan payments that will come due under the

Plan.  Specifically, the Debtors have not remitted a payment since March 2025

and are currently delinquent $18,425.00 (4.3 months) through the end of July

2025.

Dated: 7/18/2025                     Mike I. Todd
                                     Chapter 13 Trustee


                                     /s/ Mike I. Todd
                                     ─────────────────────
                                     Mike I. Todd

Amended Objection to Confirmation. - 1