**So Ordered.**

**Dated: July 23rd, 2025**



Frederick P. Corbit
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 24-01739-FPC13 |
|---|---|
| JONATHAN AND JODI LYNN CLAUSEN, | **ORDER DISMISSING CASE** |
| Debtors. | |

THIS MATTER came before the court on confirmation of the Chapter 13 Plan. The court reviewed the files and records herein, heard comments of the attorney for the Chapter 13 Trustee, and counsel for the debtor. Based on the Debtors' lack of payments and the Court finding that the Debtors are unable to propose a feasible Chapter 13 Plan,

IT IS ORDERED that cause exists and Debtors' case is **DISMISSED.**

1.

///End of Order///

**ORDER DISMISSING CASE**