

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:  Case Number: **24−01739−FPC13**

**Jonathan David Clausen**  NOTICE OF DISMISSAL
(Debtor)

**Jodi Lynn Clausen**
(Joint Debtor)

---

NOTICE IS HEREBY GIVEN that an order dismissing the above−entitled case was entered on July 23, 2025.

Date: July 23, 2025                                   Brian M. Sheehan
                                                      CLERK OF COURT