# Notice Recipients

District/Off: 0980–2    User: notice    Date Created: 7/23/2025
Case: 24–01739–FPC13    Form ID: ntcdsm    Total: 85

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | US Trustee | USTP.REGION18.SP.ECF@usdoj.gov |
| tr | Mike I Todd | ch13trustee@spokane13.org |
| aty | Caleb Hatch | caleb.hatch@leehayes.com |
| aty | Darren Michael Digiacinto | dmd@winstoncashatt.com |
| aty | Darren R Krattli | dkrattli@eisenhowerlaw.com |
| aty | Jesus Miguel Palomares | jesus.palomares@millernash.com |
| aty | Nathan F. Smith | nathan@mclaw.org |
| aty | Rebecca J Sheppard | rjs@rsheppardlaw.com |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Jonathan David Clausen | PO Box 2171    Spokane, WA 99210 |
| jdb | Jodi Lynn Clausen | PO Box 2171    Spokane, WA 99210 |
| cr | World Business Lenders, LLC | Ramsden, Marfice, Ealy & De Smet LLP    c/o Matthew C. Niemala    P.O. Box 1336    Couer d'Alene, ID 83816–1336 |
| cr | WBL SPO I, LLC | Ramsden, Marfice, Ealy & De Smet LLP    c/o Matthew C. Niemala    P.O. Box 1336    Couer d'Alene, ID 83816–1336 |
| cr | Swift Financial LLC | Miller Nash LLP    605 5th Ave S, Ste 900    Seattle, WA 98104 |
| cr | Diamond Asphalt Paving, Inc. | c/o Winston & Cashatt    601 W. Riverside, Ste. 1900    Spokane, WA 99201 |
| intp | Hammerless Tools, LLC | c/o Lee & Hayes, P.C.    601 W. Riverside Ave    Suite 1400    Spokane, WA 99201 UNITED STATES |
| smg | State of Washington | Department of Revenue    2101 4th Ave, Ste 1400    Seattle, WA 98121–2300 |
| 4295306 | Aidvantage | PO Box 300001    Greenville, TX 75403–3001 |
| 4306234 | Aidvantage on behalf of | Dept of Ed Loan Services    PO BOX 300001    Greenville TX 75403 |
| 4295307 | American Express | PO Box 981535    El Paso, TX 79998 |
| 4295308 | American Express National Bank | PO Box 981537    El Paso, TX 79998 |
| 4300649 | American Express National Bank | c/o Becket and Lee LLP    PO Box 3001    Malvern PA 19355–0701 |
| 4300650 | American Express National Bank | c/o Becket and Lee LLP    PO Box 3001    Malvern PA 19355–0701 |
| 4300651 | American Express National Bank | c/o Becket and Lee LLP    PO Box 3001    Malvern PA 19355–0701 |
| 4300652 | American Express National Bank | c/o Becket and Lee LLP    PO Box 3001    Malvern PA 19355–0701 |
| 4295309 | Apple Card | 200 West Street    New York, NY 10282 |
| 4295312 | Bank of America | 100 N Tryon Street    Charlotte, NC 28255 |
| 4295311 | Bank of America | PO Box 15284    Wilmington, DE 19850 |
| 4295310 | Bank of America | PO Box 25118    Tampa, FL 33622–5118 |
| 4303937 | Bank of America, N.A. | PO Box 673033    Dallas, TX 75267–3033 |
| 4298858 | Chapman Financial Services | PO Box 7100    COEUR D ALENE, ID 83816 |
| 4295313 | Citibank | PO Box 78019    Phoenix, AZ 85062 |
| 4295314 | Dellwo, Roberts, & Scanlon | 1124 W Riverside Ste. 310    Spokane, WA 99201–1109 |
| 4295315 | Diamond Asphalt Paving, Inc. | PO Box 14806    Spokane Valley, WA 99214 |
| 4295316 | Divvy | 6220 American Center Drive, Ste. 100    San Jose, CA 95002 |
| 4299468 | Eide Bailly, LLP, CPAs | 999 W Riverside Ave.    Spokane, WA 99201 |
| 4295317 | Fenix Law, PS | Attn: Chad E. Ahrens    748 Market Street, Ste. 321    Tacoma, WA 98402 |
| 4295318 | Fidelity Bank | PO Box 1007    Wichita, KS 67201 |
| 4302904 | Fidelity Bank, N.A. | 100 E. English    Wichita KS 67202 |
| 4295319 | Fundbox, Inc. | 5760 Legacy Drive, Ste. B3–535    Plano, TX 75024 |
| 4302452 | Fundbox, Inc. | c/o Becket and Lee LLP    PO Box 3001    Malvern PA 19355–0701 |
| 4295320 | Heather & Jed Barden | 905 S Monroe St.    Spokane, WA 99204 |
| 4295321 | ICCU | PO Box 2469    Pocatello, ID 83206–2469 |
| 4295322 | Integrity Baugh, LLC | 306 N Spokane St., Unit 1    Post Falls, ID 83854–7016 |
| 4299469 | Internal Revenue Service | PO Box 7346    Philadelphia, PA 19101–7346 |
| 4295323 | KWI, LLC | 1250 N Northwood Center Ct., Ste. A    Coeur D Alene, ID 83814–2470 |
| 4295324 | Lippman Recupero | 1325 N Wilmot, 3rd Floor    Tucson, AZ 85712 |
| 4295325 | Madden Industrial Craftsman, Inc. | 1800 NW 169th Place Ste. A 200    Beaverton, OR 97006–7474 |
| 4295326 | Miller Nash LLP | 605 5th Ave. S., ste. 900    Seattle, WA 98104 |
| 4295327 | Miller Paint | PO Box 20609    Portland, OR 97294 |
| 4303968 | NORDSTROM, INC. | Jefferson Capital Systems LLC Assignee    Po Box 7999    Saint Cloud MN 56302 |
| 4295328 | Nordstrom | 13531 E Caley Ave.    Englewood, CO 80111 |
| 4295329 | Numerica | PO Box 4000    Spokane Valley, WA 99037 |
| 4295728 | Numerica Credit Union | PO Box 4000    Spokane Valley, WA 99037 |
| 4295330 | P.S.C., Inc. | 738 Broadway, Ste. 400    Tacoma, WA 98402–3777 |
| 4295331 | Phillabaum, Ledlin, Matthews, | & Sheldon    1235 N Post St.    Spokane, WA 99201 |

| | | | |
|---|---|---|---|
| 4295332 | Progressive | 300 N Commons Blvd | Cleveland, OH 44143 |
| 4304210 | Providence | PO Box 1123 | Minneapolis, MN 55440−1123 |
| 4295333 | Ramsden, Marfice, Ealy, & De Smet | PO Box 1336 | Coeur D Alene, ID 83816 |
| 4303278 | Regions Bank d/b/a Ascentium Capital | 23970 US 59 North | Kingwood, TX 77339 |
| 4295334 | Retacco Law Office, PS | 30640 Pacific Hwy S., Ste C | Federal Way, WA 98003 |
| 4299470 | RiverBank | 202 E Spokane Falls Blvd. | Spokane, WA 99202 |
| 4295337 | STCU | PO Box 1954 | Spokane, WA 99210−1915 |
| 4302282 | Sherwin Williams Company | 2225 W Whispering Wind Drive, Suite 100 | Phoenix, AZ 85085 |
| 4295335 | Siderius, Lonergan & Martin, LLP | 500 Union St., Ste. 847 | Seattle, WA 98101 |
| 4295336 | Simiply Funding LLC | 1170 Route 17M, Ste. #2 | Chester, NY 10918 |
| 4299471 | Stephanie Burkey | 16520 E Secretariat Ln. | Veradale, WA 99037 |
| 4295338 | Suttell & Hammer | PO Box C−90006 | Bellevue, WA 98009 |
| 4304302 | Swift Financial LLC | Miller Nash LLP, Attn: Jess Palomares | 605 5th Ave S, Ste 900  Seattle, WA 98104, WA 98104 |
| 4295339 | Swift Financial, LLC | as servicing agent for WebBank | 2211 N 1st Street  San Jose, CA 95131−2021 |
| 4295341 | TIB, NA | PO Box 569100 | Dallas, TX 75356 |
| 4295340 | The Sherwin Williams Company | 101 W Prospect Ave. | Cleveland, OH 44115 |
| 4300288 | U.S. Small Business Administration | 332 S. Michigan Avenue, Suite 600 | Chicago, IL 60604 |
| 4295343 | US Dept. of Education | Attn: Bankruptcy  6401 Security Blvd. | Baltimore, MD 21235 |
| 4299474 | US Small Business Administration | Office of General Counsel | 312 N Spring St., 5th Floor  Los Angeles, CA 90012 |
| 4299472 | US Small Business Administration | PO Box 3918 | Portland, OR 97208−3918 |
| 4299475 | US Small Business Administration | Seattle District Office  Attn: District Counsel | 2401 4th Ave., Ste. 450  Seattle, WA 98121 |
| 4295342 | United Rentals | 204 S Fancher Rd. | Spokane Valley, WA 99212 |
| 4299473 | Valley Empire Collection | 8817 E Mission Ave. | Spokane, WA 99212 |
| 4298542 | WA Department of Revenue | 2101 4th Ave Suite 1400 | Seattle, WA 98121 |
| 4300689 | WA ST Dept of Labor and Industries | Bankruptcy Unit  PO Box 44171 | Olympia, WA 98504 |
| 4304408 | WBL SPO I, LLC | c/o Darren Krattli  Eisenhower Carlson | 909 A Street, Suite 600  Tacoma, WA 98402 |
| 4295344 | Washington Trust Bank | PO Box 2127 | Spokane, WA 99210 |
| 4295345 | WebBank | 215 State Street Ste. 1000 | Salt Lake City, UT 84110 |
| 4295346 | Winston & Cashatt | 601 W Riverside Ave., Ste. 1900 | Spokane, WA 99201 |
| 4295347 | World Business Lenders | PO Box 1685 | Cranford, NJ 07016 |

TOTAL: 77