| | |
|---|---|
| In re: | Case No. 24-01739-FPC |
| Jonathan David Clausen | Chapter 13 |
| Jodi Lynn Clausen | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0980-2      User: notice      Page 1 of 4
Date Rcvd: Jul 23, 2025      Form ID: ntcdsm      Total Noticed: 73

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jonathan David Clausen, Jodi Lynn Clausen, PO Box 2171, Spokane, WA 99210-2171 |
| cr | + | Diamond Asphalt Paving, Inc., c/o Winston & Cashatt, 601 W. Riverside, Ste. 1900, Spokane, WA 99201-0627 |
| intp | + | Hammerless Tools, LLC, c/o Lee & Hayes, P.C., 601 W. Riverside Ave, Suite 1400, Spokane, WA 99201 UNITED STATES 99201-0627 |
| cr | + | Swift Financial LLC, Miller Nash LLP, 605 5th Ave S, Ste 900, Seattle, WA 98104-3865 |
| cr | | WBL SPO I, LLC, Ramsden, Marfice, Ealy & De Smet LLP, c/o Matthew C. Niemala, P.O. Box 1336, Couer d'Alene, ID 83816-1336 |
| cr | | World Business Lenders, LLC, Ramsden, Marfice, Ealy & De Smet LLP, c/o Matthew C. Niemala, P.O. Box 1336, Couer d'Alene, ID 83816-1336 |
| 4295314 | | Dellwo, Roberts, & Scanlon, 1124 W Riverside Ste. 310, Spokane, WA 99201-1109 |
| 4295315 | + | Diamond Asphalt Paving, Inc., PO Box 14806, Spokane Valley, WA 99214-0806 |
| 4295316 | | Divvy, 6220 American Center Drive, Ste. 100, San Jose, CA 95002 |
| 4299468 | + | Eide Bailly, LLP, CPAs, 999 W Riverside Ave., Spokane, WA 99201-1005 |
| 4295317 | + | Fenix Law, PS, Attn: Chad E. Ahrens, 748 Market Street, Ste. 321, Tacoma, WA 98402-3737 |
| 4295318 | + | Fidelity Bank, PO Box 1007, Wichita, KS 67201-1007 |
| 4302904 | + | Fidelity Bank, N.A., 100 E. English, Wichita KS 67202-3759 |
| 4295320 | + | Heather & Jed Barden, 905 S Monroe St., Spokane, WA 99204-3835 |
| 4295322 | | Integrity Baugh, LLC, 306 N Spokane St., Unit 1, Post Falls, ID 83854-7016 |
| 4295323 | | KWI, LLC, 1250 N Northwood Center Ct., Ste. A, Coeur D Alene, ID 83814-2470 |
| 4295324 | + | Lippman Recupero, 1325 N Wilmot, 3rd Floor, Tucson, AZ 85712-5166 |
| 4295325 | | Madden Industrial Craftsman, Inc., 1800 NW 169th Place Ste. A 200, Beaverton, OR 97006-7474 |
| 4295326 | + | Miller Nash LLP, 605 5th Ave. S., ste. 900, Seattle, WA 98104-3865 |
| 4295327 | + | Miller Paint, PO Box 20609, Portland, OR 97294-0609 |
| 4295331 | + | Phillabaum, Ledlin, Matthews,, & Sheldon, 1235 N Post St., Spokane, WA 99201-2529 |
| 4295333 | + | Ramsden, Marfice, Ealy, & De Smet, PO Box 1336, Coeur D Alene, ID 83816-1336 |
| 4295334 | + | Retacco Law Office, PS, 30640 Pacific Hwy S., Ste C, Federal Way, WA 98003-4889 |
| 4299470 | + | RiverBank, 202 E Spokane Falls Blvd., Spokane, WA 99202-1612 |
| 4302282 | + | Sherwin Williams Company, 2225 W Whispering Wind Drive, Suite 100, Phoenix, AZ 85085-1871 |
| 4295335 | + | Siderius, Lonergan & Martin, LLP, 500 Union St., Ste. 847, Seattle, WA 98101-2394 |
| 4295336 | + | Simiply Funding LLC, 1170 Route 17M, Ste. #2, Chester, NY 10918-1482 |
| 4299471 | + | Stephanie Burkey, 16520 E Secretariat Ln., Veradale, WA 99037-8867 |
| 4304302 | + | Swift Financial LLC, Miller Nash LLP, Attn: Jess Palomares, 605 5th Ave S, Ste 900, Seattle, WA 98104, WA 98104-3865 |
| 4295339 | | Swift Financial, LLC, as servicing agent for WebBank, 2211 N 1st Street, San Jose, CA 95131-2021 |
| 4295341 | + | TIB, NA, PO Box 569100, Dallas, TX 75356-9100 |
| 4295343 | + | US Dept. of Education, Attn: Bankruptcy, 6401 Security Blvd., Baltimore, MD 21235-0001 |
| 4299475 | + | US Small Business Administration, Seattle District Office, Attn: District Counsel, 2401 4th Ave., Ste. 450, Seattle, WA 98121-3459 |
| 4295346 | + | Winston & Cashatt, 601 W Riverside Ave., Ste. 1900, Spokane, WA 99201-0695 |
| 4295347 | + | World Business Lenders, PO Box 1685, Cranford, NJ 07016-5685 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: WADEPREV.COM | Jul 24 2025 04:28:00 | State of Washington, Department of Revenue, 2101 4th Ave, Ste 1400, Seattle, WA 98121-2300 |
| 4295306 | EDI: MAXMSAIDV | | |

| Recip ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 24 2025 04:28:00 | Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 4306234 | + | EDI: MAXMSAIDV | Jul 24 2025 04:28:00 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 4295307 | + | Email/PDF: bncnotices@becket-lee.com | Jul 24 2025 00:59:31 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 4295308 | + | Email/PDF: bncnotices@becket-lee.com | Jul 24 2025 00:43:21 | American Express National Bank, PO Box 981537, El Paso, TX 79998-1537 |
| 4300649 | | Email/PDF: bncnotices@becket-lee.com | Jul 24 2025 00:59:40 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4295309 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 24 2025 00:32:00 | Apple Card, 200 West Street, New York, NY 10282-2102 |
| 4295311 | + | EDI: BANKAMER | Jul 24 2025 04:28:00 | Bank of America, PO Box 15284, Wilmington, DE 19850-5284 |
| 4295312 | + | EDI: BANKAMER2 | Jul 24 2025 04:28:00 | Bank of America, 100 N Tryon Street, Charlotte, NC 28255-0001 |
| 4295310 | | EDI: BANKAMER2 | Jul 24 2025 04:28:00 | Bank of America, PO Box 25118, Tampa, FL 33622-5118 |
| 4303937 | | EDI: BANKAMER | Jul 24 2025 04:28:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 4298858 | + | Email/Text: bankruptcy@chapmanfs.com | Jul 24 2025 00:32:00 | Chapman Financial Services, PO Box 7100, COEUR D ALENE, ID 83816-1940 |
| 4295313 | + | EDI: CITICORP | Jul 24 2025 04:28:00 | Citibank, PO Box 78019, Phoenix, AZ 85062-8019 |
| 4295319 | | Email/Text: bankruptcyfilings@fundbox.com | Jul 24 2025 00:32:00 | Fundbox, Inc., 5760 Legacy Drive, Ste. B3-535, Plano, TX 75024 |
| 4302452 | | Email/PDF: bncnotices@becket-lee.com | Jul 24 2025 01:16:06 | Fundbox, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4295321 | | Email/Text: bankruptcyprocess@iccu.com | Jul 24 2025 00:32:00 | ICCU, PO Box 2469, Pocatello, ID 83206-2469 |
| 4299469 | | EDI: IRS.COM | Jul 24 2025 04:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 4303968 | + | EDI: JEFFERSONCAP.COM | Jul 24 2025 04:28:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 4295328 | + | Email/Text: bnc@nordstrom.com | Jul 24 2025 00:32:05 | Nordstrom, 13531 E Caley Ave., Englewood, CO 80111-6505 |
| 4295329 | + | EDI: LCINUMERICA | Jul 24 2025 04:28:00 | Numerica, PO Box 4000, Spokane Valley, WA 99037-4000 |
| 4295728 | + | EDI: LCINUMERICA | Jul 24 2025 04:28:00 | Numerica Credit Union, PO Box 4000, Spokane Valley, WA 99037-4000 |
| 4295330 | | Email/Text: banko@pugetsoundcollections.com | Jul 24 2025 00:32:00 | P.S.C., Inc., 738 Broadway, Ste. 400, Tacoma, WA 98402-3777 |
| 4295332 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jul 24 2025 00:32:00 | Progressive, 300 N Commons Blvd, Cleveland, OH 44143-1589 |
| 4304210 | | Email/Text: BNCnotices@dcmservices.com | Jul 24 2025 00:32:00 | Providence, PO Box 1123, Minneapolis, MN 55440-1123 |
| 4303278 | + | Email/Text: bankruptcy@ascentiumcapital.com | Jul 24 2025 00:32:00 | Regions Bank d/b/a Ascentium Capital, 23970 US 59 North, Kingwood, TX 77339-1535 |
| 4295337 | | Email/Text: bankruptcy.filings@stcu.org | Jul 24 2025 00:32:00 | STCU, PO Box 1954, Spokane, WA 99210-1915 |
| 4295338 | | ^ MEBN | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 24 2025 00:24:58 | Suttell & Hammer, PO Box C-90006, Bellevue, WA 98009 |
| 4295340 | | Email/Text: sw.bankruptcy@sherwin.com | Jul 24 2025 00:32:00 | The Sherwin Williams Company, 101 W Prospect Ave., Cleveland, OH 44115 |
| 4300288 | | Email/Text: bankruptcynotices@sba.gov | Jul 24 2025 00:32:00 | U.S. Small Business Administration, 332 S. Michigan Avenue, Suite 600, Chicago, IL 60604 |
| 4299474 | + | Email/Text: bankruptcynotices@sba.gov | Jul 24 2025 00:32:00 | US Small Business Administration, Office of General Counsel, 312 N Spring St., 5th Floor, Los Angeles, CA 90012 |
| 4299472 | | Email/Text: bankruptcynotices@sba.gov | Jul 24 2025 00:32:00 | US Small Business Administration, PO Box 3918, Portland, OR 97208-3918 |
| 4295342 | + | Email/Text: sluna@ur.com | Jul 24 2025 00:32:00 | United Rentals, 204 S Fancher Rd., Spokane Valley, WA 99212-0753 |
| 4299473 | ^ | MEBN | Jul 24 2025 00:24:59 | Valley Empire Collection, 8817 E Mission Ave., Spokane, WA 99212-5040 |
| 4298542 | + | EDI: WADEPREV.COM | Jul 24 2025 04:28:00 | WA Department of Revenue, 2101 4th Ave Suite 1400, Seattle, WA 98121-2300 |
| 4300689 | | Email/Text: ecffilings@lni.wa.gov | Jul 24 2025 00:32:00 | WA ST Dept of Labor and Industries, Bankruptcy Unit, PO Box 44171, Olympia, WA 98504 |
| 4295344 | | Email/Text: bknotices@watrust.com | Jul 24 2025 00:32:00 | Washington Trust Bank, PO Box 2127, Spokane, WA 99210 |
| 4304408 | + | EDI: BDRKRATTLI | Jul 24 2025 04:28:00 | WBL SPO I, LLC, c/o Darren Krattli, Eisenhower Carlson, 909 A Street, Suite 600, Tacoma, WA 98402-5114 |
| 4295345 | + | Email/Text: bankruptcy@webbank.com | Jul 24 2025 00:32:00 | WebBank, 215 State Street Ste. 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4300650 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4300651 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4300652 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 25, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Caleb Hatch | on behalf of Interested Party Hammerless Tools LLC caleb.hatch@leehayes.com, litigation@leehayes.com |
| Darren Michael Digiacinto | on behalf of Creditor Diamond Asphalt Paving Inc. dmd@winstoncashatt.com, jlm@winstoncashatt.com |
| Darren R Krattli | on behalf of Creditor World Business Lenders LLC dkrattli@eisenhowerlaw.com, amanibusan@eisenhowerlaw.com |
| Darren R Krattli | on behalf of Creditor WBL SPO I LLC dkrattli@eisenhowerlaw.com, amanibusan@eisenhowerlaw.com |
| Jesus Miguel Palomares | on behalf of Creditor Swift Financial LLC jesus.palomares@millernash.com edgar.rosales@millernash.com;dalanee.wiedensmith@millernash.com |
| Mike I Todd | ch13trustee@spokane13.org |
| Nathan F. Smith | on behalf of Creditor Fidelity Bank nathan@mclaw.org, WAED_ECF@mclaw.org |
| Rebecca J Sheppard | on behalf of Debtor Jonathan David Clausen rjs@rsheppardlaw.com bsheppard@pco-inc.com |
| Rebecca J Sheppard | on behalf of Joint Debtor Jodi Lynn Clausen rjs@rsheppardlaw.com bsheppard@pco-inc.com |
| US Trustee | USTP.REGION18.SP.ECF@usdoj.gov |

TOTAL: 10



Form: ntcdsm
Rev: 11/1/2022

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:                                             Case Number: **24–01739–FPC13**

**Jonathan David Clausen**                         NOTICE OF DISMISSAL
(Debtor)

**Jodi Lynn Clausen**
(Joint Debtor)

---

NOTICE IS HEREBY GIVEN that an order dismissing the above–entitled case was entered on July 23, 2025.

Date: July 23, 2025                                Brian M. Sheehan
                                                   CLERK OF COURT