# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: Jonathan David Clausen  CASE NUMBER: 2401739
DEBTOR 2 NAME: Jodi Lynn Clausen

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __9/16/2025__ :

By First Class Mail :

Caleb A. Hatch,Lee & Hayes, P.C.,601 W Riverside Ave, Ste 1400,Spokane WA 99201
Darren M. Digiacinto,Winston & Cashatt, Lawyers,601 W Riverside Ste 1900,Spokane WA 99201
Eisenhower Carlson PLLC,Darren Krattli,909 A St, Ste 600,Tacoma WA 98402
Jesus Miguel Palomares,Miller Nash LLP,605 5th Ave S, Ste 900,Seattle WA 98104
Jonathan David Clausen,PO Box 2171,Spokane WA 99210
Ramsden, Marfice, Ealy & De Smet, LLP,Matthew C. Niemela,Attorney at Law,PO Box 1336 Coeur d'Alene ID 83816-1336
Rebecca Sheppard,Attorney at Law,16114 E Indiana Ave Ste 205,Spokane Valley WA 99216

By Electronic Transmittal :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : __9/16/2025__   Signature : _____Robert J. Wallace, Jr._____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON
SPOKANE DIVISION

In re:                                               Case No. 24-01739-FPC13
    Jonathan David Clausen
    Jodi Lynn Clausen
            Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Mike I. Todd, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/24/2024.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 07/23/2025.

6) Number of months from filing to last payment: 5.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $49,780.54.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $28,000.00 |
| Less amount refunded to debtor | $18,770.05 |

**NET RECEIPTS:** **$9,229.95**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$0.00**

Attorney fees paid and disclosed by debtor:   $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Aidvantage obo: The Dept. of Education | Unsecured | NA | 19,779.28 | 19,779.28 | 0.00 | 0.00 |
| American Express National Bank | Unsecured | NA | 78,878.26 | 78,878.26 | 0.00 | 0.00 |
| American Express National Bank | Unsecured | NA | 4,569.86 | 4,569.86 | 0.00 | 0.00 |
| American Express National Bank | Unsecured | NA | 4,612.58 | 4,612.58 | 0.00 | 0.00 |
| American Express National Bank | Unsecured | NA | 61,389.13 | 61,389.13 | 0.00 | 0.00 |
| Apple Card | Unsecured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| Bank of America, N.A. | Unsecured | NA | 71,943.15 | 71,943.15 | 0.00 | 0.00 |
| Bank of America, N.A. | Unsecured | NA | 68,713.91 | 68,713.91 | 0.00 | 0.00 |
| Bank of America, N.A. | Unsecured | NA | 3,277.19 | 3,277.19 | 0.00 | 0.00 |
| Bill | Unsecured | NA | 127,909.68 | 127,909.68 | 0.00 | 0.00 |
| Chapman Financial Services | Unsecured | 14,904.00 | 14,904.00 | 14,904.00 | 0.00 | 0.00 |
| Citibank | Unsecured | 32,019.47 | NA | NA | 0.00 | 0.00 |
| Dellwo, Roberts, & Scanlon | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Diamond Asphalt Paving, Inc. | Secured | 123,704.81 | 128,503.87 | 128,503.87 | 0.00 | 0.00 |
| Eide Bailly, LLP, CPAs | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Fenix Law PS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Fidelity Bank | Secured | NA | NA | NA | 0.00 | 0.00 |
| Fidelity Bank, N.A. | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Fidelity Bank, N.A. | Secured | NA | 120.00 | 120.00 | 0.00 | 0.00 |
| Fundbox, Inc. | Unsecured | NA | 76,794.29 | 76,794.29 | 0.00 | 0.00 |
| Heather & Jed Barden | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Idaho Central Credit Union | Secured | 12,315.46 | 12,326.26 | 12,326.26 | 1,987.60 | 0.00 |
| Integrity Baugh, LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | NA | 43,920.94 | 43,920.94 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 25,980.22 | 25,980.22 | 0.00 | 0.00 |
| KWI, LLC | Secured | NA | NA | NA | 0.00 | 0.00 |
| KWI, LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Lippman Recupero | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Madden Industrial Craftsman, Inc. | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Miller Nash LLP | Unsecured | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Miller Paint | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Nordstrom, Inc.; Jefferson Capital Systems | Unsecured | 24,843.06 | 24,843.06 | 24,843.06 | 0.00 | 0.00 |
| Numerica Credit Union | Secured | NA | 41,386.83 | 41,386.83 | 6,566.01 | 0.00 |
| Numerica Credit Union | Secured | 4,329.67 | 4,329.67 | 4,329.67 | 676.34 | 0.00 |
| Numerica Credit Union | Unsecured | NA | 8,000.00 | 8,000.00 | 0.00 | 0.00 |
| Phillabaum Ledlin Matthews & Sheldon P | Unsecured | 12,833.90 | NA | NA | 0.00 | 0.00 |
| Progressive | Unsecured | 1,241.00 | NA | NA | 0.00 | 0.00 |
| Providence | Unsecured | NA | 1,193.38 | 1,193.38 | 0.00 | 0.00 |
| PSC Inc | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Ramsden, Marfice, Ealy & De Smet, LLP | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Regions Bank | Unsecured | NA | 51,465.96 | 51,465.96 | 0.00 | 0.00 |
| Retacco Law Offices | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| RiverBank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Siderius Longergan & Martin LLP | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Simiply Funding LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| STCU | Unsecured | NA | 6,601.12 | 6,601.12 | 0.00 | 0.00 |
| Stephanie Burkey | Unsecured | 25,000.00 | NA | NA | 0.00 | 0.00 |
| Suttell & Hammer PS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Swift Financial LLC | Secured | 110,019.92 | 123,295.61 | 123,295.61 | 0.00 | 0.00 |
| The Sherwin Williams Company | Unsecured | 5,538.86 | 5,538.86 | 5,538.86 | 0.00 | 0.00 |
| TIB, NA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| U.S. Small Business Administration | Unsecured | 22,600.00 | 24,859.36 | 24,859.36 | 0.00 | 0.00 |
| United Rentals | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| US Dept of Education | Unsecured | 19,438.00 | NA | NA | 0.00 | 0.00 |
| Valley Empire Collection | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WA Department of Revenue | Priority | NA | 71,834.69 | 71,834.69 | 0.00 | 0.00 |
| WA Department of Revenue | Unsecured | NA | 44,978.49 | 44,978.49 | 0.00 | 0.00 |
| WA ST Dept of Labor and Industries | Unsecured | NA | 2,161.76 | 2,161.76 | 0.00 | 0.00 |
| WA ST Dept of Labor and Industries | Unsecured | NA | 13,440.00 | 13,440.00 | 0.00 | 0.00 |
| WA ST Dept of Labor and Industries | Unsecured | NA | 45.00 | 45.00 | 0.00 | 0.00 |
| WA ST Dept of Labor and Industries | Priority | NA | 12,003.52 | 12,003.52 | 0.00 | 0.00 |
| Washington Trust Bank | Unsecured | NA | 10,079.06 | 10,079.06 | 0.00 | 0.00 |
| Washington Trust Bank | Unsecured | NA | 660.00 | 660.00 | 0.00 | 0.00 |
| WBL SPO I, LLC | Secured | NA | 337,030.18 | 337,030.18 | 0.00 | 0.00 |
| WBL SPO I, LLC | Secured | NA | 19,612.89 | 19,612.89 | 0.00 | 0.00 |
| WBL SPO I, LLC | Secured | 522,092.49 | 536,235.80 | 536,235.80 | 0.00 | 0.00 |
| Winston & Cashatt | Unsecured | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $356,763.07 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $58,042.76 | $9,229.95 | $0.00 |
| All Other Secured | $788,035.28 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,202,841.11** | **$9,229.95** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $127,759.15 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$127,759.15** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$752,617.60** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---:|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $9,229.95 |
| **TOTAL DISBURSEMENTS** : | **$9,229.95** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/15/2025     By: /s/ Mike I. Todd
                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**